# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN REGION HELICOPTER COUNCIL, VERTICAL AVIATION INTERNATIONAL, and VICTORIA SESKIN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF NEW YORK,<br><br>Defendant. | Case No. 25-cv-04682-LGD<br><br>**DECLARATION OF SERVICE** |

I, James M. Catterson, declare the following to be true and correct under penalty of perjury:

1. I am a member of the Bar of this Court and a partner at Pillsbury Winthrop Shaw Pittman LLP, attorneys for Plaintiffs Eastern Region Helicopter Council and Vertical Aviation International in this action.

2. On September 15, 2025, I caused to be served (1) a copy of this Court's Order to Show Cause dated August 27, 2025, see Electronic Order dated August 27, 2025 (hereinafter referred to as the "OSC"), and (2) a copy of Plaintiffs' joint letter response to the OSC dated September 12, 2025, see ECF No. 10, via overnight FedEx on Defendant The City of New York, c/o Corporation Counsel, at 100 Church Street, 5th Floor, New York, New York 10007.

3. Annexed hereto as Exhibit A is a true and correct copy of the FedEx delivery confirmation, demonstrating that the FedEx package was delivered to Defendant on September 16, 2025.

Executed in New York, New York on September 18, 2025

                                                                            _____
                                                                            James M. Catterson

**EXHIBIT A**



September 17, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 393224270548

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | J.BLOUNT | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; No Signature Required | | New York, NY, |
| | | **Delivery date:** | Sep 16, 2025 09:22 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 393224270548 | **Ship Date:** | Sep 15, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
NEW YORK, NY, US,

**Shipper:**  
New York, NY, US,

**Reference**    066811-0000024-62375

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx