UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

                                                                      **NOTICE OF APPEARANCE**

                      Plaintiffs,

          - against -                                    25-CV-4682 (LGD)

THE CITY OF NEW YORK,

                      Defendant.
------------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Owanaemi Briggs**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, appears herein as counsel of record for defendant City of New York.

Dated:  New York, New York
           November 17, 2025

                                                        MURIEL GOODE-TRUFANT
                                                        Corporation Counsel
                                                        of the City of New York
                                                        *Attorney for Defendant City of New York*
                                                        100 Church Street
                                                        New York, New York 10007
                                                        (212) 356-2369

                                                  By:    /S/*Owanaemi Briggs*
                                                                 Owanaemi Briggs
                                                                 Senior Counsel

cc:     Counsel of Record (By ECF)