AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| EASTERN REGION HELICOPTER COUNCIL, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-04682-NGG-LGD |
| THE CITY OF NEW YORK, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Victoria Seskin                                                                                       .

Date:    12/15/2025

/s/ James M. McGuire
*Attorney's signature*

James M. McGuire 1831932
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017
*Address*

jmcguire@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*