

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

James M. Catterson
tel: +1.212.858.1048
james.catterson@pillsburylaw.com

January 8, 2026

*Via ECF*
Hon. Lee G. Dunst
U.S. Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: Eastern Region Helicopter Council et al. v. The City of New York, Case No. 2:25-cv-04682-NGG-LGD – Joint Response Regarding Stay of Discovery

Dear Judge Dunst:

Plaintiffs Eastern Region Helicopter Council, Vertical Aviation International, and Victoria Seskin, along with Defendant The City of New York (hereinafter referred to as "Defendant"), jointly submit this letter in response to this Court's December 16, 2025, directive that the parties meet and confer and advise whether they consent to a stay of discovery pending resolution of Defendant's forthcoming motion to dismiss before Judge Garaufis. See Electronic Order dated December 16, 2025.

The parties have met and conferred and jointly advise the Court that all parties consent to a stay of discovery pending that decision. As the Court is aware, Judge Garaufis has already granted Defendant leave to move to dismiss and has set a briefing schedule for that motion. See Electronic Order dated December 15, 2025. The parties submit that a stay of discovery while that motion is pending is appropriate to avoid any unnecessary burden and expense on the parties.

The parties further agree that, following resolution of the motion to dismiss, they will promptly meet and confer and, if necessary, submit a proposed discovery schedule consistent with the Court's Individual Rules and any directives of the District Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Aimee K. Lulich*
Aimee Kara Lulich
Nathan Michael Potter Taylor
Owanaemi Abiye Briggs
New York City Law Department
100 Church Street
New York, NY 10007
alulich@law.nyc.gov
ntaylor@law.nyc.gov
owbriggs@law.nyc.gov
*Attorneys for Defendant The City of New York*

James M. Catterson
Brianna S. Walsh
Danielle M. Stefanucci
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
james.catterson@pillsburylaw.com
brianna.walsh@pillsburylaw.com
danielle.stefanucci@pillsburylaw.com

*Auqtpgfu'hqt "Rnckpvkhhu'Gcuvgtp"Tgikqp"Jgnkeqrvgt "Eqwpekn'cpf "Xgtvkecn"Cxkcvkqp"Kpvgtpcvkqpcn*

Jayme Jonat
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
jjonat@hsgllp.com
*Attorneys for Plaintiff Victoria Seskin*

2