

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**NATHAN TAYLOR**
Assistant Corporation Counsel
ntaylor@law.nyc.gov

February 2, 2026

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Eastern Region Helicopter Council et al. v. City of New York.*
     25-CV-04682-LGD

Your Honor:

  Defendant City of New York ("the City"), by and through undersigned counsel, respectfully requests an extension of the current briefing schedule in the above-captioned matter. The City requires additional time to coordinate with relevant City departments in preparing its motion.

  Under the current schedule, the City's motion is due February 6, 2026, Plaintiffs' opposition is due March 6, 2026, and the City's reply is due March 20, 2026. The City respectfully requests that these deadlines be extended so that the City's motion is due February 27, 2026, Plaintiff's opposition is due March 27, 2026, and the City's reply is due April 10, 2026.

  This is the City's first request for an extension of these deadlines. Plaintiffs consent to this request. This extension will not affect any other scheduled dates other than those specifically described.

  For the foregoing reasons, the City respectfully requests that the Court grant this extension. We thank the Court for its consideration of this request.

                Respectfully submitted,

                /S
                Nathan Taylor
                Senior Counsel

**cc:** Attorneys of record (By ECF)