UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

                                                            Plaintiffs,

-against-

THE CITY OF NEW YORK,

                                                            Defendants.
------------------------------------------------------------------------------- x

**NOTICE OF MOTION**

25-CV-4682 (NGG)

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of Defendant's Motion to Dismiss dated February 27, 2026; and upon the pleadings herein, the undersigned will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, New York, New York, at a time set by the Court, for an order, pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, and granting such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE,** that, pursuant to the Order of the Honorable Nicholas Garaufis, dated February 3, 2026, any answering papers should be filed on or before March 27, 2026, and reply papers on or before April 10, 2026.

Dated:       New York, New York
                February 27, 2026

                                              STEVEN BANKS
                                              Corporation Counsel of
                                              the City of New York
                                              Attorney for Defendant
                                              100 Church St., Rm. 5-143
                                              New York, New York 10007
                                              Email: alulich@law.nyc.gov
                                              Tel: (212) 356-2369

                                      By:      /S_____
                                              Aimee K. Lulich
                                              Nathan Taylor
                                              Owanaemi Briggs
                                              Assistant Corporation
                                              Counsels

cc:       Attorneys of Record (via ECF)

25-CV-4682 (NGG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| EASTERN REGION HELICOPTER COUNCIL,<br>VERTICAL AVIATION INTERNATIONAL, and<br>VICTORIA SESKIN,<br><br>                                                                        Plaintiffs,<br><br>                          -against-<br><br>THE CITY OF NEW YORK,<br><br>                                                                        Defendant. |
| **NOTICE OF MOTION**<br><br>***STEVEN BANKS***<br>*Corporation Counsel of the City of New York*<br>   *Attorney for Defendants*<br>   *100 Church Street Room 5-143*<br>   *New York, N.Y.  10007*<br><br>   *Of Counsel: Aimee Lulich, Nathan Taylor, Owanaemi Briggs*<br>   *Tel:  (212) 356-2369* |

*Due and timely service is hereby admitted.*

*New York, N.Y.   ........................................................................................, 2026......*

  *............................................................................................................ , Esq.*

*Attorney for ...............................................................................................*