UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

                                    Plaintiffs,

            - against -

THE CITY OF NEW YORK,

                                    Defendant.

------------------------------------------------------------------------x

**DECLARATION OF
AIMEE K. LULICH**

25-CV-4682 (NGG)

        Aimee K. Lulich, an attorney duly admitted to practice law in the United States Southern District of New York, declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

        1.     I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant City of New York.

        2.     In support of Defendant's motion to dismiss, Defendants submit the following exhibits:

        3.     Annexed hereto as Exhibit "A" is a true and correct copy of Local Law 64 of 2025, which is published at New York City Administrative Code ("Admin. Code") § 22-828, *et seq*.

        4.     Annexed hereto as Exhibit "B" is a true and correct copy of Proposed Introduction No. 26-A ("Int. No. 26-A") as it was introduced to New York City Council ("City Council").[1]

---

[1] The entire legislative record for Int. No. 26-A, including the documents annexed hereto as Exhibits A through F, is available publicly on Legistar at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6509352&GUID=301F08C1-50C3-421E-AB4F-169487576D87&Options=ID%7cText%7c&Search=64 (last visited Feb. 26, 2026).

5. Annexed hereto as Exhibit "C" is a true and correct copy of the Plain Language Summary for Int. No. 26-A.

6. Annexed hereto as Exhibit "D" is a true and correct copy of the City Council Committee on Economic Development's Committee Report regarding Int. No. 26-A.

7. Annexed hereto as Exhibit "E" is a true and correct copy of the Transcript of the Committee on Economic Development's Hearing on April 24, 2025, in which Int. No. 26-A was approved by Committee and sent to City Council for vote.

8. Annexed hereto as Exhibit "F" is a true and correct copy of the transcript of City Council's April 24, 2026 stated meeting, at which City Council voted to pass Int. No. 26-A.

9. Annexed hereto as Exhibit "G" is a true and correct copy of Appendices 10 and 11 of the Federal Aviation Administration's Advisory Circular entitled Noise Levels for U.S. Certificated and Foreign Aircraft, which is publicly-available in full at: https://www.faa.gov/documentLibrary/media/Advisory_Circular/AC_36-1H.pdf (last visited Feb. 24, 2026).

10. Annexed hereto as Exhibit "H" is a true and correct copy of the FAA Helicopter Route Chart for New York City, which is publicly-available in full at: https://aeronav.faa.gov/visual/01-22-2026/PDFs/New_York_Heli.pdf (last visited Feb. 24, 2026).

11. Annexed hereto as Exhibit "I" is a true and correct copy of the challenged town code in *Friends of the E. Hampton Airport v Town of East Hampton,* 841 F.3d 133 (2d Cir. 2016), as filed in E.D.N.Y. No. 15-CV-2246 (JS)(ARL) in defendants' opposition to a motion for summary judgment.

Dated:   New York, New York
         February 27, 2026

                                          /s/ *AKL*
                                          Aimee Lulich

Case 2:25-cv-04682-NGG-LGD   Document 25   Filed 02/27/26   Page 3 of 3 PageID #: 94