# LOCAL LAWS
# OF
# THE CITY OF NEW YORK
# FOR THE YEAR 2025

_____

## No. 64

_____

Introduced by Council Members Farías, Powers, Louis, Restler, Gutiérrez, Hudson, Marte, Hanif, Brewer, Holden, Avilés, Rivera, Abreu, Ossé, Krishnan, De La Rosa, Banks, Cabán, Brannan, Schulman, Ung, Gennaro, Feliz, Ayala, Nurse, Bottcher, Brooks-Powers, Hanks, Mealy and Carr.

## A LOCAL LAW

**To amend the administrative code of the city of New York, in relation to regulating helicopter operations at city owned heliports to reduce noise**

*Be it enacted by the Council as follows*:

Section 1. Subchapter 2 of chapter 8 of title 22 of the administrative code of the city of New York is amended by adding a new section 22-828 to read as follows:

*§ 22-828 Heliport operations. a. Definitions. For the purposes of this section, the following terms have the following meanings:*

*Covered helicopter. The term "covered helicopter" means a rotary-wing aircraft capable of vertical takeoff and landing. Such term does not include any helicopter with calculated noise levels, as indicated in appendix 10 or 11 to federal aviation administration advisory circular 36-1H, or any such successor document, that are not higher than the stage 3 noise limits for the maximum takeoff weight of such helicopter set by the federal aviation administration, pursuant to section H36.305 of appendix H or section J36.305 of appendix J to part 36 of title 14 of the code of federal regulations.*

*Heliport.* The term "heliport" means a designated land area used for helicopter operations and any appurtenant areas, including fueling facilities, terminal buildings and maintenance and repair facilities that is on property owned or leased by the city. Such term shall not include any heliport located at an airport operated by the port authority of New York and New Jersey.

*Non-essential flight.* The term "non-essential flight" means any helicopter flight not conducted by or on behalf of (i) the United States armed forces, (ii) the fire department, (iii) emergency services, including any air ambulance or medical transport, (iv) the police department or other law enforcement entity, (v) a newsgathering organization, or (vi) film, television or commercial photography production activities conducted for a commercial purpose.

*Newsgathering organization.* The term "newsgathering organization" means an organization or entity that gathers and reports the news by publishing, broadcasting, or cablecasting articles, commentaries, books, photographs, video, film, or audio by electronic, print, or digital media such as radio, television, newspapers, magazines, wire, books, and the internet.

b. The operator of any heliport shall prohibit covered helicopters from conducting non-essential flights to or from any such heliport, except as otherwise directed by an aviation control tower or air traffic control center or in emergency circumstances where such operation is necessary to protect life, property or the public health and safety.

c. Prior to implementing the restrictions set forth in subdivision b of this section, the airport operator shall follow the procedure outlined in subsection (b) of section 47524 of title 49 of the United States code and subpart C of part 36 of title 14 of the code of federal regulations. Such restrictions shall not be implemented until 180 days after the publishing and public comment period required by such procedure have commenced.

§ 2. a. In each covered contract executed on or after the effective date of this section, the commissioner shall require that, no later than April 1 of each year, the contracted entity submit to the mayor and the speaker of the city council a report detailing the percentage of flights by covered helicopters to or from a heliport that were non-essential flights during the previous calendar year.

b. For purposes of this section, the terms "commissioner," "contracted entity," and "covered contract" have the same meanings as such terms are defined in section 22-821 of the administrative code of the city of New York; and the terms "covered helicopter," "heliport," and "non-essential flight" have the same meanings as such terms are defined in section 22-828 of such administrative code, as added by section one of this local law.

§ 3. This local law takes effect on January 1, 2026, except that section one of this local law takes effect on December 1, 2029, and section two of this local expires and is deemed repealed on such date.

THE CITY OF NEW YORK, OFFICE OF THE CITY CLERK, s.s.:

I hereby certify that the foregoing is a true copy of a local law of The City of New York, passed by the Council on April 24, 2025 and returned unsigned by the Mayor on May 27, 2025.

MICHAEL M. McSWEENEY, City Clerk, Clerk of the Council.

CERTIFICATION OF CORPORATION COUNSEL

I hereby certify that the form of the enclosed local law (Local Law No. 64 of 2025, Council Int. No. 26-A of 2024) to be filed with the Secretary of State contains the correct text of the local law passed by the New York City Council, presented to the Mayor, and neither approved nor disapproved within thirty days thereafter.

SPENCER FISHER, Acting Corporation Counsel.