Proposed Int. No. 26-A

By Council Members Farías, Powers, Louis, Restler, Gutiérrez, Hudson, Marte, Hanif, Brewer, Holden, Avilés, Rivera, Abreu, Ossé, Krishnan, De La Rosa, Banks, Cabán, Brannan, Schulman, Ung, Gennaro, Feliz, Ayala, Nurse, Bottcher, Brooks-Powers, Hanks, Mealy and Carr

A Local Law to amend the administrative code of the city of New York, in relation to regulating helicopter operations at city owned heliports to reduce noise

Be it enacted by the Council as follows:

1    Section 1. Subchapter 2 of chapter 8 of title 22 of the administrative code of the city of

2    New York is amended by adding a new section 22-828 to read as follows:

3    § 22-828 Heliport operations. a. Definitions. For the purposes of this section, the following

4    terms have the following meanings:

5    Covered helicopter. The term "covered helicopter" means a rotary-wing aircraft capable of

6    vertical takeoff and landing. Such term does not include any helicopter with calculated noise

7    levels, as indicated in appendix 10 or 11 to federal aviation administration advisory circular 36-

8    1H, or any such successor document, that are not higher than the stage 3 noise limits for the

9    maximum takeoff weight of such helicopter set by the federal aviation administration, pursuant to

10   section H36.305 of appendix H or section J36.305 of appendix J to part 36 of title 14 of the code

11   of federal regulations.

12   Heliport. The term "heliport" means a designated land area used for helicopter operations

13   and any appurtenant areas, including fueling facilities, terminal buildings and maintenance and

14   repair facilities that is on property owned or leased by the city. Such term shall not include any

15   heliport located at an airport operated by the port authority of New York and New Jersey.

16   Non-essential flight. The term "non-essential flight" means any helicopter flight not

17   conducted by or on behalf of (i) the United States armed forces, (ii) the fire department, (iii)

18   emergency services, including any air ambulance or medical transport, (iv) the police department

1

1    or other law enforcement entity, (v) a newsgathering organization, or (vi) film, television or

2    commercial photography production activities conducted for a commercial purpose.

3          Newsgathering organization. The term "newsgathering organization" means an

4    organization or entity that gathers and reports the news by publishing, broadcasting, or

5    cablecasting articles, commentaries, books, photographs, video, film, or audio by electronic, print,

6    or digital media such as radio, television, newspapers, magazines, wire, books, and the internet.

7          b. The operator of any heliport shall prohibit covered helicopters from conducting non-

8    essential flights to or from any such heliport, except as otherwise directed by an aviation control

9    tower or air traffic control center or in emergency circumstances where such operation is necessary

10    to protect life, property or the public health and safety.

11          c. Prior to implementing the restrictions set forth in subdivision b of this section, the airport

12    operator shall follow the procedure outlined in subsection (b) of section 47524 of title 49 of the

13    United States code and subpart C of part 36 of title 14 of the code of federal regulations. Such

14    restrictions shall not be implemented until 180 days after the publishing and public comment

15    period required by such procedure have commenced.

16          § 2. a. In each covered contract executed on or after the effective date of this section, the

17    commissioner shall require that, no later than April 1 of each year, the contracted entity submit to

18    the mayor and the speaker of the city council a report detailing the percentage of flights by covered

19    helicopters to or from a heliport that were non-essential flights during the previous calendar year.

20          b. For purposes of this section, the terms "commissioner," "contracted entity," and

21    "covered contract" have the same meanings as such terms are defined in section 22-821 of the

22    administrative code of the city of New York; and the terms "covered helicopter," "heliport," and

1    "non-essential flight" have the same meanings as such terms are defined in section 22-828 of such

2    administrative code, as added by section one of this local law.

3        § 3. This local law takes effect on January 1, 2026, except that section one of this local law

4    takes effect on December 1, 2029, and section two of this local expires and is deemed repealed on

5    such date.


Session 13
ARP
LS # 12730
4/16/2025

Session 12
ARP
LS # 12730
11/2/2023