# Plain Language Summary

**Current Introduction Number:**
Int. No. 26-A

**Prime Sponsors:**
By Council Members Farías, Powers, Louis, Restler, Gutiérrez, Hudson, Marte, Hanif, Brewer, Holden, Avilés, Rivera, Abreu, Ossé, Krishnan, De La Rosa, Banks, Cabán, Brannan, Schulman, Ung, Gennaro, Feliz, Ayala, Nurse, Bottcher, Brooks-Powers, Hanks, Mealy and Carr

**Bill Title:**
A Local Law to amend the administrative code of the city of New York, in relation to regulating helicopter operations at city owned heliports to reduce noise

**Bill Summary:**
**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

This bill would prohibit non-essential helicopter flights that do not meet certain federal noise standards from taking off or landing at city-run heliports. The bill would also require that prior to the ban taking effect, the Council and the Mayor receive reports on the percentage of helicopter flights landing and leaving city-run heliports that do not meet such noise standards.

**Effective Date:**
Section 1 takes effect December 1, 2029; Section 2 takes effect January 1, 2026

**Legislative Impact:**
☐ **Agency Rulemaking Required**: Is City agency rulemaking required?
☐ **Report Required**: Is a report due to Council required?
☒ **Sunset Date Included**: Does the legislation have a sunset date?
☐ **Council Appointment Required**: Is an appointment by the Council required?
☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law would be placed in the New York City Charter or Administrative Code.

Session 13
LS #12730
01/10/2024

Session 12

ARP
LS #12730
11/2/23