```
                 COMMITTEE ON ECONOMIC DEVELOPMENT            1
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

          Of the

COMMITTEE ON ECONOMIC DEVELOPMENT

------------------------ X

                         April 24, 2025
                         Start:  10:59 a.m.
                         Recess: 11:07 a.m.


HELD AT:         COUNCIL CHAMBERS – CITY HALL

B E F O R E:     Amanda Farías, Chairperson


COUNCIL MEMBERS:
                 Alexa Avilés
                 Erik D. Bottcher
                 Jennifer Gutiérrez
                 Kevin C. Riley
                 Rafael Salamanca, Jr.
                 Inna Vernikov
```

```
 1   COMMITTEE ON ECONOMIC DEVELOPMENT                   2
 2              SERGEANT-AT-ARMS: This is a microphone
 3   check on the Committee of Economic Development
 4   located in the Chambers recorded by James Marino on
 5   April 24, 2025.
 6              SERGEANT-AT-ARMS: Good morning, good
 7   morning. Welcome to the New York City Council vote on
 8   the Committee on Economic Development.
 9              At this time, please silence all
10   electronics and do not approach the dais.
11              Chair, you may begin.
12              CHAIRPERSON FARÍAS: [GAVEL] Good morning,
13   and welcome to this meeting of the New York City
14   Council's Committee on Economic Development. I am
15   Majority Leader Amanda Farías, Chair of the Committee
16   on Economic Development. I'd like to begin by
17   thanking the Members of the Committee that are
18   present today, acknowledging Council Members Riley,
19   Salamanca, Avilés, and Vernikov. I'd also like to
20   welcome the members of the public who have joined us
21   in the gallery. If you would like to express any
22   support for any of the items today, you may use the
23   silent approval gesture.
24              Today, we will be voting on six pieces of
25   legislation. Proposed Introduction Number 860-A,
```

1  COMMITTEE ON ECONOMIC DEVELOPMENT                3

2  sponsored by Council Member Avilés, would establish

3  an annual community hiring report submitted to the

4  Council and the Mayor and posted on the New York City

5  Economic Development Corporation's website. This

6  report will include performance metrics for goals

7  established for community hiring programs and a

8  performance assessment reflecting the prior fiscal

9  year, and a description of best efforts by leases,

10 developers, or other parties to transactions covered

11 by a community hiring program when there is a failure

12 to meet such hiring goals.

13         Proposed Introduction Number 861-A, also

14 sponsored by Council Member Avilés, will alter the

15 terms of the contract between the City and the EDC by

16 requiring the EDC to include in its annual report

17 certain details regarding any commitments by an

18 organization to provide community benefits to

19 residents of a neighborhood affected by the EDC

20 project.

21         Resolution number 85-A, sponsored by

22 Council Member Gennaro, calls on the New York State

23 Legislature to pass and the Governor to sign A2583,

24 which would establish a noise tax on non-essential

25

```
 1  COMMITTEE ON ECONOMIC DEVELOPMENT                    4
 2  helicopter and seaplane flights in cities with a
 3  population of one million or more.
 4              Resolution 226-A, sponsored by Council
 5  Member Gale Brewer, calls on the New York State
 6  Legislature to pass and the Governor to sign A6311
 7  and S7381, which would prohibit certain non-essential
 8  flight operations at municipal heliports and Hudson
 9  River Park.
10              Resolution 233-A, also sponsored by
11  Council Member Brewer, calls upon the United States
12  Federal Aviation Administration to ban all non-
13  essential helicopter travel, including tourist and
14  charter helicopter flights over New York City.
15              Lastly is proposed Introduction Number
16  26-A, which I introduced. This legislation would
17  prohibit non-essential helicopter flights that do not
18  meet certain federal noise standards from taking off
19  or landing at City-run heliports. This bill would
20  also require that prior to the ban taking effect, the
21  Council and the Mayor receive reports on the
22  percentage of helicopter flights landing and leaving
23  City-run heliports that do not meet such noise
24  standards.
25
```

```
 1  COMMITTEE ON ECONOMIC DEVELOPMENT                         5
 2              I want to take a minute to discuss my
 3  bill before turning the microphone over to Council
 4  Member Avilés for her opening remarks.
 5              By voting in favor of this legislation,
 6  we are taking a significant step towards helping
 7  communities that have been negatively impacted by
 8  helicopter flights over the past decades,
 9  particularly by their excessive noise. I believe my
10  bill starts the ball rolling towards policy that will
11  help New York City create a quieter and safer
12  airspace. Over the last three years in the Council
13  chairing this Committee, we've held oversight
14  hearings looking at the regulatory measures in place
15  to address the negative impacts made by helicopter
16  flights and the lack of reporting transparency from
17  helicopter vendors to the Economic Development
18  Corporation. What we saw was a lack of transparency,
19  a disregard to New Yorkers' complaints and the
20  impacts made on them, and no tangible results,
21  contract after contract, to right those wrongs or
22  even address them. I have taken this role as Chair as
23  a privilege, and despite coming from a borough where
24  this issue is not prevalent, it is an issue for a
25  majority of New York City. I worked tirelessly over
```

```
 1  COMMITTEE ON ECONOMIC DEVELOPMENT                        6
 2  the years with advocates, aviation stakeholders and
 3  experts, the Economic Development Corporation, my
 4  Council Committee Staff, and so many others to find
 5  ways where we can begin regulatory measures and
 6  forthcoming reporting to forge a pathway for us as a
 7  City to lead in the right direction. While this is
 8  step one, I'm here for the long haul. I'm fighting
 9  for all New Yorkers. Right after this vote, I will be
10  holding a press conference in City Hall Park with
11  Stop the Chop New York, New Jersey, who have been
12  longtime advocates for reducing helicopter noise,
13  particularly for non-essential helicopter flights.
14              Finally, I would like to thank the
15  Economic Development team here at the council, Senior
16  Counsel Alex Paulenoff, Senior Policy Analyst William
17  Hongach, Counsel Luke Hamill, and Finance Analyst
18  Glenn Martelloni for all their hard work preparing
19  for this hearing. Additionally, I would like to thank
20  Deputy Director of the Governmental Affairs Division
21  Rachel Cordero for her stewardship of proposed Intro.
22  26-A. And lastly, I'd like to thank my Chief-of-Staff
23  Rebecca Nieves, who has been critical in navigating
24  partners in the aviation sector for my office.
25
```

```
 1   COMMITTEE ON ECONOMIC DEVELOPMENT                         7
 2                I will now turn it over to my colleague,
 3   Council Member Avilés, to say a few words about her
 4   bills.
 5                COUNCIL MEMBER AVILÉS: Thank you so much,
 6   Majority Leader. I'd like to thank the Committee for
 7   hearing Intro. 860 and 861. Both of these bills get
 8   at the heart of challenges faced by my community when
 9   economic development projects led by our City are
10   dropped on us without care, consideration, or
11   involvement. Both bills are about transparency and
12   accountability, and I'm delighted that we will be
13   able to vote on them today. And I would just like to
14   note that as we vote on these items, these items
15   specifically came from community members, from their
16   care and concern and watching how government has been
17   working over the years. I want to take a moment to
18   specifically thank them for their advocacy, for their
19   stewardship of our community, and for keeping a very
20   watchful eye and calling for transparency and
21   accountability, so I'd like to thank Jesse Solomon of
22   SBIDC, John Santori of Community Board 7, Greg Morris
23   and Stephanie Birmingham from the New York City
24   Employment and Training Coalition, Evelyn Ortiz from
25   Opportunities for a Better Tomorrow, Andrea Benyola
```

```
 1  COMMITTEE ON ECONOMIC DEVELOPMENT                         8
 2  and Justin Collins from Workforce Professionals, many
 3  residents, many advocates and activists, and I just
 4  want to thank all of them. And I'd like to thank you,
 5  Majority Leader Farias, for recognizing the
 6  importance of these pieces of legislation and to the
 7  Speaker for their work and to the Committee. Thank
 8  you.
 9              CHAIRPERSON FARÍAS: Thank you. I'll now
10  ask the Clerk to call the roll.
11              COMMITTEE CLERK WILLIAM MARTIN: Good
12  morning. William Martin, Committee Clerk. Roll call
13  vote, Committee on Economic Development. All items
14  are coupled. Chair Farías.
15              CHAIRPERSON FARÍAS: I proudly vote aye.
16              COMMITTEE CLERK WILLIAM MARTIN:
17  Salamanca.
18              COMMITTEE CLERK WILLIAM MARTIN: Aye on
19  all.
20              COMMITTEE CLERK WILLIAM MARTIN: Riley.
21              COUNCIL MEMBER RILEY: Aye.
22              COMMITTEE CLERK WILLIAM MARTIN: Avilés.
23              COUNCIL MEMBER AVILÉS: Aye on all.
24              COMMITTEE CLERK WILLIAM MARTIN: Bottcher.
25              COUNCIL MEMBER BOTTCHER: Aye.
```

```
 1  COMMITTEE ON ECONOMIC DEVELOPMENT                        9
 2              COMMITTEE CLERK WILLIAM MARTIN:
 3  Gutiérrez.
 4              COUNCIL MEMBER GUTIÉRREZ: Aye.
 5              COMMITTEE CLERK WILLIAM MARTIN: Vernikov.
 6              COUNCIL MEMBER VERNIKOV: Aye on all
 7  except no on Intro. 26, Resolutions 85, 226, and 233.
 8  Thank you.
 9              COMMITTEE CLERK WILLIAM MARTIN: Thank
10  you. All items have been adopted with a vote of seven
11  in the affirmative, zero in the negative, and no
12  abstentions with Introductions 26-A, Resolution 85-A,
13  Resolution 226-A and Resolution 233-A which are
14  adopted by the Committee with six in the affirmative,
15  one in the negative, and no abstentions. Madam Chair,
16  that is a full Committee.
17              CHAIRPERSON FARÍAS: Thank you. Seeing no
18  other business, I now adjourn this vote. [GAVEL]
19
20
21
22
23
24
25
```

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date     June 11, 2025