NEW YORK CITY COUNCIL STATED MEETING                    1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            of the

    STATED MEETING

------------------------ X

                    Thursday, April 24, 2025
                    Start:  2:44 p.m.
                    Recess: 4:18 p.m.


HELD AT:          Council Chambers - City Hall

B E F O R E:      *The Majority Leader (Council
                  Member Amanda Farías) presiding as
                  the Acting President Pro Tempore*

COUNCIL MEMBERS:

 Adrienne E. Adams, *Speaker*
 Joann Ariola
 Alexa Avilés
 Diana I. Ayala
 Chris Banks
 Erik D. Bottcher
 Justin L. Brannan
 Gale A. Brewer
 Selvena N. Brooks-Powers
 Tiffany Cabán
 David M. Carr
 Carmen N. De La Rosa
 Eric Dinowitz
 Amanda Farías
 Simcha Felder
 Oswald Feliz
 James F. Gennaro
 Jennifer Gutiérrez

2

NEW YORK CITY COUNCIL STATED MEETING

COUNCIL MEMBERS (CONTINUED)

Shahana K. Hanif
Kamillah Hanks
Robert F. Holden
Crystal Hudson
Rita C. Joseph
Shekar Krishnan
Linda Lee
Farah N. Louis
Kristy Marmorato
Christopher Marte
Darlene Mealy
Julie Menin
Francisco P. Moya
Mercedes Narcisse
Sandy Nurse
Chi A. Ossé
Vickie Paladino
Keith Powers
Lincoln Restler
Kevin C. Riley
Carlina Rivera
Yusef Salaam
Rafael Salamanca,Jr
Pierina Ana Sanchez
Lynn C. Schulman
Althea V. Stevens
Sandra Ung
Inna Vernikov
Nantasha M. Williams
Julie Won
Susan Zhuang

3

NEW YORK CITY COUNCIL STATED MEETING

A P P E A R A N C E S

INVOCATION - Delivered by: Reverend Patrick J.
Keating, Deputy CEO of Catholic Charities
Brooklyn and Queens, CEO of Catholic Migration
Services, located at 310 Prospect Park West,
Brooklyn, NY 11215

1        NEW YORK CITY COUNCIL STATED MEETING        4

2        SERGEANT POLITE: Testing one, two, today is April

3    24, 2025. Today's Stated Meeting is being held in the

4    Chambers and recorded by Keith Polite.

5        SERGEANT AT ARMS: Quiet on the floor, please!

6    Quiet on the floor, please! Council Members, please

7    take your seats!

8        Ladies and gentleman, at this time please place

9    all electronic devices, all electronic devices to

10   vibrate or silent mode.

11       Madam Majority Leader?

12       MAJORITY LEADER FARÍAS: Good afternoon and

13   welcome to the Stated Meeting of April 24, 2025. I am

14   Majority Leader Amanda Farías, and I would like to

15   thank you for joining us. If you would like to follow

16   along, the agenda for today's meeting is posted on

17   our website.

18       On behalf of the body, I welcome the members of

19   the public who have joined us here today. During

20   Stated Meetings, only members of the Council may

21   speak. Members of the public shall remain silent. If

22   you wish to express support of any remarks, you may

23   make the silent approval gesture.

24       I want to remind my colleagues that decorum is to

25   be respected at all times. Insulting each other is

1          NEW YORK CITY COUNCIL STATED MEETING          5

2     not appropriate, all remarks are to be addressed to

3     the Chair, and members shall not speak unless

4     recognized by the Chair. It is essential that even if

5     we disagree, we treat each other with respect.

6          CITY CLERK: Please join us for the Pledge of

7     Allegiance.

8          SERGEANT AT ARMS: All rise!

9          ALL: [PLEDGE OF ALLEGIANCE]

10         MAJORITY LEADER FARÍAS: Roll call?

11         CLERK: Council Member Abreu?

12         COUNCIL MEMBER ABREU: Present

13         CLERK: Council Member Avilés?

14         COUNCIL MEMBER AVILÉS: (NO RESPONSE)

15         CLERK: Council Member Ayala?

16         DEPUTY SPEAKER AYALA: Here

17         CLERK: Council Member Banks?

18         COUNCIL MEMBER BANKS: Present

19         CLERK: Council Member Bottcher?

20         COUNCIL MEMBER BOTTCHER: (NO RESPONSE)

21         CLERK: Council Member Brannan?

22         COUNCIL MEMBER BRANNAN: Here

23         CLERK: Council Member Brewer?

24         COUNCIL MEMBER BREWER: Here

25         CLERK: Council Member Brooks-Powers?

```
 1        NEW YORK CITY COUNCIL STATED MEETING          6

 2      MAJORITY WHIP BROOKS-POWERS: (NO RESPONSE)

 3      CLERK: Council Member Cabán?

 4      COUNCIL MEMBER CABÁN: Present

 5      CLERK: Council Member Carr?

 6      COUNCIL MEMBER CARR: (ABSENT)

 7      CLERK: Council Member De La Rosa?

 8      COUNCIL MEMBER DE LA ROSA: Here

 9      CLERK: Council Member Dinowitz?

10      COUNCIL MEMBER DINOWITZ: Here

11      COMMITTEE COUNSEL: Council Member Felder?

12      COUNCIL MEMBER FELDER: (UN-MIC'D) Here

13      CLERK: Council Member Feliz?

14      COUNCIL MEMBER FELIZ: (NO RESPONSE)

15      CLERK: Council Member Gennaro?

16      COUNCIL MEMBER GENNARO: (NO RESPONSE)

17      CLERK: Council Member Gutiérrez?

18      COUNCIL MEMBER GUTIÉRREZ: Here

19      CLERK: Thank you.

20      Council Member Hanif?

21      COUNCIL MEMBER HANIF: Here

22      CLERK: Council Member Hanks?

23      COUNCIL MEMBER HANKS: (MEDICAL)

24      CLERK: Council Member Avilés?

25      COUNCIL MEMBER AVILÉS: Presenté
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          7

 2        CLERK: Thank you.

 3        Council Member Holden?

 4        COUNCIL MEMBER HOLDEN: Here

 5        CLERK: Council Member Hudson?

 6        COUNCIL MEMBER HUDSON: Present

 7        CLERK: Council Member Joseph?

 8        COUNCIL MEMBER JOSEPH: (NO RESPONSE)

 9        CLERK: Council Member Krishnan?

10        COUNCIL MEMBER KRISHNAN: Here

11        CLERK: Council Member Lee?

12        COUNCIL MEMBER LEE: Here

13        CLERK:   Council Member Louis?

14        COUNCIL MEMBER LOUIS: Present

15        CLERK: Council Member Marmorato?

16        COUNCIL MEMBER MARMORATO: Present

17        CLERK: Council Member Marte?

18        COUNCIL MEMBER MARTE: Present

19        CLERK: Council Member Mealy?

20        COUNCIL MEMBER MEALY: (NO RESPONSE)

21        CLERK: Council Member Menin?

22        COUNCIL MEMBER MENIN: Here

23        CLERK: Council Member Moya?

24        COUNCIL MEMBER MOYA: Here

25        CLERK: Council Member Narcisse?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        8

 2        COUNCIL MEMBER NARCISSE: Present

 3        CLERK: Council Member Nurse?

 4        COUNCIL MEMBER NURSE: (UN-MIC'D) Here

 5        CLERK: Council Member Ossé?

 6        COUNCIL MEMBER OSSÉ: Present

 7        CLERK: Council Member Paladino?

 8        MINORITY WHIP PALADINO: (NO RESPONSE)

 9        CLERK: Council Member Powers?

10        COUNCIL MEMBER POWERS: Here, and I want to

11   recognize that my friend, State Assembly Member,

12   Kalman Yeger, is in the house as well, in the back.

13        CLERK: Council Member Restler?

14        COUNCIL MEMBER RESTLER: Here

15        CLERK: Council Member Riley?

16        COUNCIL MEMBER RILEY: Present

17        CLERK: Council Member Rivera?

18        COUNCIL MEMBER RIVERA: Present

19        CLERK: Council Member Salaam?

20        COUNCIL MEMBER SALAAM: Present

21        CLERK: Council Member Salamanca?

22        COUNCIL MEMBER SALAMANCA: Present

23        CLERK: Council Member Sanchez?

24        COUNCIL MEMBER SANCHEZ: (NO RESPONSE)

25        CLERK: Council Member Schulman?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          9

 2     COUNCIL MEMBER SCHULMAN: Here

 3     CLERK: Council Member Stevens?

 4     COUNCIL MEMBER STEVENS: Here

 5     CLERK: Council Member Ung?

 6     COUNCIL MEMBER UNG: Present

 7     CLERK: Council Member Vernikov?

 8     COUNCIL MEMBER VERNIKOV: (NO RESPONSE)

 9     CLERK: Council Member Brooks-Powers?

10     MAJORITY WHIP BROOKS-POWERS: (UN-MIC'D) Present

11     CLERK: Council Member Paladino?

12     MINORITY WHIP PALADINO: (UN-MIC'D) Present

13  (INAUDIBLE)

14     CLERK: Council Member Williams?

15     COUNCIL MEMBER WILLIAMS: Present

16     CLERK: Council Member Won?

17     COUNCIL MEMBER WON: Present

18     CLERK: Council Member Zhuang?

19     COUNCIL MEMBER ZHUANG: (NO RESPONSE)

20     CLERK: Council Member Bottcher

21     COUNCIL MEMBER BOTTCHER: Here

22     CLERK: Council Member Ariola?

23     MINORITY LEADER ARIOLA: Present

24     CLERK: Council Member Farías?

25     MAJORITY LEADER FARÍAS: (NO RESPONSE)
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          10

 2        CLERK: Council Member Joseph?

 3        COUNCIL MEMBER JOSEPH: Here.

 4        CLERK: Council Member Sanchez?

 5        COUNCIL MEMBER SANCHEZ: (INAUDIBLE) is here, I'm

 6   sorry.

 7        CLERK: Thank you, Council Member Sanchez.

 8        CLERK: Council Member Farías?

 9        MAJORITY LEADER FARÍAS: Present

10        CLERK: Speaker Adams?

11        SPEAKER ADAMS: Present

12        MAJORITY LEADER FARÍAS: Thank you, we will now

13   have today's Invocation which will be delivered by

14   Reverend Patrick J. Keating, Deputy CEO of Catholic

15   Charities Brooklyn and Queens, CEO of Catholic

16   Migration Services, which is located at 310 Prospect

17   Park West in Brooklyn.

18        SERGEANT AT ARMS: All rise!

19        REVEREND KEATING: Almighty God, we pray that you

20   send your blessing upon the members of the City

21   Council. We pray also for the dedicated staff for

22   this illustrious chamber and all in government. We

23   pray for your protection upon the brave and dedicated

24   women and men of the NYPD, the FDNY, and all first

25   responders. We pray for all civil servants and those
```

```
 1       NEW YORK CITY COUNCIL STATED MEETING        11
 2   who partner with the City, especially so with service
 3   providers. And we also pray for all New Yorkers who
 4   strive to make our city a better place for all
 5   people.
 6       During the Octave of Easter, a time when
 7   Christians remember the central mystery of our faith,
 8   namely the resurrection, we pray that the joy of this
 9   season might remind each of us to be concerned with
10   the needs and to treat our sisters and brothers with
11   mercy, love, and compassion. We pray that all people
12   of goodwill strive for the common good as we each do
13   what we can to uplift one another.
14       We are mindful of the passing of his holiness,
15   Pope Francis, on Easter Monday. The Holy Father
16   graced the city of New York with a papal visit in
17   2015. A visit in which he focused on the 25th chapter
18   of Saint Matthew's Gospel, reminding all of us of the
19   need to feed the hungry, the need to care for the
20   sick, the need to welcome the stranger, and the need
21   to accompany those who feel abandoned and may be on
22   the periphery of society.
23       For more than a 125 years, Catholic Charities of
24   Brooklyn and Queens, along with many other not for
25   profits in the city of New York, have strived to feed
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING            12

 2   the hungry, to care for the sick, to help the

 3   vulnerable, as well as to give hope to our neighbors.

 4   We are mindful that we can only succeed by working

 5   together, especially with our partners in government.

 6        We pray that this council continue to deliberate

 7   and focus their efforts to help and assist the most

 8   vulnerable forgotten in our city.

 9        Throughout his ministry, Pope Francis reminded

10   the world that every single person has value and

11   dignity. He called for the Jubilee Year of Hope, a

12   time when our world, our nation, and our city needs

13   hope. We pray that all of us be agents of hope, that

14   we may treat one another with respect and dignity,

15   that we may raise one another up in mutual concern

16   and in the realization that we all call to help one

17   another. Let us never forget that genuine kindness

18   can truly change the world.

19        Lastly, we pray for those who are sick and those

20   who have lost loved ones. May your compassion uplift

21   their hearts to focus on the hope that comes from

22   your divine providence. We ask this in all things

23   through our Lord Jesus Christ, your son, in union

24   with the holy spirit, God forever and ever. Amen.

25        (PAUSE)
```

```
1        NEW YORK CITY COUNCIL STATED MEETING        13

2        MAJORITY LEADER FARÍAS: Thank you, Reverand

3    Keating. I would now ask Council Member Justin

4    Brannan to spread the Invocation upon the record.

5        COUNCIL MEMBER BRANNAN: Thank you, Majority

6    Leader.

7        Thank you, Reverend Keating, for your Invocation.

8    The Very Reverend Patrick J. Keating is a devoted

9    servant and leader of the Roman Catholic Diocese of

10   Brooklyn. He served as Deputy CEO of Catholic

11   Charities Brooklyn and Queens and CEO of the Catholic

12   Migration Services.

13       Reverend Keating, you lead with compassion every

14   day, and this council thanks you for it.

15       It's an honor to have the reverend with us today

16   as we join the world in mourning the passing of Pope

17   Francis, a spiritual giant, a relentless advocate for

18   the poor, and moral compass for so many. Pope Francis

19   reminded the world that faith and action means

20   standing with the poor, the marginalized, and the

21   forgotten. His legacy is one of humility, compassion,

22   challenging the status quo, and speaking

23   uncomfortable truths to power, and never losing sight

24   of the dignity in every single human being.

25
```

```
1        NEW YORK CITY COUNCIL STATED MEETING        14

2        The legacy that Pope Francis leaves us is not

3   just words, but a challenge to do better, to be

4   better, for the least among us, for each other. It's

5   not just about going to church on Sunday, it's about

6   what you do and how you treat others during the rest

7   of the week. Before you talk about your faith, show

8   it to us and how you treat other people. May his

9   memory be a blessing, and may we rise to meet the

10  call he's left behind.

11       Madam Majority Leader, I thank once again, The

12  Very Reverend Patrick J. Keating, and I make a motion

13  for unanimous consent to spread the Invocation in

14  full upon the Record.

15       MAJORITY LEADER FARÍAS: Thank you, we will now

16  ask Council Member Susan Zhuang for the Adoption of

17  the Minutes.

18       COUNCIL MEMBER ZHUANG: I make a motion that the

19  Minutes of the Stated Meeting of April 10, 2025 be

20  adopted as printed by.

21       MAJORITY LEADER FARÍAS: Messages and Papers from

22  the Mayor?

23       CLERK: None.

24       MAJORITY LEADER FARÍAS: Communication From City,

25  County, and Borough Offices?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        15

 2        CLERK: M 120, Election of Simcha Felder, as

 3        the new Council Member of the 44th Councilmanic

 4   District.

 5        SPEAKER ADAMS: Received, Ordered, Printed and

 6   Filed.

 7        MAJORITY LEADER FARÍAS: Petitions and

 8   Communications?

 9        CLERK: None.

10        MAJORITY LEADER FARÍAS: Land Use Call-ups?

11        CLERK: M 121.

12        SPEAKER ADAMS: Thank you. I now ask the Clerk

13   take a roll call vote on today's Land Use Call-ups.

14        CLERK: Council Member Abreu?

15        COUNCIL MEMBER ABREU: Aye

16        CLERK: Council Member Avilés?

17        COUNCIL MEMBER AVILÉS: Aye

18        CLERK: Council Member Ayala?

19        DEPUTY SPEAKER AYALA: Aye

20        CLERK: Council Member Banks?

21        COUNCIL MEMBER BANKS: Aye

22        CLERK: Council Member Bottcher

23        COUNCIL MEMBER BOTTCHER: Aye

24        CLERK: Council Member Brannan?

25        COUNCIL MEMBER BRANNAN: Aye
```

1      NEW YORK CITY COUNCIL STATED MEETING            16

2      CLERK: Council Member Brewer?

3      COUNCIL MEMBER BREWER: (UN-MIC'D) Aye

4      CLERK: Council Member Brooks-Powers?

5      MAJORITY WHIP BROOKS-POWERS: Aye

6      CLERK: Council Member Cabán?

7      COUNCIL MEMBER CABÁN: Aye

8      CLERK: Council Member Carr?

9      COUNCIL MEMBER CARR: (ABSENT)

10     CLERK: Council Member De La Rosa?

11     COUNCIL MEMBER DE LA ROSA: Aye

12     CLERK: Council Member Dinowitz?

13     COUNCIL MEMBER DINOWITZ: Aye

14     CLERK: Council Member Felder?

15     COUNCIL MEMBER FELDER: (UN-MIC'D) (INAUDIBLE)

16     CLERK: Thank you.

17     Council Member Feliz?

18     COUNCIL MEMBER FELIZ: (NO RESPONSE)

19     CLERK: Council Member Feliz?

20     COUNCIL MEMBER FELIZ: (NO RESPONSE)

21     CLERK: Council Member Gennaro?

22     COUNCIL MEMBER GENNARO: Aye

23     CLERK: Council Member Gutiérrez?

24     COUNCIL MEMBER GUTIÉRREZ: Aye

25     CLERK: Thank you.

```
 1        NEW YORK CITY COUNCIL STATED MEETING          17

 2     Council Member Hanif?

 3     COUNCIL MEMBER HANIF: Aye

 4     CLERK: Council Member Hanks?

 5     COUNCIL MEMBER HANKS: (MEDICAL)

 6     CLERK: Council Member Holden?

 7     COUNCIL MEMBER HOLDEN: Aye

 8     CLERK: Council Member Hudson?

 9     COUNCIL MEMBER HUDSON: Aye

10     CLERK: Council Member Joseph?

11     COUNCIL MEMBER JOSEPH: Aye

12     CLERK: Council Member Krishnan?

13     COUNCIL MEMBER KRISHNAN: Aye

14     CLERK: Council Member Lee?

15     COUNCIL MEMBER LEE: Aye

16     CLERK: Council Member Louis?

17     COUNCIL MEMBER LOUIS: Madam Majority Leader, I

18  ask for permission to vote on all items on today's

19  Agenda?

20     MAJORITY LEADER FARÍAS: Permission granted.

21     COUNCIL MEMBER LOUIS: Thank you, aye on all.

22     CLERK: Thank you.

23     Council Member Marmorato?

24     COUNCIL MEMBER MARMORATO: Aye

25     CLERK: Council Member Marte?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        18

 2     COUNCIL MEMBER MARTE: Aye

 3     CLERK: Council Member Mealy?

 4     UNKNOWN: (INAUDIBLE)

 5     CLERK: Okay, thank you.

 6     UNKNOWN: (INAUDIBLE)

 7     CLERK: Council Member Feliz?

 8     COUNCIL MEMBER FELIZ: I vote aye on all.

 9     CLERK: Thank you, sir, (INAUDIBLE) Land Use Call-

10  ups.

11     Council Member Menin?

12     COUNCIL MEMBER MENIN: Aye

13     CLERK: Council Member Moya?

14     COUNCIL MEMBER MOYA: I vote aye.

15     CLERK: Thank you.

16     Council Member Narcisse?

17     COUNCIL MEMBER NARCISSE: Madam Majority Leader,

18  can I ask permission to vote on (INAUDIBLE) items

19  today?

20     MAJORITY LEADER FARÍAS: Permission granted.

21     COUNCIL MEMBER NARCISSE: So I vote aye on all,

22  thanks.

23     MAJORITY LEADER FARÍAS: Thank you.

24     CLERK: Thank you.

25     Council Member Nurse?
```

```
1        NEW YORK CITY COUNCIL STATED MEETING        19

2     COUNCIL MEMBER NURSE: (UN-MIC'D) Aye

3     CLERK: Council Member Ossé?

4     COUNCIL MEMBER OSSÉ: Aye

5     CLERK: Council Member Paladino?

6     MINORITY WHIP PALADINO: Aye

7     CLERK: Council Member Powers?

8     COUNCIL MEMBER POWERS: (UN-MIC'D) Aye

9     CLERK: Council Member Restler?

10    COUNCIL MEMBER RESTLER: Aye

11    CLERK: Council Member Riley?

12    COUNCIL MEMBER RILEY: Aye

13    CLERK: Council Member Rivera?

14    COUNCIL MEMBER RIVERA: Aye

15    CLERK: Council Member Salaam?

16    COUNCIL MEMBER SALAAM: I vote aye.

17    CLERK: Council Member Salamanca?

18    COUNCIL MEMBER SALAMANCA: Aye

19    CLERK: Council Member Sanchez?

20    COUNCIL MEMBER SANCHEZ: Aye

21    CLERK: Thank you.

22    Council Member Schulman?

23    COUNCIL MEMBER SCHULMAN: Aye

24    CLERK: Thank you.

25    Council Member Stevens?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        20

 2        COUNCIL MEMBER STEVENS: Aye

 3        CLERK: Council Member Ung?

 4        COUNCIL MEMBER UNG: Aye

 5        CLERK: Council Member Vernikov?

 6        COUNCIL MEMBER VERNIKOV: (NO RESPONSE)

 7        CLERK: Council Member Williams?

 8        COUNCIL MEMBER WILLIAMS: I vote aye.

 9        CLERK: Council Member Won?

10        COUNCIL MEMBER WON: Aye

11        CLERK: Council Member Zhuang?

12        COUNCIL MEMBER ZHUANG: Aye

13        CLERK: Council Member Mealy?

14        COUNCIL MEMBER MEALY: I vote no.

15        CLERK: Thank you.

16        Council Member Ariola?

17        MINORITY LEADER ARIOLA: I vote aye.

18        CLERK: Council Member Farías?

19        MAJORITY LEADER FARÍAS: I vote aye.

20        CLERK: Speaker Adams?

21        SPEAKER ADAMS: Aye

22        MAJORITY LEADER FARÍAS: Today's Land Use Call-ups

23   are adopted by a vote of 46 in the affirmative, and 1

24   in the negative.

25
```

1      NEW YORK CITY COUNCIL STATED MEETING        21

2      We will now have Communication Speaker Adrienne

3   Adams.

4      SPEAKER ADAMS: Thank you, Madam Majority Leader,

5   and good afternoon everyone.

6      Before we begin, I want to acknowledge the

7   senseless death of Excenia Mette, also known as

8   "Zeenie" who was struck in the head by a stray bullet

9   as she rushed outside of her apartment in Harlem to

10  try to stop the violence she heard. Zeenie was a

11  grandmother known throughout her neighborhood as a

12  pillar of the community, and our heart breaks at the

13  loss of life for this innocent bystander who wanted

14  nothing more than to stop the violence.

15     We also lost Leony Salcedo-Chevalier, a worker at

16  the Amazon Fulfillment Center in Staten Island. My

17  prayers are with the family and friends as they

18  grieve the loss of their loved one.

19     On Easter Sunday, three New Yorkers perished in a

20  devastating house fire in Council Member Gennaro's

21  district, and my heart is with the loved ones of

22  those who perished and the survivors who are working

23  to recover from the affects of the fire.

24     I also want to address the disturbing reports of

25  the Trump administration essentially kidnapping a

1        NEW YORK CITY COUNCIL STATED MEETING        22

2   Bronx teenager, Merwil Gutierrez, and sending him to

3   El Salvador — to which he has no connection —  even

4   after acknowledging he was not the person they were

5   looking for. His father is now left concerned about

6   his son who he and his lawyers have indicated has no

7   criminal history and no gang affiliations or ties.

8   And as a mother and grandmother, I can only imagine

9   the fear and anger his family is experiencing at this

10  grave injustice.

11      This is yet another example of the Trump

12  administration's extreme agenda that disregards The

13  US Constitution's due process.

14      The Mayor claims that he supports due process and

15  that his record on this is clear, but he hasn't said

16  anything about this, and sadly none of us should be

17  surprised. His behavior this week as a subsidiary of

18  the Trump administration showed his willingness to

19  spread misinformation that even contradicts the

20  Supreme Court multiple times. His actions this week

21  seem to demonstrate that he really is fulfilling his

22  bargain with Donald Trump. That is why the Council is

23  suing to stop the Mayor and his administration from

24  implementing an unlawful executive order to give

25  Donald Trump more power to carry out his extreme

```
 1        NEW YORK CITY COUNCIL STATED MEETING          23

 2   agenda in our city. And the Mayor once again stood

 3   with Tom Homan this week, the architect of the

 4   disastrous family separation policy. In doing so, it

 5   is clear that the Mayor is holding up his end of the

 6   bargain by attempting to hand Rikers over to Trump.

 7   But even more, their press conference undermined

 8   their claim of the necessity to have an office for

 9   ICE because they can clearly collaborate on criminal

10   enforcement without it. The only logical conclusion

11   is that the plan is to violate the law by enacting

12   civil immigration enforcement if given the keys to

13   Rikers.

14        The Mayor has placed his own personal interests

15   ahead of the people of our city. The same due process

16   that he says he supports applies to most people on

17   Rikers Island. Allowing ICE on Rikers would undermine

18   safety in our city; it would lead to more of the same

19   constitutional violations that we're already seeing

20   from the Trump administration, against New Yorkers

21   and people across our city and nation. And when New

22   Yorkers are afraid of cooperating with our city's own

23   police and discouraged from reporting crime or

24   seeking help, it makes everyone in our city less

25   safe.
```

1      NEW YORK CITY COUNCIL STATED MEETING        24

2          The Council will continue to stand firm to

3      protect the rights and safety of all New Yorkers

4      against the Trump administration even if the Mayor

5      will not.

6          Last Sunday marked the end of Passover. Our

7      ancestors and their struggles and resilience shape

8      who we are today. Passover provides us the

9      opportunity to reflect on our history and instill

10     these lessons in our children. I hope everyone who

11     celebrated had a meaningful holiday.

12         Last Sunday was also Easter Sunday. Easter

13     signifies hope and renewal, and I hope New Yorkers

14     who celebrated were able to come together as a

15     community to reflect on our shared values of

16     compassion, unity, and resilience.

17         April 22 was Earth Day, which serves as an

18     important call to action with urgency to protect our

19     planet. We must continue our work to achieve a zero

20     waste future and build upon our green infrastructure

21     so that New York City can do its part to fight

22     climate change.

23         Yesterday was Holocaust Remembrance Day, honoring

24     the six million Jewish people who were killed during

25     the Holocaust. We must continue our work to be

1      NEW YORK CITY COUNCIL STATED MEETING       25

2  vigilant against hate and work to preserve and teach

3  our history so that it's never again repeated.

4      And looking ahead, April 30th is Denim Day, a day

5  committed to supporting survivors of sexual violence

6  and increasing public awareness about this important

7  issue. It's a day of action where we show our

8  collective solidarity for survivors around the world

9  and recommit to supporting survivors with the trauma-

10  informed care and recovery they need.

11      Next, please join me in welcoming a group of

12  young adults from JCCA's Arches to Council Chambers!

13  We're proud of you (APPLAUSE) and glad that you could

14  join us today.

15      And I want to wish an early Happy Birthday, I

16  believe she just left, to Council Member Mercedes

17  Narcisse, whose birthday, and Council Member Chris

18  Marte whose birthday is on the 26th. Happy Birthday.

19      (APPLAUSE)

20      Finally colleagues, please join me in welcoming

21  Council Member Simcha Felder, back to the Council!

22      (APPLAUSE)

23      SPEAKER ADAMS: Congratulations, Council Member,

24  and we look forward to our work together.

25      Now let's move on to our Stated Agenda.

1    NEW YORK CITY COUNCIL STATED MEETING          26

2      First, we'll vote on the following Land Use

3    items, Brownsville NCP, an application by HPD to

4    facilitate the development of deeply affordable

5    housing on three parcels of vacant city-owned land in

6    Council Member Nurse and Council Member Mealy's

7    districts. All together, the three buildings will

8    include 75 units with affordability ranging from 30

9    to 70% of the AMI.

10     Next, we will vote on the following Finance

11   Items:

12     Introduction 1234-A, sponsored by Council Member

13   Justin Brannan, require the Director of the

14   Independent Budget Office to publish a report

15   analyzing the Mayor's executive budget for the

16   ensuing fiscal year no later than May 20th each year

17   of each year as opposed to May 15th. Additionally,

18   this bill would move the Council's public hearings on

19   the Mayor's executive budget to between May 10th and

20   May 31st.

21     Introduction 1219, sponsored by Deputy Speaker

22   Diana Ayala, would establish the East Harlem 125th

23   Street Business Improvement District.

24     Resolution 327, sponsored by Council Member Sandy

25   Nurse, would call for passage of State Legislation to

1      NEW YORK CITY COUNCIL STATED MEETING          27

2    authorize the City to offer retroactive tax

3    exemptions.

4        And Preconsidered Resolution, sponsored by

5    Council Member Justin Brannan, to approve new

6    designation and changes in the designation of certain

7    organizations to receive funding in the Expense

8    Budget.

9        Next, we'll vote on the following Home Rule, SLR

10   1, would authorize the City to discontinue the use of

11   certain designated parkland within Flushing Meadows

12   Corona Park, and dedicate an amount equal to or

13   greater than the fair market value towards acquiring

14   new parklands and or capital improvements of existing

15   parklands with a minimum of 20 acres. This

16   conditional - based on approval and development of a

17   gaming facility along with commercial, retail,

18   entertainment, recreational, and community facility

19   uses.

20       Today, we'll also vote on the following pieces of

21   legislation:

22       Resolution 598, sponsored by Council Member

23   Carmen De La Rosa, calling on health care

24   institutions to contract with industrial laundry

25   companies that respect workers' legal rights and

```
 1      NEW YORK CITY COUNCIL STATED MEETING      28

 2   adhere to area standards for wages and benefits.

 3   Thank you to our staff member Elizabeth Arzt.

 4       A Preconsidered Introduction, sponsored by

 5   Lincoln Restler, would amend the New York City

 6   Charter to account for numbering changes in a

 7   previous law, and preserve the right of former public

 8   servants to communicate with city agencies or

 9   government offices as part of an appearance in a

10   legal proceeding in front of another agency, office,

11   or court. Thank you to our staff members Jayasri

12   Ganapathy, Erica Cohen, and Rachel Cordero.

13       Next, we will vote on a pair of bills to combat

14   deed theft and its predatory practices that stem from

15   my 2024 State of the City:

16       Introduction 889-A, sponsored by Council Member

17   Crystal Hudson, would require that the system

18   maintained by the Department of Finance provide

19   notification to interested parties of the recording

20   of certain real estate instrument also notify the

21   local council member it affects a property that has

22   been held by the same party for thirty years.

23       Introduction 1086-A, sponsored by Council Member

24   Nantasha Williams, would require the DOF to notify

25   interested parties by email, text message, and postal
```

1       NEW YORK CITY COUNCIL STATED MEETING        29

2    mail when a deed or mortgage related document has

3    been recorded for the property in thirty days or

4    less.

5        Next, Introduction 860-A, sponsored by Council

6    Member Alexa Avilés, would require local development

7    corporations to report annually on community hiring

8    programs established to promote employment

9    opportunities for residents living in low income

10   communities during the prior fiscal year. The report

11   shall be posted on the New York City Economic

12   Development Corporation's website.

13       And Introduction 861-A, also sponsored by Council

14   Member Avilés, would alter the terms of the contract

15   between the City and EDC to require it to include

16   details regarding agreements between developers and a

17   nonprofit organization or person to provide community

18   benefits as part of a development project. Thank you

19   to our staff members Rachel Cordero and William

20   Hongach.

21       Next we will vote on legislation aimed at

22   increasing capacity of the City's stormwater system.

23       Resolution 144-A, sponsored by Council Member

24   Julie Menin, calls on the New York State

25   Environmental Facilities Corporation to remove

```
1        NEW YORK CITY COUNCIL STATED MEETING        30

2    restrictive barriers and uncap funds New York City

3    can receive for water infrastructure upgrades. Thank

4    you to our staff member Andrew Bourne.

5        Resolution 8, sponsored by Council Member Jim

6    Gennaro, NYS Department of Health and NYS

7    Environmental Facilities Corporation to fairly

8    allocate grants and loans for lead service line

9    replacement approved in the Federal Bipartisan

10   Infrastructure Law and to remove all rules preventing

11   NYC from receiving a fair share of this funding.

12   Thank you to our staff members Ricky Chawla and

13   Natasha Bynum.

14       Introduction 1150-A, also sponsored by Council

15   Member Gennaro, would require the Department of

16   Environmental Protection (DEP) to develop a

17   comprehensive stormwater plan that recommends

18   capacities at which the stormwater system should be

19   able to convey rainfall. Additionally, this bill

20   requires DEP to develop and maintain a dashboard that

21   indicates the status of the comprehensive stormwater

22   plan and of any projects recommended by the plan.

23   Thank you to our staff members Andrew Bourne and

24   Sierra Townsend.

25
```

1    NEW YORK CITY COUNCIL STATED MEETING          31

2        Next, we will vote on a package of legislation to

3    regulate non-essential helicopter flights with a goal

4    of mitigating noise pollution and its impacts on

5    health and quality of life. During the past five

6    years, there's been a 2,329% increase in noise

7    complaints related to helicopters, as well as recent

8    helicopter related incidents. Earlier this month we

9    lost Sean Johnson when the helicopter he was piloting

10   crashed into the Hudson River resulting in his death

11   and the loss of a family of five.

12       Resolution 233-A, sponsored by Council Member

13   Gale Brewer, Federal Aviation Administration to ban

14   all non-essential helicopter travel, including

15   tourist and chartered helicopter flights over New

16   York City.

17       Resolution 226-A, also sponsored by Council

18   Member Gale Brewer, calling on the New York State

19   Legislature to pass, and the Governor to sign,

20   A.6311/S.7381, which would prohibit certain non-

21   essential flight operations at municipal heliports

22   and Hudson River Park.

23       Resolution 85-A, Council Member Gennaro, calling

24   on the New York State Legislature to pass, and the

25   Governor to sign, A.5891/S.1140, which would

1       NEW YORK CITY COUNCIL STATED MEETING        32

2   establish a noise tax on non-essential helicopter and

3   seaplane flights in cities with a population of one

4   million or more. Thank you to our staff member

5   William Hongach.

6       And Introduction 26-A, sponsored by Majority

7   Leader Amanda Farías, would prohibit helicopters that

8   do not meet the most stringent FAA noise standards

9   from operating for non-essential purposes out of the

10  East 34th Street heliport and the Downtown Manhattan

11  Wall Street heliport beginning at the end of 2029.

12  Additionally, the bill would require EDC to report on

13  the percentage of flights at these two heliports that

14  do not currently meet the noise standards that will

15  be enforced in 2029. Thank you our staff members

16  Rachel Cordero, William Hongach, David Seitzer, and

17  Alex Paulenoff.

18      Finally, we will vote on several bills aiming to

19  improve resources and ensure protections for

20  transgender, gender nonconforming, and nonbinary New

21  Yorkers. These actions are even more critical, as the

22  Trump administration continues to threaten the civil

23  rights of trans and gender nonconforming people

24  across the nation.

25

```
 1        NEW YORK CITY COUNCIL STATED MEETING          33

 2        Resolution 793, sponsored by Council Member Lynn

 3    Schulman, New York State Legislature to pass, and the

 4    Governor to sign, S.1633/A.2613, which would provide

 5    additional protections for the sensitive health

 6    information of patients, including information

 7    related to abortion or gender affirming care.

 8        Resolution 781, also sponsored by Council Member

 9    Schulman, calling upon the New York State Legislature

10    to introduce and pass, and the Governor to sign,

11    legislation to prohibit out-of-state access to the

12    New York State Prescription Monitoring Program's data

13    for certain medications including abortion

14    medications, hormone therapy, and puberty blockers.

15        Resolution 774, sponsored by Council Member

16    Hudson, calling on the New York State Department of

17    Health to implement regulations requiring hospitals

18    in New York City to adhere to the World Professional

19    Association for Transgender Health's Standards of

20    Care 8, to ensure medical professionals can provide

21    high-quality and ethical treatment for individuals

22    with gender dysphoria.

23        Resolution 771, sponsored by Council Member Erik

24    Bottcher, calling upon the New York State Governor to

25    sign S.929/A.2141, which would extend protections
```

1    NEW YORK CITY COUNCIL STATED MEETING        34

2    over personal health information. Thank you to our

3    staff member Christie Dwyer.

4        Introduction 246-A, sponsored by Council Member

5    Hudson, would require social-service-providing

6    agencies that directly or by contract collect

7    demographic information via form documents from city

8    residents seeking services to update forms, where

9    practicable, to include "X" as an option when gender

10   identify information is collected. Thank you to our

11   staff members Jayasri Ganapathy, Erica Cohen, and

12   Rachel Cordero.

13       Introduction 1204-A, sponsored by Council Member

14   Chi Ossé, in relation to requiring the commissioner

15   of health and mental hygiene to conduct an assessment

16   and develop a health agenda regarding health

17   inequities affecting transgender, gender

18   nonconforming, and non-binary individuals when

19   compared to cisgender individuals, and health

20   inequities affecting intersex individuals. DOHMH

21   would be required to develop a health agenda to

22   address these inequities.

23       Introduction 1203-A, also sponsored by Council

24   Member Ossé, would require the Mayor's Office of

25   Immigrant Affairs (MOIA) to conduct an assessment of

1     NEW YORK CITY COUNCIL STATED MEETING        35

2     the available resources and any service gaps in the

3     City for newly arrived migrants who are transgender,

4     gender non-conforming, non-binary, and intersex.

5          Introduction 1201-A, sponsored by Council Member

6     Shahana Hanif, would expand a person's private right

7     of action for interference with reproductive or

8     endocrine medical care to explicitly include all

9     forms of gender affirming care. The bill would take

10    effect immediately.

11         And Introduction 1200-A, sponsored by Council

12    Member Tiffany Cabán, this bill would require the

13    Mayor's Office of Equity and Racial Justice (MOERJ)

14    to provide publicly available information on the

15    legal rights and resources available to transgender,

16    gender nonconforming, non binary individuals. The

17    bill would also require the City to submit a report

18    on the public information provided and engage in a

19    media campaign regarding this public information.

20    Thank you to our staff members Julia Goldsmith-

21    Pinkham, Christie Dwyer, and Sahar Moazami.

22         Thank you all for your attention, now I turn it

23    back over to our Majority Leader.

24         MAJORITY LEADER FARÍAS: Thank you, Speaker Adams.

25    We will now move into Discussion of General Orders,

1          NEW YORK CITY COUNCIL STATED MEETING          36

2    and I would like to first recognize Council Member

3    Hanif, followed by Council Member Nurse, then Council

4    Member Cabán.

5          COUNCIL MEMBER HANIF: Would you actually come

6    back to me?

7          MAJORITY LEADER FARÍAS: Sure. Calling in Council

8    Member Nurse.

9          COUNCIL MEMBER NURSE: Thank you, Majority Leader.

10         I just wanted to share some words of support for

11    the Brownsville NTP project that will bring 75 units

12    of much needed affordable housing to Community Board

13    16. Fifty-five percent of CB 16 residents are rent-

14    burdened and spend over 35% of their income on rent

15    and are in desperate need of affordable housing

16    options — 1735 Saint Mark's Avenue, the largest of

17    the three buildings, will be in my district and will

18    bring 39 affordable apartments below 70% of area

19    medium income; 21% will be set aside for homeless

20    families, and 50% will be set aside for families

21    making below 60% of AMI. The three bedrooms will be

22    affordable to a family of four with two parents

23    making up to $54,000 each. These kinds of units are

24    harder and harder to find, and I appreciate the Fifth

25    Avenue Committee and HPD for responding to the

```
1      NEW YORK CITY COUNCIL STATED MEETING         37

2   community's desire to see more three bedroom projects

3   in this district, which was also supported by a

4   slight density bonus of five units from the City of

5   Yes Zoning Text Change.

6      I want to also especially thank HPD, the team

7   there, for really accommodating a number of changes,

8   over communicating, and helping us achieve a very

9   good project for this community. I ask for your

10  support on this item today. Thank you, Majority

11  Leader.

12     MAJORITY LEADER FARÍAS: Recognizing Council

13  Member Cabán, followed by Council Member Avilés.

14     COUNCIL MEMBER MEALY: Yes, I would like to talk

15  about the Brownsville...

16     MAJORITY LEADER FARÍAS: Council Member Mealy?

17     COUNCIL MEMBER MEALY: Oh?

18     MAJORITY LEADER FARÍAS: Have not recognized you

19  yet, I recognized Council Member Cabán, thank you.

20     COUNCIL MEMBER MEALY: Go, Cabán.

21     (LAUGHTER)

22     COUNCIL MEMBER CABÁN: Thank you. (LAUGHS) Today,

23  I am urging my colleagues to support and pass Intro

24  1200 and the entire bill package. It's a step towards

25
```

1  NEW YORK CITY COUNCIL STATED MEETING          38

2  liberation and justice for our transgender and gender

3  nonconforming, nonbinary, and intersex neighbors.

4    At a time when the rights of trans people are

5  under attack across the country, it is not enough for

6  cities like ours simply to say, "We stand beside

7  you". We must act and we must lead. The legislation

8  is part of that effort, it mandates that the City

9  create a resource hub and conduct a Know Your Rights

10 campaign to make critical, life saving information

11 readily available to the trans and gender

12 nonconforming community. This includes information

13 about their rights under the law, how to access

14 gender affirming care, and where to find support from

15 community organizations. It ensures that people know

16 how to change their name and gender markers, and that

17 they understand the protections that exist from hate

18 crimes and discrimination.

19   This bill is about transparency, accessibility,

20 and solidarity, but most importantly, it's about

21 survival. We must be clear that the passage of this

22 bill is not the finish line, it's just the start of

23 what we must do.

24   The Trump administration's rollback of health

25 care protections, the targeting of trans youth, and

```
1      NEW YORK CITY COUNCIL STATED MEETING        39

2    the attempts to erase trans people from public life

3    are reminders that our work is just beginning. New

4    York City must continue to be a national leader, not

5    just in resisting harm, but in actively advancing the

6    rights and safety of TGNCNBI people.

7        I want to thank the advocates and community

8    leaders who fought to support this legislation, many

9    of whom have spent years fighting for recognition and

10   basic rights. We must uplift the leadership of

11   TGNCNBI people at every level of government, so,

12   thank you.

13       MAJORITY LEADER FARÍAS: Recognizing Council

14   Member Avilés, followed by Council Member Gennaro.

15       COUNCIL MEMBER AVILÉS: Thank you, Majority

16   Leader.

17       I'm urging my colleagues to vote yes on two

18   pieces of legislation, Intro 860 and 861. Both of

19   these bills get to the heart of challenges faced by

20   my community when economic development projects led

21   by our city are dropped on us without care,

22   consideration, or involvement.

23       Intro 860 will require entities that contract

24   with the EDC to publish an annual report concerning

25   community hiring. For years, we have heard all EDC
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        40
 2   make promises to our communities touting an
 3   opportunity for significant economic and workforce
 4   development opportunities and have yet to see so many
 5   of those promises materialize, including the
 6   thousands of jobs promised through the Made in New
 7   York project.
 8        Intro 860 will make transparent key measurements
 9   around community hiring including performance metrics
10   for community hiring compared to previous fiscal
11   years and a description of efforts undertaken by the
12   contracted entity to employ community members.
13        Through this legislation, we will have an ability
14   to better monitor and understand how projects may
15   contribute to or extract from our local growth and
16   development.
17        Intro 861 will require EDC to include in its
18   annual report details regarding any community
19   benefits agreement entered into that is purported to
20   benefit residents impacted by an EDC project. In
21   order to advance these projects or spin a project
22   favorably in the press, EDC will often claim
23   community benefit gains that will result from a CBA,
24   often executed behind closed doors — at times between
25
```

1       NEW YORK CITY COUNCIL STATED MEETING        41

2    parties who have no sense of the needs of our

3    community.

4       This legislation will allow our community to keep

5    a watchful eye on how benefits roll out and how

6    projects compare, and most importantly, point out

7    where relationships with our local community can be

8    more reciprocal.

9       We have also noted that CBAs vary widely across

10   (TIMER CHIMES) community. This is an issue of equity.

11   Thank you for your support.

12       MAJORITY LEADER FARÍAS: Recognizing Council

13   Member Gennaro, followed by Council Member Hanif.

14       COUNCIL MEMBER GENNARO: Thank you, Madam Majority

15   Leader.

16       Happy Earth Week, everyone. I want to talk about

17   Intro 1130, and that's about storm sewers. This is a

18   follow-up to Local Law 5 of 2008, which is the I

19   authored, which is the City's first comprehensive

20   stormwater management plan. That plan, we had storm

21   sewer problems back then, and the idea of that that

22   plan was to emphasize buyer retention and green roofs

23   and treatment design, rain guards, blue belts just to

24   sort of maximize the natural way to get rid of

25   stormwater. Unfortunately, we're at a time now where

1    NEW YORK CITY COUNCIL STATED MEETING          42

2    that is not going to get it done. So we're going to

3    do now that which we didn't do then, which is

4    actually increase the capacity of the sewers.

5        Currently, the sewers are built to absorb about

6    1.75 inches of rain per hour, which was a pretty good

7    standard once upon a time. That accounts for a five-

8    year storm. But now five-year storms happen five

9    times a year.

10       So last year we passed Local Law 124, the Inland

11   Rainfall Risk Area Maps to make sure that we

12   highlighted that DEP was gonna highlight where all

13   the hotspots are in terms of flooding. And then this

14   plan, which will play out over ten, just to get the

15   plan together, is going to focus on those hotspots —

16   make those priorities, figure out what kind of

17   stormwater capacity we can actually put under the

18   street — figure out how to pay for it, and then it's

19   going play out over decades to actually get it in

20   place,  because we have more than 7,000 miles of

21   storm sewer mains. So buckle up, it's gonna be a long

22   ride, but it's going to be a good one. At the end of

23   the day, we're going to have a more sustainable

24   flood-free city. Thank you very much.

25

```
1        NEW YORK CITY COUNCIL STATED MEETING        43

2        MAJORITY LEADER FARÍAS: Recognizing Council

3    Member Hanif, followed by Council Member Vernikov,

4    then Council Member Mealy.

5        COUNCIL MEMBER HANIF: Thank you. Today we are

6    voting on my bill, Intro 1201, the Affirm Act.

7        I'd like to thank Brooklyn Borough President

8    Reynoso and Council Members Bottcher, Rivera, Ossé,

9    Restler, Hudson, and De La Rosa for introducing this

10   bill with me, as well as Women and Gender Equity

11   Chair Louis for moving it through the Committee and

12   Speaker Adams for including it on today's Agenda.

13       I'm proud that this Council is stepping up to

14   fight Donald Trump's trans erasure agenda. The

15   Protect Trans Futures package is a bold suite of

16   legislation that makes it loud and clear that trans

17   and gender nonconforming people have rights here no

18   matter who is in the White House.

19       As other jurisdictions pass anti-trans

20   legislation, the Affirm Act creates safe harbor

21   protections for those who access gender affirming

22   care here in the five boroughs.

23       These patients will be shielded from lawsuits

24   from anti-trans governments or entities that are

25   filed on the basis of gender affirming care that is
```

```
 1    NEW YORK CITY COUNCIL STATED MEETING          44

 2    provided in New York City. If a suit is filed, it

 3    shall constitute interference, and the aggrieved

 4    patient will have the personal ability to countersue

 5    for damages and other costs under city law.

 6        This bill protects gender affirming care and

 7    affirms our city's values as a bastion for TGNC

 8    rights. I urge my colleagues to vote yes.

 9        I'd like to thank Alex Liao, Mus Lamia, Nishat

10    Chowdhury, and Matt Malloy from my team, Johari

11    Frasier, Julia Goldsmith-Pinkham, and Sahar Moazami,

12    from the Legislative Division, and the incredible

13    coalition of issue experts who got the Affirm Act to

14    this point.

15        I'll close by saying that as important as this

16    suite of legislation is, there is still much the City

17    needs to do to further trans rights, including

18    allocating and baselining the following funds in the

19    FY26 budget: $10 million for the Trans Equity

20    Initiative, $15 million for gender affirming care,

21    and $10 million for LGBTQ youth housing. Thank you.

22        MAJORITY LEADER FARÍAS: Recognizing Council

23    Member Vernikov, followed by Council Member Mealy.

24        COUNCIL MEMBER VERNIKOV: Thank you. The package

25    of bills and resolutions being pushed through today
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING         45

 2   is riddled with language that will negatively affect

 3   the rights of parents to be involved in their

 4   children's medical decisions and encourage

 5   impressionable minors to make life altering

 6   irreversible choices about their body. Let me be

 7   clear, I am not here to judge how consenting adults

 8   choose to live their lives, but don't bring that

 9   agenda into our public schools, our libraries, and

10   public spaces, and don't force it onto our children.

11   We must protect minors from being coerced into life

12   altering treatments, especially when they're too

13   young to legally drink, drive, smoke, enlist in the

14   military, or get a tattoo.

15       I'm particularly disturbed by Reso 774, which

16   endorses the standard of an organization that

17   supports the use of puberty blockers and hormone

18   therapy for 14 year olds. That's not care. It's child

19   abuse and experimentation on vulnerable minors.

20       Above all, we need to draw the line where this

21   ideology begins to endanger women and girls.

22   Biological males should not be competing in women's

23   sports, period. They will always have an unfair

24   physical advantage over biological women no matter

25   how they identify. This is reckless, irresponsible,
```

```
 1      NEW YORK CITY COUNCIL STATED MEETING          46

 2   and will be detrimental to women and children. New

 3   Yorkers should be represented by a council that

 4   prioritizes solving real issues for the majority over

 5   virtue signaling for a vocal minority. Thank you.

 6       MAJORITY LEADER FARÍAS: Recognizing Council

 7   Member Mealy.

 8       COUNCIL MEMBER MEALY: You're sure it's my turn?

 9   (LAUGHS)

10       (LAUGHTER)

11       MAJORITY LEADER FARÍAS: It is your turn.

12       COUNCIL MEMBER MEALY: I would just like to talk

13   about the Brownsville NCP. I hope all my colleagues

14   realize once you voted against me on a project in my

15   district, they were able to go back and change some

16   things that I have put in. We should always think

17   about... this is city owned land that we can do a

18   100% affordability. So now that they've modified it,

19   instead of 30 to seven, the AMI is now 40 to 60. I

20   feel that area should stay 30 at least. And we have

21   to think about it, this is city owned land. We have

22   to remember your childrens' children's children would

23   need to live somewhere, someday in this city. And if

24   we do not make sure it's affordable, because a lot of

25   my constituents ask, "Affordable, but affordable to
```

```
 1     NEW YORK CITY COUNCIL STATED MEETING          47

 2   who?" To this day, I do not know how much a three

 3   bedroom apartment in this project is in which I have

 4   asked for. So please know, once you start voting for

 5   projects that really do not help the community, some

 6   affordability? Imagine if we had a 100%

 7   affordability.

 8       So I just hope that my colleagues could think

 9   about this for the future. We need affordable housing

10   and a 100% affordability, especially when it's city

11   owned, vacant land. Thank you.

12       MAJORITY LEADER FARÍAS: Recognizing Council

13   Member Hudson.

14       COUNCIL MEMBER HUDSON: Thank you so much.

15        Today we're voting on Introduction 246. This

16   bill is part of a larger package introduced by

17   members of the LGBTQIA+ Caucus and allies in the City

18   Council aimed at strengthening protections for

19   transgender, gender nonconforming, nonbinary, and

20   intersex individuals across New York City.

21       Intro 246 requires city agencies to include an

22   "X" gender option on certain forms and mandates

23   annual reviews to ensure demographic data collection

24   is inclusive of sexual orientation, gender identity,

25   and pronouns. Eligible forms must be updated within
```

```
1        NEW YORK CITY COUNCIL STATED MEETING          48

2    five years, and others must be paired with a

3    standardized anonymous survey.

4        I urge you all to pass Intro 246, along with the

5    entire package of bills introduced by our colleagues

6    and proactively work to protect our transgender,

7    nonconforming, and nonbinary neighbors and push back

8    against federal actions designed to disenfranchise

9    our most vulnerable communities. Because we know that

10   justice for our most marginalized neighbors is

11   justice for all New Yorkers. Thank you.

12       MAJORITY LEADER FARÍAS: Thank you. I would like

13   to take a moment to discuss my bill.

14       Today we're voting on legislation Intro 26-A, a

15   major step forward in public safety, environmental

16   equity, and responsible urban planning.

17       Intro 26 prohibits non-essential helicopter

18   flights from operating out of city owned heliports

19   unless they meet the most stringent FAA noise

20   standards known as Stage 3.

21       These restrictions apply to luxury sightseeing

22   and commuter flights which use the loudest most

23   outdated aircrafts, and which overwhelmingly fly over

24   neighborhoods like Lower Manhattan and Queens and in

25   Brooklyn.
```

1       NEW YORK CITY COUNCIL STATED MEETING          49

2           And let's be clear, this is not about banning

3       helicopters, it's about modernizing policy to meet

4       the moment — a moment defined by urgent need to

5       reduce emissions, protect public health, and

6       modernize for safety.

7           This bill uses the power we have, our city

8       contracts and heliport permits, our noise code and

9       jurisdiction to raise the bar on safety and

10      sustainability.

11          Intro 26 puts into law a clear plan for Stage 3

12      compliant helicopters to operate flights from our

13      heliports. It also requires the Economic Development

14      Corporation to begin tracking and reporting on how

15      many flights currently exceed these standards so we

16      can hold operators accountable starting now.

17          We're making it clear that clean air and quiet

18      skies are not luxuries, they are necessities. This is

19      climate policy, this is public health policy, and

20      this is equity in action.

21          Thank you to my colleagues in the Council for

22      supporting this legislation. I'd like to shoutout

23      Council Members Brewer, Gennaro, and Powers and to

24      all of the community leaders, environmental advocates

25

```
 1        NEW YORK CITY COUNCIL STATED MEETING        50

 2   and residents who have spoken out for years about the

 3   impacts of helicopter noise and pollution.

 4       Special thanks to Stop the Chop NY/NJ who have

 5   championed this issue particularly from day one. And

 6   a last thank you to NYC EDC for their engagement

 7   throughout the entire process, and to Speaker Adams

 8   for your support and moving this legislation forward.

 9       I urge my colleagues to vote yes to curbing noise

10   pollution in New York City with Introduction 26.

11       And seeing no one else signed up to speak, Report

12   of Special Committees?

13       CLERK: None.

14       MAJORITY LEADER FARÍAS: Report of Standing

15   Committees?

16       CLERK: Report of the Committee on Economic

17   Development, Intro 26-A, helicopter operations?

18       SPEAKER ADAMS: Amended and Coupled on General

19   Orders.

20       CLERKS: Introductions 860-A and 861-A, reporting

21   requirements?

22       SPEAKER ADAMS: Amended and Coupled on General

23   Orders.

24

25
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        51

 2        CLERK: Report of the Committee on Environmental

 3   Protection and Resiliency and Waterfronts Committee,

 4   Intro 1150-A, stormwater management?

 5        SPEAKER ADAMS: Amended and Coupled on General

 6   Orders.

 7        CLERK: Report of the Committee on Finance,

 8   Introductions 889-A and 1086-A, real estate

 9   instruments?

10        SPEAKER ADAMS: Amended and Coupled on General

11   Orders.

12        CLERK: Introduction 1234-A, executive budget?

13        SPEAKER ADAMS: Amended and Coupled on General

14   Orders.

15        CLERK: Preconsidered Resolution 849, Transparency

16   Resolution?

17        SPEAKER ADAMS: Coupled on General Orders.

18        CLERK: Report of the Committee on Governmental

19   Operations, State & Federal Legislation, Intro 249-A,

20   collection of demographic information?

21        SPEAKER ADAMS: Amended and Coupled on General

22   Orders.

23        CLERK: Preconsidered Introduction 1263-A, legal

24   proceedings?

25
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        52

 2        SPEAKER ADAMS: Amended and Coupled on General

 3   Orders.

 4        CLERK: Preconsidered SLR 1, Flushing Meadows

 5   Corona Park?

 6        SPEAKER ADAMS: Coupled on General Orders.

 7        CLERK: Report of the Committee on Women and

 8   Gender Equity, Introductions 1200-A through 1204-A,

 9   support access for transgender, gender nonconforming,

10   and non-binary people?

11        SPEAKER ADAMS: Amended and Coupled on General

12   Orders.

13        CLERK: General Order Calendar, LU 244 and Reso

14   856 through LU 246 and Reso 858, Brownsville NCP?

15        SPEAKER ADAMS: Coupled on General Orders.

16        I now ask that the Clerk take a roll call vote on

17   all of the items coupled on today's General Order

18   Calendar.

19        CLERK: Council Member Marte?

20        COUNCIL MEMBER MARTE: I vote aye on all, and I

21   abstain from Preconsidered SLR 1.

22        CLERK: Thank you

23        Council Member Vernikov?

24

25
```

1       NEW YORK CITY COUNCIL STATED MEETING          53

2       COUNCIL MEMBER VERNIKOV: Thank you, I vote aye on

3  all except no on Introduction 26-A, 1200-A, 1201-A,

4  1203-A, 1204-A, and 246-A, thank you.

5       COMMITTEE COUNSEL: Thank you.

6       Council Member Abreu?

7       COUNCIL MEMBER ABREU: Aye

8       CLERK: Council Member Avilés?

9       COUNCIL MEMBER AVILÉS: Permission to explain my

10  vote?

11      MAJORITY LEADER FARÍAS: Permission granted.

12      COUNCIL MEMBER AVILÉS: I just want to first,

13  thank so many important folks that helped to shape

14  the introductions on today's Agenda that are rooted

15  in community and advocacy.

16      And I'd like to thank Jesse Solomon, John Santoy,

17  Greg Morris, Stephanie Birmingham, Evelyn Ortiz, and

18  Andrea Beniola, and Justin Collins. I'd also like to

19  thank my Chief of Staff, Edward Cerna, my Deputy

20  Chief of Staff, Christina Bottego, and Cate Byrne,

21  our Legislative Fellow.

22      I'd also like to note that I'm very proud to

23  stand with my colleagues today on to vote on all of

24  the legislation that affirms, protects our TGNCNBI

25

```
 1        NEW YORK CITY COUNCIL STATED MEETING         54
 2   siblings. We see you, we love you, and we affirm you.
 3   I proudly vote aye.
 4        CLERK: Thank you.
 5        Council Member Ayala?
 6        DEPUTY SPEAKER AYALA: Permission to explain my
 7   vote?
 8        MAJORITY LEADER FARÍAS: Yes.
 9        DEPUTY SPEAKER AYALA: Thank you. I just wanted to
10   chime in as well and say that I am the parent of four
11   children, and two that I have raised who all went to
12   public schools, and I have never had anyone of my
13   children come home and tell me that they were being
14   taught curriculum that encouraged them to be gay,
15   trans, or anything else. I think that these
16   curriculums are important, because they teach our
17   children to be sensitive to the fact that we are all
18   different, to be empathetic, and to be accepting.
19   Because what I do hear from children, specifically
20   children that are part of the LGBTQ+ community, is
21   that they are often bullied and ridiculed and
22   mistreated in our public school settings. So I think
23   that legislation like the ones that we pass here in
24   the Council take all of those things into
25   consideration. But I want to demystify the fact that,
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          55

 2   as a parent of public school students, I have never

 3   ever, ever heard from my children — or anyone else's

 4   children — that they have been taught to become gay

 5   or to ,you know, behave in any such fashion. And with

 6   that, I vote aye.

 7        CLERK: Council Member Banks?

 8        COUNCIL MEMBER BANKS: Aye on all.

 9        CLERK: Council Member Bottcher?

10        COUNCIL MEMBER BOTTCHER: Permission to explain my

11   vote?

12        MAJORITY LEADER FARÍAS: Permission to explain my

13   vote?

14        COUNCIL MEMBER BOTTCHER: Look, it wasn't that

15   long ago that gays and lesbians were widely

16   considered to be predators who were trying to recruit

17   kids. And we've made a tremendous amount of progress

18   on gay and lesbian rights. I was born a year before

19   homosexuality was decriminalized in New York State.

20   We've come a long way. But one of the reasons we've

21   been able to come a long way is because people

22   know... people got to know us as we came out. People

23   knew us in their lives as their relative, as their

24   coworker. And they knew that that wasn't true. That

25
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING            56

 2    we weren't those terrible things that were being

 3    depicted.

 4        The challenge with trans rights is that they're

 5    so much fewer in number that so few people know trans

 6    people in their lives. If they did, they would know

 7    that they're just people trying to live their lives,

 8    trying to take care of themselves and their families.

 9    They're not going out trying to recruit other people.

10    It's a vicious, vicious stereotype.

11        And look, folks don't choose to be trans no more

12    than folks choose to be gay. My life would have been

13    a lot easier. I'd probably be working in my father's

14    fly fishing shop. I'd probably be drinking a Miller

15    Lite on a porch somewhere right now. But no, I didn't

16    have a choice. I am who I am. They are who they are.

17    Let's continue to pass legislation that safeguards

18    their rights. It's not complicated. I'm proud that's

19    what we're doing in the body today.

20        MAJORITY LEADER FARÍAS: Your vote, Council

21    Member?

22        COUNCIL MEMBER BOTTCHER: Aye on all.

23        CLERK: Thank you.

24        Council Member Brannan?

25        COUNCIL MEMBER BRANNAN: Aye on all.
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        57

 2      CLERK: Council Member Brewer?

 3      COUNCIL MEMBER BREWER: Aye on all. We just need

 4   more support in the schools for everything that

 5   teaches people what humanity is, thank you.

 6      CLERK: Council Member Brooks-Powers?

 7      MAJORITY WHIP BROOKS-POWERS: I vote aye on all,

 8   congratulations to my colleagues passing bills today.

 9      CLERK: Council Member Cabán?

10      COUNCIL MEMBER CABÁN: Permission to explain my

11   vote?

12      MAJORITY LEADER FARÍAS: Permission granted.

13      COUNCIL MEMBER CABÁN: Thank you.

14      I will always support the transgender community.

15   I will not back down because the Trump administration

16   wants to set them up as scapegoats. I'm not going

17   roll over as members of our community are villainized

18   and demonized for who they are. I'm going to defend

19   our transgender and gender nonconforming neighbors at

20   all costs.

21      And I'm not defending an "ideology", I'm

22   defending lives. Standing up to Trump and continuing

23   to provide life saving health care is what would

24   actually protect young people. The idea that taking

25   away health care is to protect children is false.
```

1    NEW YORK CITY COUNCIL STATED MEETING          58

2    The best way to protect young people is to

3    continue to give them access to the care that they

4    need. In fact, every major medical association in

5    America supports access to gender affirming care at

6    all ages. Countless studies show that gender

7    affirming medical interventions were associated with

8    lower odds of depression and suicidality.

9    So when the Trump administration and others say

10   that they are trying to "help children", they're

11   lying. They're trying to scapegoat a small population

12   and take away their access to life saving medical

13   care. The people sounding the alarm on this are

14   mostly brave adult parents who fear for their

15   children's health and safety because life saving care

16   is being taken away from them.

17   And to debunk other myths, gender affirming

18   health care has a less than 1% regret rate. And for

19   context, knee replacements have an up to 20% regret

20   rate.

21   Families and children are having life saving care

22   taken away, and that's horrible and traumatic. So I

23   stand very proudly to say aye on that package, aye on

24   all, except for SLR 1 on which I abstain. Thank you.

25

```
 1        NEW YORK CITY COUNCIL STATED MEETING          59

 2        CLERK: Thank you.

 3        Council Member Carr?

 4        COUNCIL MEMBER CARR: (ABSENT)

 5        CLERK: Council Member De La Rosa?

 6        COUNCIL MEMBER DE LA ROSA: I want to vote aye on

 7   all, proudly, and also thank my colleagues who today

 8   have had to be vulnerable in sharing their realities

 9   in order to teach us to be less ignorant, thank you.

10        CLERK: Council Member Dinowitz?

11        COUNCIL MEMBER DINOWITZ: Aye on all.

12        CLERK: Council Member Felder?

13        COUNCIL MEMBER FELDER: (UN-MIC'D) I abstain on

14   all.

15        CLERK: Thank you, Council Member.

16        Council Member Feliz?

17        COUNCIL MEMBER FELIZ: I vote aye on all. And I

18   want to congratulate everyone passing bills today.

19   Great work.

20        CLERK: Thank you.

21        Council Member Gennaro?

22        COUNCIL MEMBER GENNARO: I vote aye, and I wish to

23   be associated with the remarks of Council Member

24   Bottcher.

25        CLERK: Council Member Gutiérrez?
```

```
 1         NEW YORK CITY COUNCIL STATED MEETING          60

 2       COUNCIL MEMBER GUTIÉRREZ: Aye, congrats.

 3       CLERK: Thank you.

 4       Council Member Hanif?

 5       COUNCIL MEMBER HANIF: Aye on all.

 6       CLERK: Council Member Hanks?

 7       COUNCIL MEMBER HANKS: (MEDICAL)

 8       CLERK: Council Member Holden?

 9       COUNCIL MEMBER HOLDEN: I vote aye on all except

10     Intros 1201-A, 1203-A, 1204-A, and 246-A, which I

11     vote no.

12       CLERK: Thank you.

13       Council Member Hudson?

14       COUNCIL MEMBER HUDSON: Permission to explain my

15     vote?

16       MAJORITY LEADER FARÍAS: Permission granted.

17       COUNCIL MEMBER HUDSON: Thank you, and I'm going

18     stand for this because this is deeply personal to me.

19       I want to share that my Director of Constituent

20     Services and Community Impact is an incredibly smart,

21     dynamic, compassionate, and hardworking employee of

22     the New York City Council. She's also a proud Black,

23     trans woman. Every day, she helps families navigate

24     the foster care system. She plans community

25     engagement events for some of our most vulnerable New
```

```
1        NEW YORK CITY COUNCIL STATED MEETING        61
2    Yorkers. She literally keeps elders in their homes,
3    and these people don't care who is serving them just
4    as long as they're being served. I say this with all
5    of the love in my heart to those who could use a
6    little bit more in theirs.
7        I welcome you to come to my office and tell my
8    Director of Constituent Services and Community Impact
9    that she doesn't matter, that her life is not worth
10   living, that she is not deserving of the quality
11   health care specific to her needs. Truly, I welcome
12   you to come to my office and tell her that to her
13   face. And with that, I vote aye on all. Thank you.
14       CLERK: Council Member Joseph?
15       COUNCIL MEMBER JOSEPH: I vote aye on all, and
16   sending love and light to my trans siblings.
17       CLERK: Council Member Krishnan?
18       COUNCIL MEMBER KRISHNAN: We are an inclusive
19   city, and that needs to be reflected in all of our
20   services from health care to public education. I am
21   proud to stand with our LGBTQ+ communities and trans
22   New Yorkers. I vote aye on all.
23       CLERK: Council Member Lee?
24       COUNCIL MEMBER LEE: Aye on all. And congrats to
25   all of my colleagues today.
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          62

 2        CLERK: Council Member Marmorato?

 3        COUNCIL MEMBER MARMORATO: I vote aye on all with

 4   the exception of 1201-A, 1203-A, 1204-A, and 246-A, I

 5   vote no.

 6        CLERK: Council Member Mealy?

 7        COUNCIL MEMBER MEALY: I vote aye on all, abstain

 8   Intro 246-A, 1201-A, 1203-A.

 9        CLERK: Thank you.

10        Council Member Menin?

11        COUNCIL MEMBER MENIN: I vote aye on all, and

12   congratulations to my colleagues on their bills.

13        CLERK: Council Member Moya?

14        COUNCIL MEMBER MOYA: I vote aye.

15        CLERK: Thank you.

16        Council Member Nurse?

17        COUNCIL MEMBER NURSE: Permission to explain my

18   vote?

19        MAJORITY LEADER FARÍAS: Permission granted.

20        COUNCIL MEMBER NURSE: I just wanted to clarify

21   that the Brownsville NCP project is a 100%

22   affordable. Everything is under market value. This is

23   public information that all members and millions of

24   New Yorkers have access to.

25
```

```
 1       NEW YORK CITY COUNCIL STATED MEETING          63

 2       So again, just want to thank everybody who worked

 3   on this project in good faith.

 4       I vote on all except for I abstain on

 5   Preconsidered Resolution SLR 1. Thank you.

 6       CLERK: Thank you.

 7       Council Member Ossé?

 8       COUNCIL MEMBER OSSÉ: Permission to explain my

 9   vote?

10       MAJORITY LEADER FARÍAS: Permission granted.

11       COUNCIL MEMBER OSSÉ: I'll keep it brief, but I'm

12   proud to vote on this package of bills today that

13   will simply save lives. I certainly stand with the

14   trans community, and I personally have not met one

15   trans person who has caused harm to children or

16   anyone for that matter.

17       I have met a person who has brought a firearm to

18   a college campus. I have met a person who threatens

19   people's lives on Twitter often. And I have met a

20   person who's taken a bite out of a cop's arm.

21       So none of them are trans. They're simply city

22   council members. So, aye on all.

23       CLERK: Council Member Paladino?

24       MINORITY WHIP PALADINO: Perfect one to follow

25   this, wouldn't you say? Wouldn't you say?
```

1          NEW YORK CITY COUNCIL STATED MEETING          64

2      Okay, which one am I? How dare you. Don't you

3  ever.

4      MAJORITY LEADER FARÍAS: Your comments should be

5  directed to the chair, Council Members. As a friendly

6  reminder comments... (CROSS-TALK)

7      MINORITY WHIP PALADINO: Let's... Let's...

8  Let's...

9      MAJORITY LEADER FARÍAS: are to be directed to the

10 chair... (CROSS-TALK)

11     COUNCIL MEMBER PALADINO: Let's point that in the

12 right direction. This is absolutely unbelievable.

13 First off, the division here is abominable. I want to

14 credit my colleague, Erik, in the way in which he

15 conducted his statement. It was eloquent, it was the

16 truth, and you spoke beautifully. So, thank you,

17 Erik, for that.

18     When hostility meets hostility, we have a problem

19 here. And why do you think these problems continue?

20 It's because we cannot seem to find a middle ground

21 or balance. With that being said, to keep attacking

22 somebody for their beliefs, one way or the other,

23 just does not work. So how dare you, how dare you?

24 You're getting your laughs (INAUDIBLE)...

25

```
 1       NEW YORK CITY COUNCIL STATED MEETING          65

 2       MAJORITY LEADER FARÍAS: Council Member, you're

 3   out of order...

 4       COUNCIL MEMBER PALADINO: You know, every time

 5   you laugh...

 6       MAJORITY LEADER FARÍAS: you have direct your

 7   comments to the chair.

 8       COUNCIL MEMBER PALADINO: Okay, you got it. No

 9   worries.

10       I am going to vote no 1200, 1201, 1203, 1204, and

11   246. And I vote aye on the rest. This is not

12   personal, this is just the way it is. Okay, thank you

13   very much. Enough is enough.

14       CLERK: Council Member Powers?

15       COUNCIL MEMBER POWERS: I vote aye.

16       CLERK: Council Member Restler?

17       COUNCIL MEMBER RESTLER: Permission to explain my

18   vote?

19       MAJORITY LEADER FARÍAS: Permission granted.

20       COUNCIL MEMBER RESTLER: I'll just say, it's more

21   important than ever that we stand up and fight with

22   and for the trans community in our city. And I'm

23   deeply proud that the City Council is leading, and

24   I'm proud to support this package, and I'm proud to

25   vote aye on all today. Thank you.
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          66

 2        CLERK: Council Member Riley?

 3        COUNCIL MEMBER RILEY: Aye

 4        CLERK: Council Member Rivera?

 5        COUNCIL MEMBER RIVERA: Permission to explain my

 6   vote?

 7        MAJORITY LEADER FARÍAS: Permission granted.

 8        COUNCIL MEMBER RIVERA: I just, you know, I...

 9   the facts are that our trans community is

10   marginalized, disproportionately attacked, and

11   targeted. And I do believe it is up to us to stand

12   with them and do what we can to support members of

13   the LGBTQ community, the queer community. So I just

14   want to thank my colleagues for their comments, for

15   this legislation, and for continuing to bring this

16   up. I think it's so important. I want to align myself

17   with so many of the colleagues, uh, my colleagues'

18   comments today, Avilés, Ayala, Bottcher, De La Rosa,

19   Hudson, all say, so many of you, thank you.

20        And with that, I proudly vote aye on all.

21        CLERK: Council Member Salaam

22        COUNCIL MEMBER SALAAM: Aye on all.

23        CLERK: Council Member Salamanca?

24        COUNCIL MEMBER SALAMANCA: Aye on all.

25        CLERK: Council Member Sanchez?
```

```
 1       NEW YORK CITY COUNCIL STATED MEETING        67

 2       COUNCIL MEMBER SANCHEZ: Permission to explain my

 3   vote?

 4       MAJORITY LEADER FARÍAS: Permission granted.

 5       COUNCIL MEMBER SANCHEZ: Thank you, Madam Majority

 6   Leader.

 7       I just want to congratulate my colleagues on the

 8   Affirm Act and also associate myself with all of the

 9   affirming comments, made by Council Member Cabán,

10   Council Member Bottcher, and Council Member Hudson—

11   especially yours, as my former Deputy Chief of Staff

12   for Policy and Communications, is a wonderfully

13   brilliant, gender nonconforming person who made

14   excellent policy for New York City during my first

15   three years in office, who matters, and who is

16   someone who is helping other New Yorkers and

17   promoting justice.

18       With that, I just want to enthusiastically vote

19   aye on all, with the exception of SLR 1, on which I

20   abstain. Thank you

21       CLERK: Thank you, Council Member.

22       Council Member Schulman?

23       COUNCIL MEMBER SCHULMAN: Permission to explain my

24   vote?

25       MAJORITY LEADER FARÍAS: Permission granted.
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          68

 2        COUNCIL MEMBER SCHULMAN: Thank you.

 3        As a member of the LGBTQIA+ Caucus, I'm proud of

 4   this package of legislation and I vote aye on all.

 5        CLERK: Thank you.

 6        Council Member Stevens?

 7        COUNCIL MEMBER STEVENS: Aye on all, and continue

 8   to stand and send love and light to all of my trans

 9   brothers and sisters.

10        CLERK: Council Member Ung?

11        COUNCIL MEMBER UNG: Aye on all.

12        CLERK: Council Member Williams?

13        COUNCIL MEMBER WILLIAMS: Permission to explain my

14   vote?

15        MAJORITY LEADER FARÍAS: Permission granted.

16        COUNCIL MEMBER WILLIAMS: Thank you.

17        As chair of the Civil and Human Rights Committee,

18   I truly do believe that it is our duty to protect the

19   rights of everyone in New York City, and so I'm

20   really excited to vote on this package of bills.

21        I also just want to talk really briefly about

22   another bill that is combating deed fraud. When a

23   deed is recorded without a homeowner's knowledge,

24   it's more than just an error, it's a bureaucratic

25   failure that can cost someone their home.
```

1      NEW YORK CITY COUNCIL STATED MEETING         69

2          This legislation is a simple yet proactive step

3      to clear the bureaucracy and hold the system

4      accountable. This bill is a result of a close

5      partnership with Brooklyn Legal Services Corporation

6      A, who brought this issue forward and have

7      represented countless clients, mostly low-income,

8      working class, and Black and brown New Yorkers who

9      own their home, who've been pushed towards

10     foreclosure or legal hardship because they were not

11     notified in time.

12         This bill closes the gap on a system that leaves

13     homeowners vulnerable to fraud and injustice. Thank

14     you, Speaker Adams, and my colleagues for your

15     continued support on this important legislation. We

16     are working to ensure that our government is

17     transparent, accountable, and truly responsive to the

18     needs of all the people it serves. And, with that, I

19     vote aye on all.

20         CLERK: Council Member Won?

21         COUNCIL MEMBER WON: Aye on all.

22         CLERK: Council Member Zhuang?

23         COUNCIL MEMBER ZHUANG: Can I explain my vote?

24         MAJORITY LEADER FARÍAS: Permission granted.

25

```
 1      NEW YORK CITY COUNCIL STATED MEETING          70

 2      COUNCIL MEMBER ZHUANG: I want to first of all, I

 3   want to thank Council Member Bottcher who convinced

 4   me to vote, yes, today.

 5      And I don't respect... We get elected to

 6   represent our communities. We get elected for

 7   protecting our communities. Our job is to protect our

 8   communities. Do not waste time talking about it. And

 9   remarks on what the other people look like, what the

10   other people like, what the other people eat— that is

11   not our job. Our job is here to represent our people,

12   to make sure all of the peoples voices get heard. I

13   will do everything possible to protect my community,

14   and I don't believe someone that doesn't know a

15   situation can judge me. And also that's not what the

16   City Council is about. We stand here to represent our

17   51 districts. We are not standing here to make fun of

18   the other people.

19      I am proud to be elected to represent my

20   community, and I am proud to stand here to vote with

21   all of the people here. But I don't think you should

22   act childishly in City Council. It's not what the

23   City Council is about. Thank you.

24      MAJORITY LEADER FARÍAS: Council Member, your

25   vote?
```

```
1          NEW YORK CITY COUNCIL STATED MEETING          71

2      COUNCIL MEMBER ZHUANG: Aye on all.

3      CLERK: Thank you.

4      Council Member Carr?

5      COUNCIL MEMBER CARR: (ABSENT)

6      CLERK: Council Member Hanks?

7      COUNCIL MEMBER HANKS: (MEDICAL)

8      Council Member Ariola?

9      MINORITY LEADER ARIOLA: Permission to explain my

10  vote?

11      MAJORITY LEADER FARÍAS: Permission granted.

12      MINORITY LEADER ARIOLA: Thank you.

13      Majority leader, in the beginning of every

14  session, you say that we need to have... be polite

15  with each other and treat each other with respect,

16  and that was not done today. And what was done was a

17  member brought up indiscretions of other members

18  instead of voting their conscience and what they

19  believed on these bills. And that's petty and it's

20  wrong. We should not be looking at and saying who

21  Tweeted something, who did something in a moment of

22  passion, and who did something that already was

23  dismissed. What we should say is look at each one of

24  our Twitter feeds and tell me if there is anyone

25  without sin cast their first stone.
```

1      NEW YORK CITY COUNCIL STATED MEETING          72

2      And on that note, I will vote no on 1201-A, 1203-

3   A, 1204-A, and 246-A, Home Rule SLR 1, and aye on all

4   the rest. Thank you for the time.

5      CLERK: Council Member, SLR 1, I'm sorry, I missed

6   that. SLR 1?

7      MAJORITY LEADER FARÍAS: Clarification, Minority

8   Leader Ariola? SLR 1?

9      MINORITY LEADER ARIOLA: I'm a no.

10      CLERK: Thank you.

11      Council Member Farías?

12      MAJORITY LEADER FARÍAS: I vote aye on all, and I

13   would like to be associated with the remarks of

14   Council Members Rivera and Deputy Speaker Ayala.

15      CLERK: Speaker Adams?

16      SPEAKER ADAMS: I vote aye.

17      (PAUSE)

18      COUNCIL MEMBER MEALY: Madam Speaker, may I change

19   my vote?

20      MAJORITY LEADER FARÍAS: You are granted

21   permission to change your vote... (CROSS-TALK)

22      COUNCIL MEMBER MEALY: (INAUDIBLE)

23      MAJORITY LEADER FARÍAS: Yes.

24      COUNCIL MEMBER MEALY: SLR 1, I vote no.

25

1      NEW YORK CITY COUNCIL STATED MEETING          73

2      MAJORITY LEADER FARÍAS: Thank you, Council Member

3  Mealy... (CROSS-TALK)

4      COUNCIL MEMBER MEALY: Thank you.

5      (PAUSE)

6      COUNCIL MEMBER BANKS: Aye on all...

7      MAJORITY LEADER FARÍAS: Yes, recognizing Council

8  Member Banks, do you have a question or...

9      COUNCIL MEMBER BANKS: No, sorry about that

10  (INAUDIBLE)...

11      MAJORITY LEADER FARÍAS: No problem. Sorry,

12  folks... (CROSS-TALK)

13      COUNCIL MEMBER BANKS: I withdraw that...

14      MAJORITY LEADER FARÍAS: it's a lot to calculate

15  today, so just bear with us.

16      (PAUSE)

17      (BACKGROUND NOISE)

18      MAJORITY LEADER FARÍAS: Just a friendly reminder,

19  we still have to maintain some level of silence in

20  the Chamber, please, thank you so much.

21      SERGEANT AT ARMS: Quiet down, please. Quiet on

22  the floor, please!

23      MAJORITY LEADER FARÍAS: Okay, all items on

24  today's General Order Calendar are adopted by a vote

25

1     NEW YORK CITY COUNCIL STATED MEETING          74

2   of 47 in the affirmative, 0 in the negative, and 1

3   abstention; with the exception of:

4        • SLR 1, which was adopted by a vote of 40 in

5          the affirmative, 2 in the negative, and 6

6          abstentions.

7        • Introduction 26-A, which was adopted by a

8          vote of 46 in the affirmative, 1 in the

9          negative, and 1 abstention.

10       • Introduction 246-A, which was adopted by a

11         vote of 43 in the affirmative, 3 in the

12         negative, and 2 abstentions.

13       • Introduction 1200, which was adopted by a

14         vote of 45 in the affirmative, 2 in the

15         negative, and 1 abstention.

16       • Introduction 1201-A, which was adopted by a

17         vote of 41 in the affirmative, 5 in the

18         negative, and 2 abstentions.

19       • Introduction 1203-A, which was adopted by a

20         vote of 41 in the affirmative, 5 in the

21         negative; and 2 abstentions.

22       • Introduction 1204-A, which was adopted by a

23         vote of 42 in the affirmative, 5 in the

24         negative, and 1 abstention.

25   Introduction and Reading of Bills?

1    NEW YORK CITY COUNCIL STATED MEETING        75

2    SPEAKER ADAMS: All items have been referred to

3    committee as indicated on today's Agenda.

4    MAJORITY LEADER FARÍAS: Thank you, we will now

5    move into Discussion of Resolutions, and I would like

6    to first recognize Council Member Nurse, followed by

7    Council Member Gennaro, then Council Member Brewer.

8    COUNCIL MEMBER NURSE: I'm not ready, Majority

9    Leader, thank you.

10    MAJORITY LEADER FARÍAS: No problem. I am now

11    going to recognize Council Member Gennaro; and a

12    friendly reminder to the Members that Resolution

13    discussion is one minute.

14    COUNCIL MEMBER GENNARO: Thank you, Madam Majority

15    Leader.

16    I'm speaking about Resolution 8, the Fair

17    Financing for Lead Service Line Replacements.

18    Everyone knows that there's a federal bipartisan

19    infrastructure law that provided monies for this and

20    other good purposes. The New York State Environmental

21    Facilities Corporation uses formulas that freeze out

22    New York City, and we get pennies of what the rest of

23    the people in the state get. This would change that.

24    So we're urging the Environmental Facilities

25    Corporation to adopt much more fair guidelines. Of

```
 1      NEW YORK CITY COUNCIL STATED MEETING        76

 2    the hundreds of millions of dollars that were

 3    allocated for this, New York City only got $6

 4    million.

 5       I could go on and on, but we're cheated by the

 6    Environmental Facilities Corporation and enough is

 7    enough. The federal government (TIMER CHIMES)

 8    allocated this money. We should get it. Thank you

 9    very much.

10       MAJORITY LEADER FARÍAS: Thank you, right before I

11    move on to the following member, I'd like to read a

12    vote revision into the Record:

13       SLR 1, was adopted by a vote of 41 in the

14    affirmative, 2 in the negative, and 5 abstentions.

15       Recognizing Council Member Brewer.

16       COUNCIL MEMBER BREWER: Thank you. I'm just

17    talking about Resolution 233-A, which talks about the

18    federal government— asking them to please pass

19    legislation to ban non-essential helicopter travel,

20    including tourists and chartered over New York City.

21       Obviously, we have 59,000 complaints every year

22    about helicopter noise, and the issue is that with

23    New Jersey and New York, both of them are being, uh,

24    flying helicopters over our city and getting many,

25    many complaints.
```

```
1      NEW YORK CITY COUNCIL STATED MEETING          77

2         Also, 226-A, which calls on the State to pass,

3      and the Governor to sign legislation that would

4      prohibit non-essential flight operations at the

5      heliports in the city of New York, and also

6      specifically, at the Hudson River Park.

7         Thank you very much.

8         MAJORITY LEADER FARÍAS: Recognizing Council

9      Member Nurse, followed by Council Member Hudson, then

10     Council Member Bottcher.

11        COUNCIL MEMBER NURSE: Thank you, Majority Leader.

12        Last year, the Council made dramatic reforms to

13     property tax enforcement that will likely prevent

14     many liens from being sold. But there are still

15     people who are eligible for, but do not benefit from

16     property tax exemptions.

17        Reso 327 draws attention to this problem by

18     calling on the State to pass legislation allowing

19     property owners who receive tax exemptions to have

20     the exemption apply retroactively where eligible.

21        We do need to fix our broken property tax system,

22     but in the meantime, New York City shouldn't benefit

23     from people paying what they shouldn't rightfully

24     owe.

25
```

```
 1      NEW YORK CITY COUNCIL STATED MEETING         78

 2      I call on all my colleagues to vote in favor of

 3   this resolution. Thank you, Majority Leader.

 4      MAJORITY LEADER FARÍAS: Recognizing Council

 5   Member Bottcher, followed by Council Member Krishnan.

 6      (PAUSE)

 7      MAJORITY LEADER FARÍAS: Recognized Council Member

 8   Krishnan.

 9      COUNCIL MEMBER KRISHNAN: Thank you, so much

10   Majority Leader.

11      In the last 100 years, there's not been a more

12   powerful and treasured social program in The United

13   States than Social Security. Sixty-nine million

14   Americans rely on Social Security checks monthly, and

15   over 16 million older adults are kept out of poverty

16   thanks to this program.

17      It is beyond belief that the Trump

18   administration, Republicans in Congress, have

19   threatened to gut Social Security, a program popular

20   amongst the majority of Americans. Eighty six percent

21   of Republicans and 90% of Democrats support Social

22   Security.

23      Elon Musk's DOGE team has routinely made false

24   claims and lobbied threats at the Social Security

25   Administration to undermine confidence in the system.
```

NEW YORK CITY COUNCIL STATED MEETING          79

2   These actions jeopardize the monthly payments that

3   our city's older adults, seniors with disabilities,

4   and families rely on to help pay their rent,

5   electricity, bills, and groceries. Standing up and

6   protecting Social Security is critical. We cannot cut

7   our way to prosperity. We must invest in the people

8   and communities across this country.

9       Today, I have introduced Resolution 852 to call

10  on our partners at the federal government to do

11  everything they can in this moment to protect Social

12  Security from any cuts. (TIMER CHIMES) This moment

13  demands courage from all of us, and I can think of no

14  worthier a cause than standing up for our seniors.

15      I urge my colleagues on both sides of the aisle

16  to sign on to this resolution in support. Thank you.

17      MAJORITY LEADER FARÍAS: Thank you. Seeing no one

18  else signed up to speak, we will now have a voice

19  vote on today's Resolutions. If you wish to vote

20  against or abstain from any of today's Resolution,

21  please notify the Legislative Documents Unit by email

22  or by approaching the dais.

23      I will now read today's Resolutions into the

24  Record:

25

```
1        NEW YORK CITY COUNCIL STATED MEETING        80

2        Resolution 8 calls on the New York State

3   Department of Health and New York State

4   Environmental Facilities Corporation to fairly

5   allocate grants and loans for lead service line

6   replacement approved in the Federal Bipartisan

7   Infrastructure Law and to remove all rules preventing

8   New York City from receiving a fair share of this

9   funding.

10       Will all those in favor say aye?

11       ALL: Aye

12       MAJORITY LEADER FARÍAS: All opposed say nay?

13       ALL: (SILENT)

14       MAJORITY LEADER FARÍAS: Any abstentions?

15       ALL: (SILENT)

16       MAJORITY LEADER FARÍAS: The ayes have it.

17       Resolution 85-A calling on the New York State

18   Legislature to pass, and the Governor to sign,

19   A.2583, which would establish a noise tax on non-

20   essential helicopter and seaplane flights in cities

21   with a population of one million or more.

22       Will all those in favor say aye?

23       ALL: Aye

24       MAJORITY LEADER FARÍAS: All opposed say nay?

25       ALL: (SILENT)
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        81

 2        MAJORITY LEADER FARÍAS: Any abstentions?

 3        ALL: (SILENT)

 4        MAJORITY LEADER FARÍAS: The ayes have it.

 5        Resolution 144-A calling upon the New York State

 6   Environment Facilities Corporation to remove

 7   restrictive barriers and uncap funds New York City

 8   can receive for water infrastructure upgrades.

 9        Will all those in favor say aye?

10        ALL: Aye

11        MAJORITY LEADER FARÍAS: All opposed say nay?

12        ALL: (SILENT)

13        MAJORITY LEADER FARÍAS: Any abstentions?

14        ALL: (SILENT)

15        MAJORITY LEADER FARÍAS: The ayes have it.

16        Resolution 226-A calling on the New York State

17   Legislature to pass, and the Governor to sign, A.6311

18   and S.7381, which would prohibit certain non-

19   essential flight operations at municipal heliports

20   and Hudson River Park.

21        Will all those in favor say aye?

22        ALL: Aye

23        MAJORITY LEADER FARÍAS: All opposed say nay?

24        ALL: (SILENT)

25        MAJORITY LEADER FARÍAS: Any abstentions?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        82

 2        ALL: (SILENT)

 3        MAJORITY LEADER FARÍAS: The ayes have it.

 4        Resolution 233-A calling upon the United States

 5   Federal Aviation Administration to ban all non-

 6   essential helicopter travel, including tourist and

 7   chartered helicopter flights over New York City.

 8        Will all those in favor say aye?

 9        ALL: Aye

10        MAJORITY LEADER FARÍAS: All opposed say nay?

11        ALL: (SILENT)

12        MAJORITY LEADER FARÍAS: Any abstentions?

13        ALL: (SILENT)

14        MAJORITY LEADER FARÍAS: The ayes have it.

15        Resolution 327 calling on the New York State

16   Legislature to pass, and the Governor to sign,

17   legislation allowing for property owners who receive

18   tax exemptions to have the exemption apply

19   retroactively where eligible.

20        Will all those in favor say aye?

21        ALL: Aye

22        MAJORITY LEADER FARÍAS: All opposed say nay?

23        ALL: (SILENT)

24        MAJORITY LEADER FARÍAS: Any abstentions?

25        ALL: (SILENT)
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING        83

 2     MAJORITY LEADER FARÍAS: The ayes have it.

 3     I have several more, folks. There's a lull

 4  happening.

 5     Resolution 598 calling on New York City health

 6  care institutions to contract with industrial laundry

 7  companies that respect workers' legal rights and

 8  adhere to area standards for wages and benefits.

 9     Will all those in favor say aye?

10     ALL: Aye

11     MAJORITY LEADER FARÍAS: All opposed say nay?

12     ALL: (SILENT)

13     MAJORITY LEADER FARÍAS: Any abstentions?

14     ALL: (SILENT)

15     MAJORITY LEADER FARÍAS: The ayes have it.

16     Resolution 771 calling upon the New York State

17  Governor to sign S.929/A.2141, which, having been

18  passed by both the New York State Senate and the New

19  York State Assembly, would extend protections over

20  personal health information.

21     Will all those in favor say aye?

22     ALL: Aye

23     MAJORITY LEADER FARÍAS: All opposed say nay?

24     ALL: (SILENT)

25     MAJORITY LEADER FARÍAS: Any abstentions?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          84

 2     ALL: (SILENT)

 3     MAJORITY LEADER FARÍAS: The ayes have it.

 4     Resolution 774 calling on the New York State

 5  Department of Health to implement regulations

 6  requiring hospitals in New York City to adhere to the

 7  World Professional Association for Transgender

 8  Health's Standards of Care 8, to ensure medical

 9  professionals can provide high-quality and ethical

10  treatment for individuals with gender dysphoria.

11     Will all those in favor say aye?

12     ALL: Aye

13     MAJORITY LEADER FARÍAS: All opposed say nay?

14     ALL: (SILENT)

15     MAJORITY LEADER FARÍAS: Any abstentions?

16     ALL: (SILENT)

17     MAJORITY LEADER FARÍAS: The ayes have it.

18     Resolution 781 calling upon the New York State

19  Legislature to introduce and pass, and the Governor

20  to sign, legislation to prohibit out-of-state access

21  to the New York State Prescription Monitoring

22  Program's data for certain medications including

23  abortion medications, hormone therapy, and puberty

24  blockers.

25     Will all those in favor say aye?
```

```
 1        NEW YORK CITY COUNCIL STATED MEETING          85

 2      ALL: Aye

 3      MAJORITY LEADER FARÍAS: All opposed say nay?

 4      ALL: (SILENT)

 5      MAJORITY LEADER FARÍAS: Any abstentions?

 6      ALL: (SILENT)

 7      MAJORITY LEADER FARÍAS: The ayes have it.

 8      Resolution 793 calling on the New York State

 9   Legislature to pass, and the Governor to sign,

10   S.1633/A.2613, which would provide additional

11   protections for the sensitive health information of

12   patients, including information related to abortion

13   or gender affirming care, and require all health

14   information networks, electronic health record

15   systems, and health care providers to provide

16   patients with a right to restrict the disclosures of

17   such patient's health information.

18      Will all those in favor say aye?

19      ALL: Aye

20      MAJORITY LEADER FARÍAS: All opposed say nay?

21      ALL: (SILENT)

22      MAJORITY LEADER FARÍAS: Any abstentions?

23      ALL: (SILENT)

24      MAJORITY LEADER FARÍAS: The ayes have it.

25
```

1    NEW YORK CITY COUNCIL STATED MEETING            86

2        We will now move into General Discussion, and I

3    would like to first recognize Council Member Brewer,

4    followed by Council Member Holden, then Council

5    Member Sanchez

6        COUNCIL MEMBER BREWER: So I'm here to talk about

7    Barry Benepe who died yesterday. He was the head

8    of... the founder of the Greenmarket, the co-founder

9    of the Greenmarket. He died at 96. He was also a

10   architectural and brilliant writer on so many

11   different topics. He was somebody who I think, Jane

12   Jacobs was a friend of. He wrote about the parks, the

13   bikes, how to make our neighborhoods a better place.

14   Obviously, his son, Adrian Benepe, some of you know

15   as the Parks Commissioner, now head of Brooklyn

16   Botanical. His... Barry Benepe's father and my

17   grandfather were best friends for eighty years. And

18   he was somebody, I think, who made this city a much

19   better place. So we obviously, wish his wife Judith

20   Spector, who was a friend of mine even before she

21   married him, and his amazing family, very talented

22   family in many ways, send our condolences.

23       I think that people like Barry don't come along

24   very often. He was a graduate of very prestigious

25   colleges and graduate schools and decided that he

1      NEW YORK CITY COUNCIL STATED MEETING        87

2    wanted the farmers in the city of New York and the

3    state of New York to get their due and the way to do

4    it was to start the 14th Street Greenmarket. I think

5    all of us can thank him because many of us go to the

6    Greenmarket, and please think of him every time you

7    do so. Thank you very much.

8        MAJORITY LEADER FARÍAS: Thank you, Council

9    Member.

10       I would like to read a correction into the Record

11   on the vote on Introduction 246-A, which was adopted

12   by a vote of 43 in the affirmative, 4 in the

13   negative, and 2 abstentions.

14       I would now like to recognize Council Member

15   Holden, followed by Council Member Sanchez, then

16   Council Member Lee.

17       COUNCIL MEMBER HOLDEN: Thank you, Majority

18   Leader.

19       Today I introduced two pieces of legislation,

20   Introduction 1255 and Introduction 1256 that reflect

21   our ongoing commitment to public safety and

22   compassion.

23       One bill, Introduction 1256, strengthens

24   enforcement against the dangerous and irresponsible

25   practice of obstructing fire hydrants, not just by

```
 1        NEW YORK CITY COUNCIL STATED MEETING          88
 2   parking in front of them, but by covering them with
 3   garbage bins or other objects to conceal their
 4   location. These tactics endanger lives by delaying
 5   emergency response when every second counts.
 6        The other bill, Introduction 1255, takes a stand
 7   against the abuse of animals in rodeos, banning
 8   inhumane practices like calf roping, electric prods,
 9   and flank straps right here in New York City. Animals
10   should not suffer for the sake of human
11   entertainment. These are common sense quality of life
12   bills. Governments should focus on the issues that
13   directly affect our residents, and I believe both
14   bills will do that.
15        Whether it's protecting critical firefighting
16   infrastructure or standing up for animals who can't
17   speak for themselves, this kind of practical
18   leadership... this is the kind of practical
19   leadership New Yorkers expect and deserve. Thank you.
20        MAJORITY LEADER FARÍAS: Recognizing Council
21   Member Sanchez, followed by Council Member Lee, then
22   Council Member Krishnan.
23        COUNCIL MEMBER SANCHEZ: Thank you, Majority
24   Leader.
25
```

1    NEW YORK CITY COUNCIL STATED MEETING          89

2    Between January of 2014 and June of 2020 — a six-

3    year period — we had 29 million applications received

4    by Housing Connect compared to 27,819 leases signed.

5    For as frustrating as it is to search for an

6    affordable apartment in New York City, it's made all

7    the more frustrating by application technology that

8    sometimes causes unnecessary issues.

9    Over the last two years, my office has been

10   collaborating with housing providers and housing

11   lottery applicants to develop solutions to problems

12   that plague housing connect. And to that end, I'm

13   proud to introduce three bills today that I hope my

14   colleagues will sign on to:

15   Introduction 1264 addresses the issue of

16   prolonged and onerous wait times to fill re-rentals.

17   Introduction 1265 ensures applicants or a

18   designee, that's a new thing, get text and email

19   updates about their applications.

20   And Introduction 1266 would create a free weekly

21   in person Housing Connect assistance program in

22   certain public locations.

23   The housing lottery should help people to find

24   pathways to affordable housing, not be hindrances.

25   And so I would like to thank the team at UNHP 9

1       NEW YORK CITY COUNCIL STATED MEETING        90

2    University Neighborhood Housing Program), and the

3    members of AHORA (The Bronx Affordable Housing

4    Opportunities Right Away), as well as the members of

5    my staff for working so hard on this bill, and, of

6    course, to my colleagues who are co-priming this.

7    Thank you, to all of you. Thank you.

8        MAJORITY LEADER FARÍAS: Recognizing Council

9    Member Lee, followed by Council Member Krishnan, then

10   Council Member Mealy.

11       COUNCIL MEMBER LEE: Good afternoon, colleagues.

12       Today I'm proud to introduce legislation that

13   takes a necessary step towards ensuring the safety,

14   dignity, and well-being of young people in our

15   juvenile detention system.

16       Introduction 1259 requires that direct service

17   staff, those who interact most closely with youth in

18   our detention facilities, receive foundational

19   training in behavioral support strategies. These are

20   the staff at detention centers and community based

21   organizations who are with these young people day in

22   and day out, managing tense moments, building trust,

23   and shaping outcomes.

24       Right now, many of these workers do not have the

25   tools they need, and they may not have formal

1      NEW YORK CITY COUNCIL STATED MEETING       91

2    training in de-escalation, trauma-informed care, or

3    culturally competent behavioral responses. And when a

4    moment of crisis occurs, they're left without clear

5    evidence-based strategies to handle it.

6         That's what this bill changes. We're requiring

7    that all direct service staff complete training in

8    the basic science of behavior and learning,

9    techniques for reinforcing positive behaviors, non-

10   punitive de-escalation methods, and trauma-informed

11   culturally responsive approaches to care.

12        The training will be flexible, it can be done in

13   person, online, or through a hybrid model. And it

14   will be mandatory for all current staff— within a

15   year— with a clear timeline for new hires.

16        This is about leveling the playing field by

17   investing, not only in government systems, but also

18   in the trusted community partners who make

19   rehabilitation truly possible.

20        Thank you, and I look forward to working with all

21   of you to see this passed.

22        MAJORITY LEADER FARÍAS: Recognizing Council

23   Member Krishnan, followed by Council Member Mealy.

24        COUNCIL MEMBER KRISHNAN: Thank you, Majority

25   Leader.

1    NEW YORK CITY COUNCIL STATED MEETING        92

2        We're gonna do a round two over here. In the last

3    100 years, there has not been a more powerful and

4    treasured social program in The United States than

5    Social Security. Sixty-nine million Americans rely on

6    a Social Security check monthly, and over 16 million

7    older adults are kept out of poverty thanks to this

8    critical program.

9        It is beyond belief that the Trump administration

10   and Republicans in Congress have threatened to gut

11   Social Security, a program popular amongst the

12   majority of Americans. Eighty-six percent of

13   Republicans and 90% of Democrats support Social

14   Security.

15       Elon Musk's DOGE team has routinely made false

16   claims and lobbied threats at the Social Security

17   Administration to undermine confidence in the system.

18   These actions jeopardize the monthly payments that

19   our city's older adults, seniors who are disabled,

20   and families rely on to help pay their rent,

21   electricity bills, and groceries.

22       We cannot cut our way to prosperity. We must

23   protect Social Security and stand up for it.

24       Today, I've introduced Resolution 852 to call on

25   our partners at the federal government to do

1      NEW YORK CITY COUNCIL STATED MEETING          93

2  everything they can to protect Social Security from

3  these drastic cuts.

4      This moment demands courage from all of us, and I

5  can think of no worthier cause than standing up for

6  our seniors, our individuals with disabilities, our

7  communities, and the many others who rely on Social

8  Security.

9      I urge my colleagues on both sides of the aisle

10  to sign on to this resolution in support. Thank you.

11      MAJORITY LEADER FARÍAS: Recognizing Council

12  Member Mealy.

13      COUNCIL MEMBER MEALY: Is it my time?

14      MAJORITY LEADER FARÍAS: (LAUGHS) Yes.

15      COUNCIL MEMBER MEALY: I just want to want to

16  bring my support. I would like to welcome Simcha

17  Felder, my former colleague, into the City Council.

18  And I wasn't able to say goodbye to Kalman Yeger, so

19  congratulations to the assemblymember, and we're

20  looking forward, and welcome to the house party.

21      MAJORITY LEADER FARÍAS: Thank you. Seeing no one

22  else signed up to speak, I will now call on Speaker

23  Adams to close today's Stated Meeting.

24

25

1    NEW YORK CITY COUNCIL STATED MEETING        94

2      SPEAKER ADAMS: And I will do just that, Majority

3   Leader. The Stated Meeting of April 24, 2025 is

4   hereby adjourned. [GAVEL]

5      **\*\*\* TRANSCRIBER'S NOTE:**

6            VOTE REVISION: Introduction 246-A

7            Affirmative: 41

8            Negative: 5

9            Abstentions: 2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

World Wide Dictation certifies that the

foregoing transcript is a true and accurate

record of the proceedings. We further certify that

there is no relation to any of the parties to

this action by blood or marriage, and that there

is interest in the outcome of this matter.



Date    May 15, 2025