11/15/01

AC 36-1H
APPENDIX 10

**AIRCRAFT NOISE DATA FOR U.S. CERTIFICATED HELICOPTERS**

**(14 CFR PART 36, APPENDIX H)**

| MANUFACTURER MODEL | MGW MLW 1000# | ENGINE DATA MFR, MODEL | NO. | MAIN ROTOR MFR, MODEL | BLADES | DIA(FT.) | TAIL ROTOR MFR, MODEL | BLADES | DIA(FT.) | FO | TO | AP | STAGE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUSTA A109E | 6.28 / 6.28 | PRATT&WHITNEY 206C | 2 | AGUSTA | 4 | 36.00 | AGUSTA | 2 | 6.60 | 90.8 | 91.4 | 91.4 | 2 | |
| AGUSTA A109E | 6.28 / 6.28 | TURBOMECA ARRIUS 2K1 | 2 | AGUSTA | 4 | 36.00 | AGUSTA | 2 | 6.60 | 90.9 | 91.8 | 93.3 | 2 | |
| AGUSTA A109K2 | 6.28 / 6.28 | TURBOMECA ARRIEL 1K1 | 2 | AGUSTA | 4 | 36.00 | AGUSTA | 2 | 6.60 | 89.1 | 91.7 | 91.1 | 2 | |
| BELL HELI TEXTRON 206L-4 | 4.45 / 4.45 | ALLISON 250-C30P | 1 | BELL HELI TEXT 206-015-001-107 | 2 | 37.00 | BELL HELI TEXT 206-016-201-127 | 2 | 5.40 | 85.2 | 88.4 | 90.7 | 2 | |
| BELL HELI TEXTRON 230 FXD SKD GR | 8.40 / 8.40 | ALLISON 250-C30G/2 | 2 | BELL HELI TEXT 222-018-501-101 | 2 | 42.00 | BELL HELI TEXT 222-016-001-107 | 2 | 6.83 | 90.5 | 89.1 | 94.2 | 2 | |
| BELL HELI TEXTRON 230 RTR WHL GR | 8.40 / 8.40 | ALLISON 250-C30G/2 | 2 | BELL HELI TEXT 222-018-501-101 | 2 | 42.00 | BELL HELI TEXT 222-016-001-107 | 2 | 6.83 | 90.8 | 89.1 | 94.2 | 2 | |
| BELL HELI TEXTRON 412 HP | 11.90 / 11.90 | PRATT&WHITNEY PT6T-3E | 2 | BELL HELI TEXT 412-015-300-109 | 4 | 46.00 | BELL HELI TEXT 212-010-750-105 | 2 | 8.60 | 93.4 | 92.8 | 95.6 | 2 | |
| BELL HELI TEXTRON 412 SP | 11.90 / 11.90 | PRATT&WHITNEY PT6T-3B | 2 | BELL HELI TEXT 412-015-300-109 | 4 | 46.00 | BELL HELI TEXT 212-010-750-105 | 2 | 8.60 | 93.4 | 93.2 | 95.6 | 2 | |
| BELL HELI TEXTRON 412EP | 11.90 / 11.90 | PRATT&WHITNEY PT6T-3D | 2 | BELL HELI TEXT 412-015-300-109 | 4 | 46.00 | BELL HELI TEXT 212-010-750-105 | 2 | 8.60 | 93.4 | 92.8 | 95.6 | 2 | |
| BELL HELI TEXTRON 427 | 6.00 / 6.00 | PRATT&WHITNEY PW207D | 2 | BELL HELI TEXT 427-015-001-125 | 4 | 37.00 | BELL HELI TEXT 427-016-001-109 | 2 | 5.67 | 89.1 | 88.0 | 91.2 | 2 | |
| BELL HELI TEXTRON 427 | 6.35 / 6.35 | PRATT&WHITNEY PW207D | 2 | BELL HELI TEXT 427-015-001-125 | 4 | 37.00 | BELL HELI TEXT 427-016-001-109 | 2 | 5.67 | 89.0 | 88.5 | 91.2 | 2 | |
| BELL HELI TEXTRON 430 | 9.00 / 9.00 | ALLISON 250-C40B | 2 | BELL HELI TEXT 430-015-001-101 | 4 | 42.00 | BELL HELI TEXT 222-016-001-111 | 2 | 6.90 | 91.6 | 92.4 | 93.8 | 2 | |
| BOEING MD 520N | 3.35 / 3.35 | ALLISON 250-C20R/2 | 1 | MCDONNELL DOUG 369D21102-503 | 5 | 27.35 | MCDONNELL DOUG NOTAR | | | 80.2 | 85.4 | 87.9 | 2 | |
| EHI EH 101/300/500 | 31.50 / 31.50 | GE CT7-6A | 3 | | 5 | 61.00 | | 4 | 3.10 | 93.1 | 97.6 | 99.5 | 2 | |
| EUROCOPTER AS 332L2 | 20.20 / 20.20 | TURBOMECA MAKILA 1A2 | 2 | | 4 | 53.10 | | 4 | 0.40 | 93.2 | 94.2 | 96.5 | 2 | |

11/15/01

AC 36-1H
APPENDIX 10

**AIRCRAFT NOISE DATA FOR U.S. CERTIFICATED HELICOPTERS**

**(14 CFR PART 36, APPENDIX H)**

| MANUFACTURER MODEL | MGW MLW 1000# | ENGINE DATA MFR, MODEL | NO. | MAIN ROTOR MFR, MODEL | BLADES | DIA(FT.) | TAIL ROTOR MFR, MODEL | BLADES | DIA(FT.) | NOISE LEVEL (EPNdB) FO | TO | AP | STAGE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EUROCOPTER AS 350 B2 | 4.96 | TURBOMECA ARRIEL 1D1 | 1 | AEROSPATIALE 355A31.0001 | 3 | 35.07 | AEROSPATIALE 355A12.0031 OR 0040 | 2 | 6.10 | 87.1 | 89.8 | 91.4 | 2 | |
| EUROCOPTER AS 350BA | 4.63 4.63 | TURBOMECA ARRIEL 1B | 1 | | 3 | 35.10 | | 2 | 6.10 | 86.8 | 91.1 | 91.3 | 2 | |
| EUROCOPTER AS 355 N | 5.60 5.40 | TURBOMECA ARRIUS 1A/4M | 2 | EUROCOPTER STARFLEX 355A340004- | 3 | 35.60 | EUROCOPTER 350A33-0008-03/04 | 2 | 6.20 | 86.2 | 88.8 | 92.9 | 2 | |
| EUROCOPTER AS 355F2R | 5.29 5.29 | ALLISON 250-C20F | 2 | | 3 | 35.10 | | 2 | 6.10 | 87.6 | 89.0 | 93.8 | 2 | |
| EUROCOPTER AS 355N | 5.60 5.60 | TURBOMECA ARRIUS 3191M | 2 | | 3 | 35.10 | | 2 | 6.10 | 86.2 | 88.8 | 92.9 | 2 | |
| EUROCOPTER AS 365N2 | 9.37 9.37 | TURBOMECA ARRIEL 1C2 | 2 | | 4 | 39.20 | | 11 | 3.60 | 91.0 | 93.3 | 96.1 | 2 | |
| EUROCOPTER BK 117B2 | 7.39 7.39 | LYCOMING LTS-101-750B1 | 2 | | 4 | 36.10 | | 2 | 6.40 | 90.8 | 90.0 | 96.0 | 2 | |
| EUROCOPTER BK 117C1 | 7.39 7.39 | TURBOMECA ARRIEL 1E2 | 2 | | 4 | 36.10 | | 2 | 6.40 | 89.7 | 90.6 | 96.0 | 2 | |
| SIKORSKY S-76A STC:568NE | 10.80 10.80 | TURBOMECA ARRIEL 1S | 2 | SIKORSKY 76150-9000/09100 | 4 | 44.00 | SIKORSKY 76101-05101-041 | 4 | 8.00 | 92.8 | 92.5 | 95.6 | 2 | |
| SIKORSKY S-76C | 11.70 11.70 | TURBOMECA ARRIEL 1S1 | 2 | SIKORSKY 76150-09199-41 | 4 | 44.00 | SIKORSKY 76101-05501-041 | 4 | 8.00 | 93.2 | 96.0 | 97.7 | 2 | |
| SIKORSKY S-76C+ (PLUS) | 11.70 11.70 | TURBOMECA ARRIEL 2S1 | 2 | SIKORSKY 76150-09100-41 | 4 | 44.00 | SIKORSKY 76101-05501-041 | 4 | 8.00 | 91.6 | 93.9 | 96.1 | 2 | |

# EQUATIONS FOR THE CALCULATION OF NOISE CERTIFICATION LIMITS AT TAKEOFF, SIDELINE, AND APPROACH

## STAGE 2

|  | Takeoff Limits (EPNdB) | Flyover Limits (EPNdB) | Approach Limits (EPNdB) |
|---|---|---|---|
| Up to and including 1,764 pounds | 89 | 88 | 90 |
| Between 1,764 pounds and 176,370 pounds | $89 + 3.01 \left\| \dfrac{\log \dfrac{W}{1,764}}{\log 2} \right\|$ | $88 + 3.01 \left\| \dfrac{\log \dfrac{W}{1,764}}{\log 2} \right\|$ | $90 + 3.01 \left\| \dfrac{\log \dfrac{W}{1,764}}{\log 2} \right\|$ |
| 176,370 pounds or more | 109 | 108 | 110 |

**11/15/01**            **AC36-1H**
           **Appendix 10**

## NOISE CERTIFICATION REQUIREMENTS - HELICOPTERS

**TAKEOFF**



**11/15/01**  **AC36-1H**
**Appendix 10**

## NOISE CERTIFICATION REQUIREMENTS - HELICOPTERS
### SIDELINE



## NOISE CERTIFICATION REQUIREMENTS - HELICOPTERS
### APPROACH



11/15/01

AC 36-1H
APPENDIX 11

**AIRCRAFT NOISE DATA FOR U.S. CERTIFICATED HELICOPTERS**

**(14 CFR PART 36, APPENDIX J)**

| MANUFACTURER MODEL | MGW MLW 1000# | ENGINE DATA MFR, MODEL | NO. | MAIN ROTOR MFR, MODEL | BLADES | DIA(FT.) | TAIL ROTOR MFR, MODEL | BLADES | DIA(FT.) | NOISE LEVEL (SEL) FO | STAGE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUSTA A119 | 6.00 6.00 | PRATT & WHITNEY PT6B-37 | 1 | AGUSTA | 4 | 35.50 | AGUSTA | 2 | 6.60 | 85.9 | 2 | |
| BELL HELI TEXTRON 206L-4 w/STC00036SE | 4.55 4.55 | ALLISON 250-C20R | 2 | BELL HELI TEXT 206-015-001-107 | 2 | 37.00 | BELL HELI TEXT 206-016-201-127 | 2 | 5.40 | 85.2 | 2 | |
| BELL HELI TEXTRON 407 | 5.00 5.00 | ALLISON 250-C47B | 1 | BELL HELI TEXT 407-015-001-101 | 4 | 35.00 | BELL HELI TEXT 406-016-100-101 | 2 | 5.40 | 85.1 | 2 | |
| BOEING MD 600N | 4.10 | ALLISON 250-C47 | 1 | | 6 | 27.50 | | 13 | | 79.0 | 2 | |
| BOEING MD 900 | 6.00 6.00 | PRATT & WHITNEY PW206A | 2 | MCDONNELL DOUGLA | 5 | 33.85 | MCDONNELL DOUGLA NOTAR | 13 | 1.83 | 82.1 | 2 | |
| ENSTROM 280FX/F-28F | 2.60 2.60 | LYCOMING H10-360-F1AD | 1 | ENSTROM 28-14003-6 | 3 | 32.00 | ENSTROM 28-150079-5 | 2 | 4.70 | 79.0 | 2 | |
| ENSTROM 480 | 2.85 2.85 | ALLISON 250-C20W | 1 | ENSTROM 4143000-3 | 3 | 32.00 | ENSTROM 28-150079-7 | 2 | 5.00 | 83.6 | 2 | 6 |
| ENSTROM 480B | 3.00 3.00 | ALLISON 250-C20W | 1 | ENSTROM 4143000-3 | 3 | 32.00 | ENSTROM 28-150079-7 | 2 | 5.00 | 83.7 | 2 | |
| ENSTROM TH28/480 | 2.85 2.85 | ALLISON 250-C20W | 1 | ENSTROM 4143000-1 | 3 | 32.00 | ENSTROM 28-150073-3 | 2 | 5.00 | 82.4 | 2 | |
| EUROCOPTER EC 120 | 3.70 | PRATT & WHITNEY PT6B-37 | 1 | | 4 | 32.80 | | 8 | | 78.7 | 2 | |
| EUROCOPTER EC135P | 5.80 | PRATT & WHITNEY PW206B | 2 | | 4 | 33.50 | | | | 81.6 | 2 | |
| EUROCOPTER EC135T | 5.80 | TURBOMECA ARRIUS 2B | 2 | | 4 | 33.50 | | | | 80.2 | 2 | |
| KAMAN K-1200 | 6.00 6.00 | TEXTRON LYCOMING T5317A-1 | 1 | KAMAN K-1200(2)2 Rotors | 2 | 48.20 | | | | 82.5 | 2 | 4 |
| ROBINSON R44 | 2.40 2.40 | LYCOMING O-540-F1B5 | 1 | ROBINSON C016-2 | 2 | 33.00 | ROBINSON C029-1 | 2 | 4.83 | 81.9 | 2 | |
| SCHWEIZER 269C | 2.05 2.05 | LYCOMING IO-360-D1A | 1 | SCHWEIZER 269A1002 | 3 | 26.83 | SCHWEIZER 269A6034-19 | 2 | 4.25 | 78.8 | 2 | 1 |

11/15/01

AC 36-1H
APPENDIX 11

**AIRCRAFT NOISE DATA FOR U.S. CERTIFICATED HELICOPTERS**

**(14 CFR PART 36, APPENDIX J)**

| MANUFACTURER MODEL | MGW MTW 1000# | ENGINE DATA MFR, MODEL | NO. | MAIN ROTOR MFR, MODEL | BLADES | DIA(FT.) | TAIL ROTOR MFR, MODEL | BLADES | DIA(FT.) | NOISE LEVEL (SEL) FO | STAGE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHWEIZER 269C | 2.05 2.05 | LYCOMING IO-360-D1A | 1 | SCHWEIZER 269A1002 | 3 | 26.83 | SCHWEIZER 269A6034-19 | 2 | 4.25 | 81.1 | 2 | 2 |
| SCHWEIZER 269C | 2.05 2.05 | LYCOMING IO-360-D1A | 1 | SCHWEIZER 269A1002 | 3 | 26.83 | SCHWEIZER 269A6034-19 | 2 | 4.25 | 79.2 | 2 | 3 |
| SCHWEIZER 269C-1 | 1.75 1.75 | LYCOMING O-360-C1A | 1 | SCHWEIZER 269A1002 | 3 | 26.83 | SCHWEIZER 269A6034-19 | 2 | 4.25 | 81.8 | 2 | 5 |
| SCHWEIZER 269D (330SP) | 2.26 2.26 | ALLISON 250-C20W | 1 | SCHWEIZER 269A1002-11 | 3 | 27.26 | SCHWEIZER 269A6034-29 | 2 | 4.25 | 80.6 | 2 | |
| SCHWEIZER 269D Configuration A | 2.55 2.55 | ALLISON 250-C20W | 1 | SCHWEIZER 269A1002-13 | 3 | 27.51 | SCHWEIZER 269A6034-29 | 2 | 4.25 | 81.5 | 2 | |
| SCHWEIZER 269D/330 | 2.20 2.20 | ALLISON 250-220W | 1 | SCHWEIZER 269 A 1002 | 3 | 26.83 | SCHWEIZER 269 A 6034-19 | 2 | 4.25 | 79.4 | 2 | |
| SCHWEIZER 300C(1) | 2.05 | LYCOMING H10-360-DIA | 1 | | 3 | 26.80 | | 2 | 4.30 | 78.8 | 2 | 1 |
| SCHWEIZER 300C(2) | 2.05 | LYCOMING H10-360-DIA | 1 | | 3 | 26.80 | | 2 | 4.30 | 81.1 | 2 | 2 |
| SCHWEIZER 300C(3) | 2.05 | LYCOMING H10-360-DIA | 1 | | 3 | 26.80 | | 2 | 4.30 | 79.2 | 2 | 3 |

Page 2

**11/15/01** **AC36-1H**
**Appendix 11**

Appendix 11 Notes

1. Includes Upturned Exhaust.
2. Includes Muffler.
3. Includes Muffler and Resonator.
4. Includes Two Counter-Rotating, Intermeshing Main Rotors.
5. Includes Upturned Exhaust and Diff.
6. Includes "Increased Rotor Speed" Kit No. 4230002.

# EQUATIONS FOR THE CALCULATION OF NOISE CERTIFICATION LIMITS

## 14 CFR Part 36, APPENDIX J
## Noise Limit (SEL)

<u>Flyover Limits</u>

| | |
|---|---|
| Up to and including 1,764 pounds | 82 |
| Over 1,764 pounds up to and including 6,000 pounds | $82 + 3.01 \left| \dfrac{\log \dfrac{W}{1,764}}{\log 2} \right|$ |

**11/15/01** AC36-1H
Appendix 11

## NOISE CERTIFICATION REQUIREMENTS - HELICOPTERS
**14 CFR Part 36 - APPENDIX J (FLYOVER)**

