

FAA New York Helicopter Route Chart, effective 0901Z 22 JAN 2026 to 0901Z 19 MAR 2026. Scale 1:125,000. FAA Product ID: HELNY.

# ROUTE DESCRIPTIONS

## REPUBLIC TERMINAL AREA

**SOUTHERN ROUTE:**

**ARRIVAL** - Enter at Southern State Parkway and the Seaford Oyster Bay Expressway (Exit 27). Overfly Southern State Parkway until Route 110 (Exit 32), then northbound to Route 109.

**DEPARTURE** - Southbound and parallel runway 01/19 until intersection of Route 109 & 110. Overfly Southern State Parkway with Seaford Oyster Expressway, then proceed on course.

**RECOMMENDED ALTITUDE** - 1100 FEET.

**MICROWAVE ROUTE:**

**ARRIVAL** - Enter at Plainview and I-495 (Exit 46) and proceed directly to Microwave Tower, then southeast bound to Huntington Hilton. Follow Route 110 until airport.

**DEPARTURE** - Northbound and parallel runway 01/19 until Multiplex Theater. Route 110 North until Huntington Hilton, then northwest bound to Microwave Tower. Intercept Long Island Expressway then proceed on course.

**RECOMMENDED ALTITUDE** - 1100 FEET.

## NEW YORK TERMINAL AREA

**REPUBLIC ROUTE:** Intersection of Broad Hollow Road and Fulton Street. Westbound over Fulton Street to Hempstead Turnpike. Westbound over Hempstead Turnpike to intersection with Meadowbrook State Parkway. Northbound over Meadowbrook State Parkway to Northern Parkway to Long Island Expressway. Westbound over Long Island Expressway to Cross Island Parkway. Northbound over Cross Island Parkway to Little Neck Bay. Overfly Little Neck Bay parallel to Cross Island Parkway to intersect THROGS ROUTE.

**NORTH SHORE ROUTE:** From VPROK waypoint (Execution Rocks Lighthouse) eastbound via VPLYD waypoint (north of Lloyd Harbor) to the VPJAY waypoint (northwest of Port Jefferson LIPA plant smokestacks), then via and off the shoreline to Orient Point. Note: CAUTION rotary and fixed-wing aircraft, possible wake turbulence from IFR jet traffic as noted on the chart.

**SOUTH SHORE ROUTE:** Breezy Point Jetty then eastbound via and off the shoreline to Montauk. Note: CAUTION rotary and fixed wing aircraft, banner towing, possible wake turbulence from JFK heavy jet overflights.

**NOTE:** PILOTS ANNOUNCE INTENDED ROUTE ON INITIAL CONTACT

**CAUTION:** ROUTES DEPICTED AND ALTITUDES ASSIGNED DO NOT PROVIDE OBSTACLE CLEARANCE PROTECTION. PILOTS ARE RESPONSIBLE FOR SEEING AND AVOIDING TERRAIN AND OBSTACLES. THIS CHART DOES NOT DEPICT COMPLETE OBSTACLE INFORMATION DUE TO THE HIGH CONCENTRATION OF OBJECTS IN THE AREA. OBSTACLES AND OTHER FEATURES SUCH AS POWER TRANSMISSION LINES AND PROMINENT STRUCTURES ARE DEPICTED FOR LANDMARK VALUE ONLY.

## REGULATORY NOTICES
## NEW YORK CLASS B HUDSON RIVER AND EAST RIVER
## EXCLUSIONS
## SPECIAL FLIGHT RULES AREA CFR PART 93

**Airspace**

Special air traffic rules and communication requirements are in effect for persons operating aircraft under VFR, to, from, or in the vicinity of the New York Class B airspace. These procedures are in effect within the following boundaries:

Hudson River: That airspace below 1300 feet MSL between the east and west banks of, and overlying, the Hudson River within the area beginning north of LaGuardia Airport on the west bank of the Hudson River at lat. 40°57'45"N., long. 73°54'48"W. (near Alpine Tower) thence south along the west bank of the Hudson River to intersect the Colts Neck VOR-DME 023° (M) radial, thence southwest along the Colts Neck 023° (M) radial to the Hudson River shoreline, thence south along the shoreline to the Verrazano-Narrows Bridge, thence east along the bridge to the east bank of the Hudson River; thence north along the east bank of the Hudson River to lat. 40°38'39"N., long. 74°02'03"W., thence north along a line drawn direct to the southwesternmost point of Governors Island, thence north along a line drawn direct to the southwest tip of Manhattan Island, thence north along the east bank of the Hudson River to the LGA VOR-DME 11-mile arc, north of LaGuardia Airport, thence counterclockwise along the 11-mile arc to lat. 40°57'54"N., long. 73°54'23"W., thence to the point of beginning.

East River: That airspace below 1500 feet MSL between the east and west banks of, and overlying, the East River beginning at lat. 40°38'39"N., long. 74°02'03"W., to the southwestern tip of Governors Island to the southwestern tip of Manhattan Island, thence north along the west bank of the East River to the LGA VOR-DME 6-mile arc; thence counterclockwise along the 6-mile arc to the east bank of the East River, thence south along the east bank of the East River to the point of beginning at lat. 40°38'39"N., long. 74°02'03"W.; and that airspace 1100 feet MSL and below between the east and west banks of, and overlying, the East River from the LGA VOR-DME 6-mile arc to the northern tip of Roosevelt Island.

**Communications**

No person may operate an aircraft within the airspace specified above unless that person continuously monitors and communicates, as appropriate, on the designated common traffic advisory frequency (CTAF). Pilots self-announce at the following charted mandatory reporting points:

- Alpine Tower
- GWB
- Intrepid
- Clock
- Statue of Liberty
- VZ

Include the following information: aircraft type, current position, direction of flight and altitude.

**Aircraft Operation**

The following practices are mandatory in both the Hudson River and East River Exclusions:

Maintain an indicated airspeed not to exceed 140 knots.
Anti-collision lights and aircraft position/navigation lights shall be on. Use of landing lights is recommended.
Pilots must have a current New York TAC and/or New York Helicopter Route Chart in the aircraft and familiarize themselves with the information contained therein.

The following practices are mandatory in the Hudson River Exclusion:

Fly along the west shoreline of the Hudson River when southbound, and along the east shoreline of the Hudson River when northbound while remaining within the boundaries of the Hudson River Exclusion. Aircraft overflying the area within the Hudson River Exclusion, but not landing or departing any of the Manhattan heliports or landing facilities, or conducting any local area operations, must transit the Hudson River Exclusion at or above an altitude of 1000 feet MSL up to, but not including, the floor of the overlying Class B airspace.
Self-announce as described above under Communications.

The following practices are mandatory in the East River Exclusion:

VFR flight operations by fixed-wing aircraft (excluding seaplane fixed-wing aircraft landing or departing the New York Skyports Inc. Seaplane Base) in the East River Class B Exclusion (from the southwestern tip of Governors Island to the northern tip of Roosevelt Island) are prohibited unless authorized and being controlled by ATC. To obtain authorization, pilots must contact LaGuardia Airport Traffic Control Tower prior to Governors Island.
Self-announce position on the appropriate CTAF.

## CONTROL TOWER FREQUENCIES ON EASTERN LONG ISLAND INSET

Airports with control towers are indicated on the face of the chart by the letters CT followed by the primary VHF tower frequency(ies). Information for each tower is listed in the table below. Operational hours are local time. The primary VHF and UHF tower and ground control frequencies are listed.
Automatic Terminal Information Service (ATIS) frequencies are shown on the face of the chart are arrival VHF/UHF frequencies. All ATIS frequencies are listed in the table below. ATIS operational hours may differ from tower operational hours.
"MON-FRI" indicates Monday through Friday.
O/T indicates other times.

| CONTROL TOWER | OPERATES | TOWER | GND CON | ATIS |
|---|---|---|---|---|
| BRIDGEPORT/SIKORSKY | 0600-2200 | 120.9 257.8 | 121.75 257.8 | 119.15 |
| EAST HAMPTON TOWN | 0800-2000 SAT BEFORE MEML DAY-SUN AFTER LABOR DAY | 125.225 | 121.9 | |
| FRANCIS S. GABRESKI | 0700-2300 | 125.3 236.6 | 121.8 225.4 | |
| LONG ISLAND MAC ARTHUR | 0600-2400 | 119.3 335.5 | 135.3 | 120.725 |
| REPUBLIC | 0700-2300 | 118.8 279.65 | 121.6 269.6 | 126.65 |

## CLASS B, CLASS C, TRSA, AND SELECTED APPROACH CONTROL FREQUENCIES

| FACILITY | FREQUENCIES | SERVICE AVAILABILITY |
|---|---|---|
| LONG ISLAND CLASS C | 120.05 343.75 | 0600-2400, O/T CLASS E |

## SPECIAL USE AIRSPACE ON EASTERN LONG ISLAND INSET

Unless otherwise noted altitudes are MSL and in feet. Time is local.
"FL" on altitude means "To and including."
FL = Flight Level
NO A/G = No air to ground communications.
Consult Flight Service for information.

† Other times by NOTAM.
NOTAM = Use of this term in Restricted Areas indicates FAA and DoD NOTAM system. Use of this term in all other Special Use areas indicates the DoD NOTAM system.

**U.S. P=PROHIBITED, R=RESTRICTED, W=WARNING, A=ALERT, MOA=MILITARY OPERATIONS AREA**

| NUMBER | ALTITUDE | TIME OF USE | CONTROLLING AGENCY/CONTACT FACILITY | FREQUENCIES |
|---|---|---|---|---|
| W-105 A | TO FL 500 | INTERMITTENT BY NOTAM | BOSTON CNTR | |
| W-106 A | TO 3000 | INTERMITTENT BY NOTAM | NEW YORK CNTR | |
| W-106 B | TO 8000 | INTERMITTENT BY NOTAM | NEW YORK CNTR | |



EASTERN LONG ISLAND
SCALE 1 : 250,000

FOR OFFSHORE NAVIGATION ONLY

