UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

                                       Plaintiffs,

          - against -

THE CITY OF NEW YORK,

                                       Defendant.

**DECLARATION OF
ALAA MOUSSAWI**

25-CV-4682 (NGG)

------------------------------------------------------------------------x

ALAA MOUSSAWI, declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am the Chief Data Scientist, Legislative Division, for the New York City Council, and I submit this Declaration in support of Defendant City of New York's Motion to Dismiss the Complaint. As Chief Data Scientist for the New York City Council, I lead interdisciplinary teams of data scientists, and software engineers, designing production-grade information infrastructure powering legislative strategy and modern governance. My work includes statistical modeling, retrieval-augmented generation (RAG) systems, NLP architectures, workflow automation, and AI-enabled decision support tools deployed across New York City government. I hold a PhD in Physics focused on spreading processes in complex networks.

2. I understand that the Plaintiffs challenge New York City Local Law 64 of 2025 ("Local Law 64"), which prohibits certain non-essential helicopter operations that exceed certain federally-established noise thresholds from two City-owned Manhattan heliports following certain procedural prerequisites.

3. On April 16, 2024, the City Council Committee on Economic Development, chaired by then Majority Leader Amanda Farías, held an oversight hearing entitled "Helicopter

1

Noise and Safety," which, among other things, considered the bill that would become Local Law 64.

4. While Local Law 64 was still under consideration, the City Council's Data Team, which I lead, performed extensive analysis of a sample of historical flight track data for helicopter flights using the New York City airspace. The data team analyzed helicopter flight and 311 data to 1) Understand the flight paths from each heliport; 2) Analyze which flights were most frequently associated with 311 noise complaints; and 3) Identify the best policy solutions to reduce the negative effects of helicopter noise on New York City residents.[1]

5. The data team acquired flight track data from a commercial vendor, FlightRadar24.com, which, according to its documentation materials, "combines data from several data sources including [automatic dependent surveillance-broadcast], [Multilateration], satellite, and radar data." Through these and other methods, FlightRadar24 aggregates the actual flight paths of all or virtually all flights and stores their historical locations as recorded flight tracks. An example of an individual flight track is the image shown in figure 1 at right, a flight that the data team identified as a tour flight departing from and returning to the Downtown Manhattan Heliport.



*Figure 1*: Flight Track for an identified Manhattan Sightseeing Tour

---

[1] The Data Team's work on this issue, wrom which Figures 2-4 are taken, is collected and summarized at https://council.nyc.gov/data/helicopter-noise-and-safety/ .

6. The data team acquired from FlightRadar24 a dataset comprising all 8,848 helicopter flight tracks for the month of May 2023. The data team also identified the locations of heliports within the study area, such that flight tracks could be attributed to particular routes, and ultimately, connected with 311 noise complaints.



*Figure 2*: Flight Paths over NYC, May 2023, Original Analysis, Flightradar24 Data

7. The data team assumed, for purposes of this analysis, that tour flights were those that depart and return to the same heliport. While the data team acknowledged some data gaps and possible categorization errors, in general, the data was determined to be sufficiently accurate to provide a general foundation of flight information that was useful in formulating heliport policy.

**Locations of New York City Area Heliports**

8. The major heliports in the New York City local area include three publicly-owned heliports in Manhattan: 1) Downtown Manhattan Heliport; 2) East 34th Street Heliport; and 3) West 30th Street Heliport.

9. The Downtown Manhattan Heliport and East 34th Street Heliport are owned by the City and managed by the New York City Economic Development Corporation (NYCEDC). The West 30th Street Heliport is owned by New York State, with oversight by the Hudson River Park Trust (HRPT). Of these three, only the Downtown Manhattan Heliport can operate sightseeing tours.

*Figure 3*: Manhattan Heliports

10. In addition to these heliports, the NYPD uses Floyd Bennett Field as a helicopter base and there are multiple heliports in the outer boroughs, New Jersey, and Westchester. These include airport heliports and heliports in Kearny, New Jersey. Commuter and sightseeing traffic from these heliports frequently travel over New York City.



*Figure 4: New York City Regional Heliports*

**Helicopter Flight Paths**

11. While tours from the Downtown Manhattan Heliport are not allowed to fly over land, flights originating from the other NYC airports do not have such a restriction.

12. Commuter flights to and from the West 30th Street Heliport and East 34th Street Heliport, tours from heliports outside of NYC, and NYPD flights frequently fly over NYC land.

13. There were an estimated 8,848 flights that went over New York City land or water during the team's analysis month of May 2023.

14. To perform more detailed analysis, we categorized flights into "tour", "non-tour", and "NYPD" flights. Tour flights are those that begin and end in the same heliport. Non-tour flights are those that begin and end in different heliports. Lastly, NYPD helicopters are marked as NYPD flights. Note that the data and flight categorizations are not perfect, but are useful for a general understanding of the situation.

**Tour Flight Behavior**

15. The most frequent flight type was a sightseeing tour from the Downtown Manhattan Heliport. There were an estimated 1,929 tours from Downtown Manhattan, constituting 22% of all the flights over NYC land or water. Second most frequent was 1,398 tour flights from Kearny, NJ.

16. Tour flights represented the overwhelming majority of flights from the Downtown Manhattan heliport—the only Manhattan Heliport that currently allows them. Consistent with restrictions, tours from the Downtown Manhattan heliport are required to remain over water, and essentially all follow variations on the same flight path—flying north over the Hudson River, and then returning south along the same path.

17. Tour flights from New Jersey airports, by contrast, are not subject to the same flight path restrictions, and so frequently fly over land. In particular, tour flights from New Jersey habitually flew over popular tourist destinations in Manhattan, such as Central Park. In May 2023, the number of tour flights originating in Downtown Manhattan (1,929) and those originating in New Jersey (1,868) were comparable, however, the Downtown Manhattan tours generated only 250 noise complaints to New York City's 311 service, while the New Jersey tours generated 764 such complaints.

18. In general, tour flight activity was centered on Manhattan. Furthermore, tour flights generally travelled directly to their Manhattan destinations without detour.

19. I understand that the Plaintiffs argue that Garden City is on the "flight approach" to both JFK and La Guardia airports. However, Garden City does not lie between either JFK or LGA and Manhattan, but approximately ten miles east of either airport—the opposite direction from Manhattan. Thus, if helicopter tours of Manhattan are displaced to depart from

5

Case 2:25-cv-04682-NGG-LGD   Document 27   Filed 02/27/26   Page 6 of 7 PageID #: 298

either JFK or La Guardia, and those flights follow the general operational conventions of other tour flights from non-Manhattan origins in our dataset, those flights would be expected to choose flight paths as directly to their Manhattan destinations as possible. Thus, they would not be expected to appear near or over Garden City, which lies in the opposite direction from their destination.

**Airport Shuttle Helicopter Flights**

20. Another category of flights analyzed by the data team was the hundreds of flights that ferried passengers between Manhattan's heliports and regional airports. In fact, the route with the greatest number of 311 complaints in the May 2023 dataset was the shuttle helicopter route between JFK Airport to the West 30th Street Heliport. The 649 such shuttle flights generated 501 noise complaints to 311, both the highest absolute number for any origin-destination pair, and also the highest number of complaints per flight of any route. This route would not, of course, be affected by Local Law 64, because the West 30th Street Heliport is not covered by the legislation, as it is under the control of the Hudson River Park Trust, an instrument of New York State.

21. The East 34th Street Heliport, by contrast, is covered by Local Law 64. So, it is instructive to consider that more than half of the 469 flights in the dataset from East 34th Street were shuttles to the region's major airports. 159 flights ferried passengers from East 34th Street to JFK airport, and 92 to New Jersey's Teterboro airport.

22. It would make little sense to assume that short-hop flights from Manhattan to the airports would be displaced to depart from the airports, as the Plaintiffs seem to suggest. That said, flights between East 34th Street and JFK Airport are a known quantity and allow us to evaluate the claim that flights to and from JFK necessarily fly over Garden City. At least in the May 2023 dataset, it was clear that not a single flight between JFK and E 34th Street crossed Garden

6

City, and it would make little sense for them to do so. As with the tour flights discussed above, Garden City would take a shuttle passenger many miles in the wrong direction from their airport destination.

**Conclusion**

23. The claim that Garden City is "directly under the flight path of helicopter approach to JFK and LaGuardia Airports" does not comport with the extensive analysis by the City Council of a portion of genuine historical flight track data. Instead, the Data Team found that the categories of flights that represent the large majority of flights from the covered heliports would be unlikely to traverse Garden City even if they were displaced to the airports.

24. In the data considered by the Council Data Team, flight approaches to JFK and La Guardia airports rarely traversed Garden City. In particular, the categories of flights most likely to be affected by Local Law 64 from Downtown Manhattan (tours) and East 34th Street (airport shuttles) would be the least likely to traverse Garden City.

25. For that reason, I submit this affirmation in support of the City's Motion to Dismiss the complaint.

Dated:   New York, New York
         February 27, 2026

/s/ *Alaa Moussawi*
ALAA MOUSSAWI