

#### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**AIMEE K. LULICH**
Assistant Corporation Counsel
alulich@law.nyc.gov

April 8, 2026

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eastern Region Helicopter Council et al. v. City of New York.*
25-CV-04682-LGD

Your Honor:

Defendant City of New York ("the City"), by and through undersigned counsel, respectfully requests an extension of time to file its reply in further support of the motion to dismiss the complaint in the above-captioned matter. Plaintiffs consent to this request.

Under the current schedule, the City's Reply is due April 10, 2026. The City respectfully requests a two-week enlargement of time, until April 24, 2026, to file the Reply. It is not anticipated that this request will impact any other deadlines in this matter.

For the foregoing reasons, the City respectfully requests that the Court grant this extension. We thank the Court for its consideration of this request.

Respectfully submitted,

/S
Aimee Lulich
Senior Counsel

cc:   Attorneys of record (By ECF)