UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,                                                          25-CV-4682 (NGG)

                                                        Plaintiffs,

                  -against-                                          **CERTIFICATION**

THE CITY OF NEW YORK,

                                                        Defendant.
-------------------------------------------------------------------------- x

I, Aimee K. Lulich, hereby certifies that the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint complies with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York Rule 7.1(c), regarding the length of a Memorandum of Law.

Excluding the caption, table of contents, table of authorities, the signature block and any required certificates, the Memorandum of Law in Support of Defendants' Motion to Dismiss contains **7,788 words** as calculated by Microsoft Word.

Dated:          New York, NY
                February 27, 2026

                                         STEVEN BANKS
                                         Corporation Counsel of the City of New York
                                         100 Church Street
                                         New York, NY 10007
                                         *Attorney for Defendants*
                                         Tel: (212) 356-2369


                                 By:      /s/
                                         _____
                                         Aimee K. Lulich
                                         Assistant Corporation Counsel