COMMITTEE ON ECONOMIC DEVELOPMENT            1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

        Of the

COMMITTEE ON ECONOMIC DEVELOPMENT

------------------------ X

                    April 24, 2025
                    Start:  10:59 a.m.
                    Recess: 11:07 a.m.


HELD AT:          COUNCIL CHAMBERS - CITY HALL

B E F O R E:      Amanda Farías, Chairperson


COUNCIL MEMBERS:
                  Alexa Avilés
                  Erik D. Bottcher
                  Jennifer Gutiérrez
                  Kevin C. Riley
                  Rafael Salamanca, Jr.
                  Inna Vernikov

COMMITTEE ON ECONOMIC DEVELOPMENT                    2

SERGEANT-AT-ARMS: This is a microphone check on the Committee of Economic Development located in the Chambers recorded by James Marino on April 24, 2025.

SERGEANT-AT-ARMS: Good morning, good morning. Welcome to the New York City Council vote on the Committee on Economic Development.

At this time, please silence all electronics and do not approach the dais.

Chair, you may begin.

CHAIRPERSON FARÍAS: [GAVEL] Good morning, and welcome to this meeting of the New York City Council's Committee on Economic Development. I am Majority Leader Amanda Farías, Chair of the Committee on Economic Development. I'd like to begin by thanking the Members of the Committee that are present today, acknowledging Council Members Riley, Salamanca, Avilés, and Vernikov. I'd also like to welcome the members of the public who have joined us in the gallery. If you would like to express any support for any of the items today, you may use the silent approval gesture.

Today, we will be voting on six pieces of legislation. Proposed Introduction Number 860-A,

COMMITTEE ON ECONOMIC DEVELOPMENT                                3

sponsored by Council Member Avilés, would establish an annual community hiring report submitted to the Council and the Mayor and posted on the New York City Economic Development Corporation's website. This report will include performance metrics for goals established for community hiring programs and a performance assessment reflecting the prior fiscal year, and a description of best efforts by leases, developers, or other parties to transactions covered by a community hiring program when there is a failure to meet such hiring goals.

Proposed Introduction Number 861-A, also sponsored by Council Member Avilés, will alter the terms of the contract between the City and the EDC by requiring the EDC to include in its annual report certain details regarding any commitments by an organization to provide community benefits to residents of a neighborhood affected by the EDC project.

Resolution number 85-A, sponsored by Council Member Gennaro, calls on the New York State Legislature to pass and the Governor to sign A2583, which would establish a noise tax on non-essential

COMMITTEE ON ECONOMIC DEVELOPMENT                    4

helicopter and seaplane flights in cities with a population of one million or more.

Resolution 226-A, sponsored by Council Member Gale Brewer, calls on the New York State Legislature to pass and the Governor to sign A6311 and S7381, which would prohibit certain non-essential flight operations at municipal heliports and Hudson River Park.

Resolution 233-A, also sponsored by Council Member Brewer, calls upon the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and charter helicopter flights over New York City.

Lastly is proposed Introduction Number 26-A, which I introduced. This legislation would prohibit non-essential helicopter flights that do not meet certain federal noise standards from taking off or landing at City-run heliports. This bill would also require that prior to the ban taking effect, the Council and the Mayor receive reports on the percentage of helicopter flights landing and leaving City-run heliports that do not meet such noise standards.

COMMITTEE ON ECONOMIC DEVELOPMENT                          5

I want to take a minute to discuss my bill before turning the microphone over to Council Member Avilés for her opening remarks.

By voting in favor of this legislation, we are taking a significant step towards helping communities that have been negatively impacted by helicopter flights over the past decades, particularly by their excessive noise. I believe my bill starts the ball rolling towards policy that will help New York City create a quieter and safer airspace. Over the last three years in the Council chairing this Committee, we've held oversight hearings looking at the regulatory measures in place to address the negative impacts made by helicopter flights and the lack of reporting transparency from helicopter vendors to the Economic Development Corporation. What we saw was a lack of transparency, a disregard to New Yorkers' complaints and the impacts made on them, and no tangible results, contract after contract, to right those wrongs or even address them. I have taken this role as Chair as a privilege, and despite coming from a borough where this issue is not prevalent, it is an issue for a majority of New York City. I worked tirelessly over

COMMITTEE ON ECONOMIC DEVELOPMENT                    6

the years with advocates, aviation stakeholders and experts, the Economic Development Corporation, my Council Committee Staff, and so many others to find ways where we can begin regulatory measures and forthcoming reporting to forge a pathway for us as a City to lead in the right direction. While this is step one, I'm here for the long haul. I'm fighting for all New Yorkers. Right after this vote, I will be holding a press conference in City Hall Park with Stop the Chop New York, New Jersey, who have been longtime advocates for reducing helicopter noise, particularly for non-essential helicopter flights.

Finally, I would like to thank the Economic Development team here at the council, Senior Counsel Alex Paulenoff, Senior Policy Analyst William Hongach, Counsel Luke Hamill, and Finance Analyst Glenn Martelloni for all their hard work preparing for this hearing. Additionally, I would like to thank Deputy Director of the Governmental Affairs Division Rachel Cordero for her stewardship of proposed Intro. 26-A. And lastly, I'd like to thank my Chief-of-Staff Rebecca Nieves, who has been critical in navigating partners in the aviation sector for my office.

COMMITTEE ON ECONOMIC DEVELOPMENT                              7

I will now turn it over to my colleague, Council Member Avilés, to say a few words about her bills.

COUNCIL MEMBER AVILÉS: Thank you so much, Majority Leader. I'd like to thank the Committee for hearing Intro. 860 and 861. Both of these bills get at the heart of challenges faced by my community when economic development projects led by our City are dropped on us without care, consideration, or involvement. Both bills are about transparency and accountability, and I'm delighted that we will be able to vote on them today. And I would just like to note that as we vote on these items, these items specifically came from community members, from their care and concern and watching how government has been working over the years. I want to take a moment to specifically thank them for their advocacy, for their stewardship of our community, and for keeping a very watchful eye and calling for transparency and accountability, so I'd like to thank Jesse Solomon of SBIDC, John Santori of Community Board 7, Greg Morris and Stephanie Birmingham from the New York City Employment and Training Coalition, Evelyn Ortiz from Opportunities for a Better Tomorrow, Andrea Benyola

COMMITTEE ON ECONOMIC DEVELOPMENT                         8

and Justin Collins from Workforce Professionals, many residents, many advocates and activists, and I just want to thank all of them. And I'd like to thank you, Majority Leader Farias, for recognizing the importance of these pieces of legislation and to the Speaker for their work and to the Committee. Thank you.

CHAIRPERSON FARÍAS: Thank you. I'll now ask the Clerk to call the roll.

COMMITTEE CLERK WILLIAM MARTIN: Good morning. William Martin, Committee Clerk. Roll call vote, Committee on Economic Development. All items are coupled. Chair Farías.

CHAIRPERSON FARÍAS: I proudly vote aye.

COMMITTEE CLERK WILLIAM MARTIN: Salamanca.

COMMITTEE CLERK WILLIAM MARTIN: Aye on all.

COMMITTEE CLERK WILLIAM MARTIN: Riley.

COUNCIL MEMBER RILEY: Aye.

COMMITTEE CLERK WILLIAM MARTIN: Avilés.

COUNCIL MEMBER AVILÉS: Aye on all.

COMMITTEE CLERK WILLIAM MARTIN: Bottcher.

COUNCIL MEMBER BOTTCHER: Aye.

COMMITTEE ON ECONOMIC DEVELOPMENT                    9

COMMITTEE CLERK WILLIAM MARTIN: Gutiérrez.

COUNCIL MEMBER GUTIÉRREZ: Aye.

COMMITTEE CLERK WILLIAM MARTIN: Vernikov.

COUNCIL MEMBER VERNIKOV: Aye on all except no on Intro. 26, Resolutions 85, 226, and 233. Thank you.

COMMITTEE CLERK WILLIAM MARTIN: Thank you. All items have been adopted with a vote of seven in the affirmative, zero in the negative, and no abstentions with Introductions 26-A, Resolution 85-A, Resolution 226-A and Resolution 233-A which are adopted by the Committee with six in the affirmative, one in the negative, and no abstentions. Madam Chair, that is a full Committee.

CHAIRPERSON FARÍAS: Thank you. Seeing no other business, I now adjourn this vote. [GAVEL]

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date    June 11, 2025