UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

                Plaintiffs,

        vs.

THE CITY OF NEW YORK,

                Defendant.

Civil Action No.  25-cv-04682
(NGG)

### DECLARATION OF JAMES M. CATTERSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, James M. Catterson, declare as follows:

1.      I am a member of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Plaintiffs Eastern Region Helicopter Council (hereinafter referred to as "ERHC") and Vertical Aviation International (hereinafter referred as to as "VAI") in the above-captioned action.[1]  I respectfully submit this affirmation in opposition to the Defendant the City of New York's (hereinafter referred to as the "City") motion to dismiss.

2.      Annexed hereto as **Exhibit A** is a true and correct copy of the transcript from the pre-motion conference hearing held on December 15, 2025, before the Hon. Nicholas Garaufis.

3.      Annexed hereto as **Exhibit B** is a true and correct copy of the transcript of the hearing before the Committee on Economic Development held on April 16, 2024, regarding Int. No. 0026-2024 (hereinafter referred to as "Int. No. 26"), Int. No. 702, Int. No. 273, and Res. No. 854 entitled "Oversight – Helicopter Noise and Safety."

---

[1] ERHC, VAI, and Plaintiff Victoria Seskin are hereinafter collectively referred to as "Plaintiffs."

4.      Annexed hereto as **Exhibit C** is a true and correct copy of the Committee Report circulated prior to the hearing before the Committee on Economic Development held on April 16, 2024.

5.      Annexed hereto as **Exhibit D** is a true and correct copy of the transcript of the hearing before the Committee on Economic Development held on April 24, 2025, regarding Int. No. 26-A.

6.      Annexed hereto as **Exhibit E** is a true and correct copy of the transcript of the Stated Meeting before the New York City Council held on April 24, 2025, voting to adopt Int. No. 26-A.

7.      Based on the foregoing, and the arguments contained in Plaintiffs' memorandum of law, Defendant's motion to dismiss should be denied in its entirety.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          March 27, 2026

                                              _____
                                              James M. Catterson

2