**Exhibit "C"**

Economic Development Committee Staff:
Alex Paulenoff, *Senior Legislative Counsel*
William Hongach, *Senior Policy Analyst*
Glenn Martelloni, *Financial Analyst*



# THE COUNCIL OF THE CITY OF NEW YORK

## BRIEFING PAPER AND COMMITTEE REPORT OF THE LEGISLATIVE DIVISION
*Andrea Vazquez, Director*
*Rachel Cordero, Deputy Director, Governmental Affairs Division*

## COMMITTEE ON ECONOMIC DEVELOPMENT
*Hon. Amanda Farías, Chair*

**April 16, 2024**

## OVERSIGHT: HELICOPTER NOISE AND SAFETY

| | |
|---|---|
| **Int. No. 26:** | By Council Members Farías, Louis, Restler, Gutiérrez, Hudson, Marte, Hanif, Yeger, Brewer, Holden and Avilés |
| **Title:** | A Local Law to amend the administrative code of the city of New York, in relation to restricting non-essential helicopter operations at city heliports to helicopters powered fully by electric engines |
| **Administrative Code:** | Adds § 22-827 |
| **Int. No. 27:** | By Council Members Farías, Louis, Restler, Gutiérrez, Hudson, Hanif, Holden and Avilés |

**Title:** A Local Law to amend the administrative code of the city of New York, in relation to monitoring helicopter noise

**Administrative Code:** Adds § 24-217.2

**Int. No. 70:** By Council Members Restler, Farías, Brewer, Hanif, Avilés, Hudson, Gutiérrez, Marte, Won, Abreu, Salaam and Holden (in conjunction with the Manhattan and Brooklyn Borough Presidents)

**Title:** A Local Law to amend the administrative code of the city of New York, in relation to prohibiting non-essential helicopters from operating at heliports owned or operated by the city

**Administrative Code:** Adds § 22-827

**Res. No. 85** By Council Members Gennaro, Farías, Brewer, Yeger, Louis and Holden

**Title:** Resolution calling on the New York State Legislature to pass, and the Governor to sign, A.7638-A/S.7216-A, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more.

**Res. No. 226** By Council Members Brewer, Holden and Avilés

**Title:** Resolution calling on the New York State Legislature to amend the Hudson River Park Trust Act by banning non-essential use of its heliport.

**Res. No. 233** By Council Members Brewer, Yeger, Hanif, Won and Holden (by request of the Manhattan and Brooklyn Borough Presidents)

2

**Title:**                                  Resolution calling upon the United States
                                            Federal Aviation Administration to ban all
                                            non-essential helicopter travel, including
                                            tourist and chartered helicopter flights over
                                            New York City.

3

## I.    INTRODUCTION

On April 16, 2024, the Committee on Economic Development, chaired by Majority Leader Amanda Farías, will hold an Oversight hearing entitled, "Helicopter Noise and Safety." In addition to the oversight topic, the Committee will hear several pieces of legislation: (i) Introduction Number 26 ("Int. No. 26") sponsored by Council Member Farías, in relation to restricting non-essential helicopter operations at city heliports to helicopters powered fully by electric engines; (ii) Introduction Number 27 ("Int. No. 27") sponsored by Council Member Farías, in relation to monitoring helicopter noise; (iii) Introduction Number 70 ("Int. No. 70"), sponsored by Council Member Restler, in relation to prohibiting non-essential helicopters from operating at heliports owned or operated by the city; (iv) Resolution Number 85 ("Res. No. 85") sponsored by Council Member Gennaro, calling on the New York State Legislature to pass, and the Governor to sign, A.7638-A/S.7216-A, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more; (v) Resolution Number 226 ("Res. No. 226"), sponsored by Council Member Brewer calling on the New York State Legislature to amend the Hudson River Park Trust Act by banning non-essential use of its heliport; and (vi) Resolution Number 233 ("Res. No. 233"), sponsored by Council member Brewer,  calling upon the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City.  The Committee seeks to hear testimony from the New York City Economic Development Corporation ("NYCEDC"), the New York City Department of Environment Protection ("DEP"), advocates and interested members of the public.

## II.    BACKGROUND

*New York City Economic Development Corporation*

4

NYCEDC is a not-for-profit corporation comprising 27 board members, which contracts with the City of New York to oversee and administer a variety of City-sponsored economic development programs. As a not-for-profit entity, NYCEDC is required to achieve a public objective in its corporate operations.[1] Operating under contract with the City, NYCEDC facilitates investments that aim to increase capacity, jobs and employment opportunity in NYC.[2] To carry out its economic development mission, NYCEDC invests in "major infrastructure upgrades, capital projects, and real estate development; manages City-owned properties . . . and works to enhance the City's legacy and emerging business sectors."[3] NYCEDC's portfolio spans a multitude of industries from manufacturing to entertainment to overseeing the operation of City heliports.

*Federal Aviation Administration*

The Federal Aviation Administration ("FAA") is the largest transportation agency in the United States and regulates all aspects of civil aviation, which includes the airspace over the City.[4] The federal government has exclusive jurisdiction over airspace within the United States and federal law preempts states from enacting legislation governing the use of airspace.[5] The Administrator of the FAA is charged with developing regulations for the use of airspace,[6] which are contained in the Federal Aviation Regulations ("FAR").[7] Part 135 of the FAR regulates

---

[1] *See* N.Y. NOT-FOR-PROFIT CORP. LAW § 201(b).

[2] *See* New York City Mayor's Management Report (September 2022) at 364, *available at* http://www1.nyc.gov/assets/operations/downloads/pdf/mmr2022/2022_mmr.pdf.

[3] *Id.*

[4] *See* Federal Aviation Administration, "Mission," *available at* www.faa.gov/about/mission

[5] 49 USC § 40103 entitled "Sovereignty and use of airspace," provides that "The United States Government has exclusive sovereignty of airspace of the United States."

[6] *Id.*

[7] Title 14 Code of Federal Regulations ("CFR").

commuter and on demand aircraft, which includes helicopters. The FAA also has exclusive authority over flight routes for helicopters and other aircraft over the City.[8]

The federal government "regulates aircraft and airspace pervasively,"[9] preempting regulation by state or local authorities including regulations "related to a price, route, or service of an air carrier."[10] However, there is a "proprietor exception" for state or local governments that operate an airport. This allows a state or municipal government to use "its proprietary powers and rights,"[11] so long as the exercise of that authority is "reasonable, nonarbitrary and non-discriminatory."[12]

*New York City Heliports*

There are three publicly-owned heliports in the City of New York that are available for public use: the East 34th Street Heliport, the West 30th Street Heliport and the Downtown Manhattan/Wall Street Heliport ("DMH"). There was a fourth public heliport at 60th Street, which the City closed in 1997.[13] The East 34th Street Heliport was closed to sightseeing flights in 1997 when the City evicted the former tenant of the heliport, National Helicopter,[14] and restricted operations to air taxi, general aviation, commuters and military flights.[15]

In 1999, then-Mayor Giuliani's administration conducted the City's first Heliport and Helicopter Master Plan Study ("HHMPS") to take a comprehensive look at the City's heliport

---

[8] *See* N.Y. City 311, "Noise From Helicopter," *available at* https://portal.311.nyc.gov/article/?kanumber=KA-02267

[9] *See, eg.* Nat'l Helicopter Corp. of Am. v. City of New York, 137 F.3d 81, 88 (2d Cir. 1998). ("Under the constitutional doctrine of preemption, states and localities are prohibited from enforcing laws and regulations that 'interfere with or are contrary to, the laws of congress.'").

[10] 49 USC § 41713(b)(1).

[11] 49 USC § 41713(b)(3).

[12] Nat'l Helicopter Corp. of Am. v. City of New York, 137 F.3d 81, 87 (2d Cir. N.Y. 1998).

[13] *See* Clifford Levy, *Giuliani Plans To Reduce Copter Flights,* N.Y. TIMES Apr. 30 1997 at B3.

[14] *See* Nat'l Helicopter Corp. of Am. v. City of N.Y., 137 F.3d 81 (2d Cir. 1998).

[15] *See* EAST 34TH STREET HELIPORT, AIRNAV.COM, http://www.airnav.com/airport/6N5 (last visited Nov. 22, 2022).

system.[16] The study analyzed the operations of the three Manhattan-based heliports to guide "policy and development decisions pertaining to the City's heliport system."[17] The HHMPS recommended that sightseeing flights be prohibited from City-owned heliports, but concluded that there was little the Giuliani administration could do at the time to achieve such a ban.[18] At the time, the New York State-owned West 30th Street Heliport was managed via contract with Air Pegasus of New York ("Air Pegasus"), a private tour operator, in effect until 2001;[19] and the DMH was managed by the Port Authority of NY & NJ ("PANY/NJ") under an agreement set to expire in 2005.[20]

**Locations of New York City Heliports**

1) Downtown Manhattan/Wall Street Heliport 2) East 34th Street Heliport 3) West 30th Street Heliport[21]

---

[16] *See* Press Release, Mayor's Press Office, Mayor Giuliani Releases Heliport Master Plan Study, (Sep. 27, 1999) *available at* http://www.nyc.gov/portal/site/nycgov/index.jsp?epi-content=GENERIC&wcproxyurl=http%253A%252F%252Fwww.nyc.gov%252Fhtml%252Fom%252Fhtml%252F99b%252Fpr377-99.html&beanID=2027100071&viewID=proxy_view_secondary.

[17] *Id.*

[18] *See id.*

[19] *See id.*

[20] *See id.*

[21] Map sourced from NYCTourist.com, *available at* http://www.nyctourist.com/heliports_helicopter_airport_transportation.htm

*West 30th Street Heliport*

The West 30th Street heliport is owned by New York State, with oversight by the Hudson River Park Trust (HRPT). In 1998, the State delegated the authority to manage the Hudson River Park to the HRPT for the "planning and development of the Hudson river park as a public park,"[22] and "to operate exclusively for purposes relating to the promotion of the health and social welfare of the people of the state."[23] As part of HRPT's formative statute, any heliport within the Hudson River Park could only be operated as a "non-tourist/non-recreation heliport for commercial and emergency transportation use."[24] An activist group known as the Friends of Hudson River Park (FOHRP) filed suit against the Trust, Air Pegasus, and another helicopter operator in 2007 to enforce the non-tourist/non-recreation terms of the Trust's formative statute.[25] The Trust and Air Pegasus ultimately settled with FOHRP, agreeing to, among other things, cease sightseeing flights at the West 30th Street Heliport by April 2010.[26]

*Downtown Manhattan Heliport & East 34th Street Heliport*

The DMH and East 34th Street heliports are both owned by the City and managed by the NYCEDC. The East 34th Street heliport contracts with operator Atlantic Aviation for corporate and charter flights,[27] while the DMH has been operated by Saker Aviation since 2008, with corporate, charter and sightseeing traffic.[28] Despite the Giuliani-era HHMPS advisory that once the West 30th Street Heliport closes, "the City should work with the Port Authority to ensure that

---

[22] N.Y. UNCONSOL. CH. 65, § 2(a)

[23] N.Y. UNCONSOL. CH. 65, § 2(g).

[24] N.Y. UNCONSOL. CH. 65, § 3(g)(v).

[25] *See* Press Release, Friends of Hudson River Park, Friends of Hudson River Park Announces Agreement on Ending Tourist Flights at 30th Street Heliport by April 2010. (Jun. 20, 2008) *available at* http://www.hudsonriverpark.org/assets/content/general/6.20.08-Heliport_Final_Release_June_20_2008.pdf

[26] *See id.*

[27] See Atlantic Aviation, "East 34th Street Heliport, NY (6N5)," https://www.atlanticaviation.com/location/6n5 (last visited Nov. 22, 2022)

[28] S*ee* Saker Aviation Services, "Downtown Manhattan Heliport," http://www.downtownmanhattanheliport.com/ (last visited Nov. 22, 2022)

the sightseeing traffic at this heliport does not shift to the Downtown Manhattan Heliport,"[29] nearly all sightseeing traffic has in fact moved to the DMH.

In April 2010, the NYCEDC released an updated New York City Helicopter Sightseeing Plan ("the 2010 Plan") to "mitigate the impact of helicopter tours on surrounding neighborhoods while maintaining the important industry."[30] The 2010 Plan eliminated so-called "short tour" flights, which lasted between four and eight minutes and represented between 15-20% of sightseeing flights at the time.[31] The 2010 Plan also eliminated sightseeing tours over Central Park, the Empire State Building and Brooklyn, and restricted all sightseeing tour operators to follow one of two routes designated by the FAA to "maximize[e] aircraft distances from the Brooklyn Bridge Park . . . [and] transit the Hudson at 1,500 feet or above thereby mitigating noise heard from lower altitude flights."[32]

In February of 2016, NYCEDC and the Helicopter Tourism and Jobs Council announced an agreement to reduce the number of flights from DMH by 50%, resulting in approximately 30,000 fewer flights per year.[33] As part of the agreement, NYCEDC and the DMH operators also agreed to share monthly reports on helicopter complaints with the Council. The types of flights currently flown out of the DMH include: (i) charter, tour, or sightseeing; (ii) government; (iii) commercial filming; (iv) news gathering; and (v) emergency flights, such as medical transport.[34]

---

[29] Mayor Giuliani Releases Heliport Master Plan Study, *supra* note 9.

[30] Press Release, New York City Economic Development Corporation, New York City Economic Development Corporation Releases New York City Sightseeing Plan (Apr. 30, 2010) *available at* https://us1.campaign-archive.com/?e=366aaabca4&u=1ea59591e8f61f1e32eec4bca&id=a4c61bde40 .

[31] *See id.*

[32] *Id.*

[33] *See* Press Release, NYCEDC, "NYCEDC And Helicopter Tourism & Jobs Council Announce New Measures to Reduce Helicopter Noise And Impacts Across New York City," (Feb. 1, 2016) *available at* https://edc.nyc/press-release/nycedc-and-helicopter-tourism-jobs-council-announce-new-measures-reduce-helicopter

[34] *See* N.Y. City 311, "Noise From Helicopter," *available at* https://portal.311.nyc.gov/article/?kanumber=KA-02267

In January of 2024, NYCEDC closed a *Request for Proposals* ("RFP") process for heliport operations at the DMH.[35] The selected operator would enter into a 5-year concession agreement to "operate, manage and maintain" the DMH with one five-year renewal option solely at the discretion of NYCEDC.[36] NYCEDC is to select the operator in spring of 2024 and at the time of this hearing, NYEDC was still evaluating RFP responses.[37]

*Helicopter Noise*

In 1972, Mayor John Lindsay enacted the New York City Noise Control Code ("Noise Code") making New York one of the first cities in the nation to adopt a comprehensive local law aimed at reducing noise pollution.[38] The pioneering law was intended to reduce ambient noise levels Citywide and set sound limits for a set of specific noise sources.[39] In 2005, the Council passed and then-Mayor Michael Bloomberg signed Local Law 113 of 2005, overhauling the Noise Code for the first time in over 30 years in order to update the Noise Code and make it reflective of modern acoustic technologies and standards.[40] The updated Noise Code took effect in 2007 and it is enforced by the DEP and the New York City Police Department ("NYPD").[41] The Code sets standards for what constitutes unreasonable and prohibited noise, and sets decibel limits for various specific noise sources.[42] The Code is enforced by DEP and NYPD agents who carry meter

---

[35] *See* NYCEDC, at https://edc.nyc/press-release/downtown-manhattan-heliport-to-transform-sustainable-transportation-local-deliveries
[36] *Id*
[37] *Id*.
[38] NR Kleinfield, New York Times, "New York Quiet? Never. Quieter? Maybe. Listen up.," available at http://www.tenant.net/Rights/Noise/noise4.html
[39]"The New York City Noise Control Code: Not with a Bang, but a Whisper," Fordham Urban Law Journal, 1972, Volume 1, Issue 3, Article 4, available at http://ir.lawnet.fordham.edu/cgi/viewcontent.cgi?article=1032&context=ulj
[40] *See id.*
[41] *See id.*
[42] *See id.* (Decibels are the universal system of sound measurement, abbreviated "dB").

devices capable of detecting sound pressures and displaying readings on a A-weighted decibel, or dB(A), sound level scale.[43]

**Table 1:**  The table below lists common noise sources and their sound levels. Note that sound levels vary depending on the distance between the noise source and the object receiving the sound, but the list below provides frequently heard sounds in the City and their approximate decibel levels based on common distances from the noise sources.[44]

| | |
|---|---|
| Whisper | 30 dB(A) |
| Normal Conversation/Laughter | 50 – 65 dB(A) |
| Vacuum Cleaner at 10 feet | 70 dB(A) |
| Washing Machine/Dishwasher | 78 dB(A) |
| Midtown Manhattan Traffic Noise | 70 – 85 dB(A) |
| Motorcycle | 88 dB(A) |
| Lawnmower | 85 – 90 dB(A) |
| Train | 100 dB(A) |
| Jackhammer/Power Saw | 110 dB(A) |
| Thunderclap | 120 dB(A) |
| Stereo/Boom Box | 110 – 120 dB(A) |
| Nearby Jet Takeoff | 130 dB(A) |

Some major noise sources covered by the Noise Code are motor vehicles and motorcycles, refuse collection vehicles, music from bars and restaurants, food vending vehicles, animal noises, residential noise and construction noise.[45] The sound level of helicopters frequently ranges from 80-102 dB.[46]

Despite the restrictions placed by the 2010 Plan, complaints from residents persist. Noise complaints due to helicopter activities, or any other source of noise, may be submitted to 3-1-1, which is the City's 24-hour phone number and website serving as a source of government

---

[43] *See id*, "Guide to New York City's Noise Code"

[44] New York City Department of Environmental Protection, "A Guide to New York City's Noise Code – Understanding the Most Common Souces of Noise in the City," (hereafter cited as "Guide to New York City's Noise Code" and available at http://www.nyc.gov/html/dep/pdf/noise_code_guide.pdf

[45] Office of the New York State Comptroller, "Noise in New York City Neighborhoods: Assessing Risk in Urban Noise Management," (January 2018), https://www.osc.state.ny.us/reports/health/noise-in-nyc.pdf

[46] Federal Aviation Administration, brochure on "Hearing and Noise in Aviation," available at https://www.faa.gov/pilots/safety/pilotsafetybrochures/media/hearing_brochure.pdf; *see also* Patrick Veillete, AviationWeek.com, "Managing Helicopter Noise," *available at* http://aviationweek.com/bca/managing-helicopter-noise.

information and non-emergency services. Helicopter-related noise complaints to New York City's 3-1-1 call center increased from 10,359 in 2020 to 25,821 in 2021 with a vast majority of the complaints coming from Manhattan.[47] During the past 5-years, 3-1-1 has experienced a *2,329% increase* in noise complaints related to helicopters.[48] In addition to noise complaints, there has been numerous helicopter related accidents over the years.

*Helicopter Incidents*

In April of 1997, a corporate helicopter taking off from a heliport on East 60th Street, crashed into the East River, killing one passenger and injuring three others.[49] Later that same year, a helicopter was forced to make an emergency landing after clipping a Manhattan building, resulting in damage to the helicopter's rotor. In 2007, a tour helicopter had to make an emergency landing in the Hudson River on its emergency pontoons.[50] In 2009, a helicopter operated by Liberty Helicopter Tours collided with a small private plane over the Hudson River resulting in the deaths of all nine individuals aboard both crafts making the incident one of the deadliest helicopter accidents in New York City history.[51] In October of 2011, a woman was killed and four others were injured when a tour helicopter crashed into the East River.[52] In June of 2013, a tour helicopter

---

[47] *See* Patrick McGeehan and Michael Gold, *As Helicopters Fill the Skies, New Yorkers Just Want Some Peace*, N.Y. TIMES, Oct. 28, 2021, *available at* https://www.nytimes.com/2021/10/21/nyregion/nyc-helicopter-noise-complaints.html

[48] *See* Gale Brewer, *Chop This Problem Down to Size,* N.Y. DAILY NEWS, May 5, 2022 *available at* https://www.nydailynews.com/opinion/ny-oped-chop-this-problem-down-to-size-20220505-vdq43wl4cbazjkapllajm274aq-story.html

[49] *See* Matthew Purdy, *Executive Dies and 3 are Hurt in An East River Copter Crash*, N.Y. TIMES, Apr. 16, 1997, *available at* https://www.nytimes.com/1997/04/16/nyregion/executive-dies-and-3-are-hurt-in-an-east-river-copter-crash.html

[50] *See* Manny Fernandez, *Copter Crashes in Hudson but No One is Hurt,* N.Y. TIMES, Jul. 8, 2007, *available at* https://www.nytimes.com/2007/07/08/nyregion/08chopper.html

[51] *See* Patrick McGeehan, *Collision Revives Debate Over Hudson Tours,* N.Y. TIMES, Aug. 10, 2009, *available a*https://www.nytimes.com/2009/08/11/nyregion/11copter.html

[52] *See* Richard Esposito, *et al.*, *New York Helicopter Crash: Woman On Birthday Tour Dies in East River*, ABC NEWS, Oct. 4, 2011, *available at* https://abcnews.go.com/US/york-helicopter-crash-woman-celebrating-birthday-family-dead/story?id=14666235

carrying a family of four and their pilot made an emergency landing in the Hudson River after the helicopter lost power.[53] In March of 2018, another helicopter operated by Liberty Helicopter Tours crashed in the East River resulting in the deaths of five passengers on board, however the pilot survived.[54] This accident was the third involving Liberty Helicopter since 2007 and since this incident, the FAA banned flights that use restraints in which passengers cannot easily free themselves.[55]

## III.    CONCLUSION

At this hearing, the Committee will hear what efforts the City has made to mitigate noise and safety issues regarding corporate, charter, and tour flights by helicopters in our airspace. The Committee will also discuss areas where federal or regional entities have jurisdiction over helicopter noise and safety regulations.    Finally, the Committee seeks comments from the Administration and public on the proposed legislation.

## IV.    LEGISLATIVE ANALYSIS

*Int. No. 26*

This bill would amend the administrative code of the City of New York by adding section 22-827. This new section would require the Department of Small Business Services to require the New York City Economic Development Corporation to prohibit all non-essential, non-electric helicopter operations at heliports owned or operated by the City. This bill would take effect 180 days after enactment.

*Int. No. 27*

---

[53] *See* Eric Anderson, *Helicopter Makes Emergency Landing in Hudson,* LONGISLAND.COM, Jun. 30, 2013 *available at* https://www.longisland.com/articles/06-30-13/helicopter-makes-emergency-landing-in-hudson.html
[54] *See* Matthew Haag and Al Baker, *East River Helicopter Crash Kills Five in New York, Pilot Survives,* N.Y. TIMES, Mar. 11, 2018 https://www.nytimes.com/2018/03/11/nyregion/new-york-city-helicopter-crash.html
[55] *See* Federal Aviation Administration, "Order 8900.4, Emergency Order of Prohibition Pertaining to 'Doors-Off' Flight Operations for Compensation or Hire" Jul. 8, 2019, *available at* https://www.faa.gov/documentLibrary/media/Order/FAA_Order_8900.4.pdf

This bill would amend the administrative code of the City of New York by adding section 24-217.2. This new section would require the Commissioner of DEP to identify the areas of the City that commonly experience helicopter noise and install sound level meters in those areas on top of city buildings, streetlights and, upon request of the owner, private buildings. The Commissioner of DEP would also be required to reassess the identified areas every two years. The data collected by the sound level meters would be reported on the DEP's website monthly. This bill would take effect immediately.

*Int. No. 70*

This bill would amend the administrative code of the City of New York by adding section 22-827. This new section would require the Department of Small Business Services to require the New York City Economic Development Corporation to prohibit all non-essential helicopter operations at heliports owned or operated by the City. This bill would take effect 180 days after enactment.

*Res. No. 85*

This resolution calls on the New York State Legislature to pass, and the Governor to sign, A.7638-A/S.7216-A, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more. According to numerous health publications, exposure to excessive noise produced by frequent overhead flights are associated with a number of health effects, including, but not limited to: (i) high blood pressure; (ii) neuroendocrinological issues; (iii) impaired psychological and cognitive functions; (iv) learned helplessness; (v) poorer long-term memory; and (iv) diminished reading comprehension.[56] Many national and municipal organizations, such as *Stop the Chop NY/NJ*, create public educational

---

[56] National Library of Medicine at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5437751/

campaigns on the dangers to health and the environment that can be caused by non-essential helicopter sightseeing tours and commuter flights that fly over our City.[57] In an effort to mitigate the impact of the non-essential commercial flights on public health and the environment, A.7638-A/.7216-A, seeks to amend the New York State Tax Law by establishing a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more. Under this new law the tax rate on such aircrafts would be fifty dollars per seat ticket, or two hundred dollars per flight, whichever is greater.[58] Additionally, flight operators who fail to pay this tax due to willful neglect would be subject to a penalty of four hundred percent of the total tax amount due. All funds collected under this new tax would be deposited in New York State's Environmental Protection Fund.[59]

*Res. No. 226*

This resolution calls on the New York State Legislature to amend the Hudson River Park Trust Act by banning non-essential use of its heliport. Hudson River Park is a 550-acre riverfront park and estuarine sanctuary spanning four miles along the west side of Manhattan, from the northern boundary of Battery Park City in Tribeca to W 59 St. in Hell's Kitchen.[60] Hudson River Park attracts over 17 million visits annually and offers numerous athletic and recreational activities including baseball, basketball, running, cycling and kayaking.[61] In addition to the creation of Hudson River Park, HRPA established a New York State public benefit corporation called the Hudson River Park Trust to continue the planning, construction, management and operation of the park.[62] Among Hudson River Park's management responsibilities is the operation of the frequently

---

[57] Stop The Chop NY/NJ at https://stopthechopnynj.org/mission/
[58] NYS Assembly at https://nyassembly.gov/leg/?bn=A07216&term=2023
[59] NYS Assembly at https://nyassembly.gov/leg/?bn=A07216&term=2023
[60] Hudson River Park at  https://hudsonriverpark.org/visit/plan-your-visit/
[61] Hudson River Park at  https://hudsonriverpark.org
[62] Hudson River Park at  https://hudsonriverpark.org

trafficked West 30th Street heliport.[63] Helicopter-related noise complaints to New York City's 3-1-1 increased from 10,359 in 2020 to 25,821 in 2021 with a vast majority of the complaints coming from Manhattan.[64] During the past 5-years, 3-1-1 has experienced a 2,329% increase in noise complaints related to helicopters.[65]

*Res. No. 233*

This resolution calls on the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City. Whereas, The federal government regulates airspace and the FAA is the entity that is charged with developing airspace regulations.[66] In an attempt to make the airspace over New York City safer, on September 2, 2009, the FAA announced new recommendations that would include new training programs for pilots, air-traffic controllers and tourist helicopter operators, set new mandatory speed limits for these vehicles, and require all pilots to tune into the same radio channel.[67] Despite these proposed safety measures, some public officials felt the recommendations did not go far enough, because air traffic controllers would still not be required to monitor aircraft below 1,000 feet.[68] In April 2010, the New York City Economic Development Corporation released a Helicopter Sightseeing Plan to address the problems presented by tourist helicopter flights operating on city-owned property. The Plan eliminated short tours, sightseeing tours over Central

---

[63]  Hudson River Park at  https://hudsonriverpark.org
[64] *See* Patrick McGeehan and Michael Gold, *As Helicopters Fill the Skies, New Yorkers Just Want Some Peace*, N.Y. TIMES, Oct. 28, 2021, *available at* https://www.nytimes.com/2021/10/21/nyregion/nyc-helicopter-noise-complaints.html
[65] *See* Gale Brewer, *Chop This Problem Down to Size,* N.Y. DAILY NEWS, May 5, 2022 *available at* https://www.nydailynews.com/opinion/ny-oped-chop-this-problem-down-to-size-20220505-vdq43wl4cbazjkapllajm274aq-story.html
[66]https://www.faa.gov/air_traffic/publications/atpubs/pham_html/chap1_section_2.html#:~:text=The%20navigable%20airspace%20is%20a,aircraft%20and%20its%20efficient%20use.
[67] FAA at https://www.faa.gov/newsroom/faa-moves-accelerate-air-traffic-controller-hiring-enhancing-college-training-program
[68] FAA at www.faa.gov

Park and the Empire State Building and sightseeing flights over Brooklyn and also improved

sightseeing tour routes.[69]

---

[69] Press Release, New York City Economic Development Corporation, New York City Economic Development Corporation Releases New York City Sightseeing Plan (Apr. 30, 2010) *available at* https://us1.campaign-archive.com/?e=366aaabca4&u=1ea59591e8f61f1e32eec4bca&id=a4c61bde40 .

Int. No. 26

By Council Members Farías, Louis, Restler, Gutiérrez, Hudson, Marte, Hanif, Yeger, Brewer, Holden and Avilés

A Local Law to amend the administrative code of the city of New York, in relation to restricting non-essential helicopter operations at city heliports to helicopters powered fully by electric engines

Be it enacted by the Council as follows:

Section 1. Subchapter 2 of chapter 8 of title 22 of the administrative code of the city of New York is amended by adding a new section 22-827 to read as follows:

§ 22-827 Heliport operations. a. Definitions. For the purposes of this section, the following terms have the following meanings:

Covered helicopters. The term "covered helicopter" means a rotary-wing aircraft powered by a combustion engine capable of vertical takeoff and landing. Such term does not include helicopters powered fully by electric engines.

Heliport. The term "heliport" means a designated land area used for helicopter operations and any appurtenant areas, including fueling facilities, terminal buildings and maintenance and repair facilities.

Non-essential flight. The term "non-essential flight" means any helicopter flight not conducted by or on behalf of (i) the United States armed forces, (ii) the fire department, (iii) emergency services, including any air ambulance, (iv) the police department or other law enforcement entity, or (v) a newsgathering organization.

Newsgathering organization. The term "newsgathering organization" means an organization or entity that gathers and reports the news by publishing, broadcasting, or cablecasting articles, commentaries, books, photographs, video, film, or audio by electronic, print, or digital media such as radio, television, newspapers, magazines, wire, books, and the internet.

b. The commissioner shall require any contracted entity operating, managing or otherwise responsible for a heliport on any property owned by the city of New York to prohibit covered helicopters from conducting non-essential flights to or from any city-owned heliport.

§ 3. This local law takes effect 180 days after enactment.

Session 13
LS # 12730
01/10/2024

Session 12
ARP
LS # 12730
11/2/2023

Int. No. 27

By Council Members Farías, Louis, Restler, Gutiérrez, Hudson, Hanif, Holden and Avilés

A Local Law to amend the administrative code of the city of New York, in relation to monitoring helicopter noise

Be it enacted by the Council as follows:

Section 1. Subchapter 2 of chapter 2 of title 24 of the administrative code of the city of New York is amended by adding a new section 24-217.2 to read as follows:

§ 24-217.2 Monitoring helicopter noise. a. Definitions. For the purposes of this section, the term "city building" means a building or structure that is (i) owned or leased by the city; and (ii) managed or operated by the city.

b. The commissioner shall identify areas of the city that commonly experience noise due to helicopters. Such identification shall be based on frequently used helicopter flight paths, helicopter routes recommended by the federal aviation administration, the locations of 311 helicopter noise complaints, and any other factors the commissioner deems appropriate. Within such areas, the commissioner shall:

1. Install a sound level meter of the roof of each city building;

2. In collaboration with the commissioner of transportation, install a sound level meter on the top of each street light; and

3. Install, free of charge, a sound level meter on the roof of any privately-owned building where the owner has requested such installation.

c. No less frequently than once every 2 years, the commissioner shall reassess the areas identified pursuant to subdivision b of this section and identify any new areas that frequently experience helicopter noise.

d. The sound level meters required pursuant to paragraphs 1 and 2 of subdivision b of this section shall be installed no later than 6 months after (i) the effective date of the local law that

20

added this section and (ii) any date that the commissioner identifies a new area pursuant to subdivision c of this section.

e. No later than 1 year after the effective date of the local law that added this section, and every month thereafter, the department shall post on its website a report of the decibel levels detected by each sound level meter installed pursuant to subdivision b of this section. The report shall include a separate row for each unique meter reading, reported at intervals of no greater than 5 seconds for each sound level meter, and such row shall include the following information set forth in separate columns:

1. The date and time at which the meter reading occurred;

2. A unique identification code corresponding to the sound level meter;

3. The latitude and longitude at which the meter reading occurred;

4. The altitude above sea level at which the meter reading occurred, as determined by global positioning systems technology; and

5. The decibel level detected.

§ 2. This local law takes effect immediately.

Session 13
LS # 13626
01/10/2024

Session 12
KLF
LS #13626
9/18/23

PAGE INTENTIONALLY LEFT BLANK

Int. No. 70

By Council Members Restler, Farías, Brewer, Hanif, Avilés, Hudson, Gutiérrez, Marte, Won, Abreu, Salaam and Holden (in conjunction with the Manhattan and Brooklyn Borough Presidents)

A Local Law to amend the administrative code of the city of New York, in relation to prohibiting non-essential helicopters from operating at heliports owned or operated by the city

Be it enacted by the Council as follows:

Section 1. Subchapter 2 of chapter 8 of title 22 of the administrative code of the city of New York is amended by adding a new section 22-827 to read as follows:

§ 22-827. Heliport operations. a. Definitions. For the purposes of this section, the following terms have the following meanings:

Covered helicopters. The term "covered helicopter" means a rotary-wing aircraft capable of vertical takeoff and landing. Such term does not include helicopters operated by or on behalf of (i) the United States armed forces, (ii) the fire department, (iii) emergency services, including any air ambulance, (iv) the police department or other law enforcement entity, or (v) a newsgathering organization.

Heliport. The term "heliport" means a designated land area used for helicopter operations and any appurtenant areas, including fueling facilities, terminal buildings and maintenance and repair facilities.

Newsgathering organization. The term "newsgathering organization" means an organization or entity that gathers and reports the news by publishing, broadcasting, or cablecasting articles, commentaries, books, photographs, video, film, or audio by electronic, print, or digital media such as radio, television, newspapers, magazines, wire, books, and the Internet.

b. The commissioner shall require any contracted entity operating, managing or otherwise responsible for a heliport on any property owned by the city of New York to prohibit any covered helicopter from taking off or landing at such heliport, except in an emergency.

§ 3. This local law takes effect 180 days after enactment.

Session 13
LS # 7048
1/19/2024

Session 12
ARP
LS # 7048
6/3/2022

Res. No. 85

Resolution calling on the New York State Legislature to pass, and the Governor to sign, A.7638-A/S.7216-A, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more.

By Council Members Gennaro, Farías, Brewer, Yeger, Louis and Holden

Whereas, There are thousands of commercial helicopter flights over New York City each month; and

Whereas, Helicopter-related noise complaints to New York City's 3-1-1 increased from 10,359 in 2020 to 25,821 in 2021 with a vast majority of the complaints coming from Manhattan; and

Whereas, Over the past five years, 3-1-1 has experienced a 2,329% increase in noise complaints related to helicopters; and

Whereas, According to numerous health publications, exposure to excessive noise produced by frequent overhead flights are associated with a number of health effects, including, but not limited to: (i) high blood pressure; (ii) neuroendocrinological issues; (iii) impaired psychological and cognitive functions; (iv) learned helplessness; (v) poorer long-term memory; and (iv) diminished reading comprehension; and

Whereas, Many national and municipal organizations, such as *Stop the Chop NY/NJ*, create public educational campaigns on the dangers to health and the environment that can be caused by non-essential helicopter sightseeing tours and commuter flights that fly over our City; and

Whereas, In an effort to mitigate the impact of the non-essential commercial flights on public health and the environment, A.7638-A, which was introduced by New York State Assemblymember Robert C. Carroll, and companion bill S.7216-A, which was introduced by New

25

York State Senator Kristen Gonzalez, seek to amend the New York State Tax Law by establishing a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more; and

Whereas, Pursuant to A.7638-A/S.7216-A, the tax rate on such aircrafts would be fifty dollars per seat ticket, or two hundred dollars per flight, whichever is greater; and

Whereas, Under A.7638-A/S.7216-A, flight operators who fail to pay this tax due to willful neglect would subject to a penalty of four hundred percent of the total tax amount due; and

Whereas, A.7638-A/S.7216-A, would mandate that all funds collected under this new tax be deposited in New York State's Environmental Protection Fund; and

Whereas, The New York State Senate passed S.7216 on June 8, 2023 and was delivered to the Assembly on the same day; and

Whereas, Enacting A.7638-A/S.7216-A would help reduce noise pollution from the plethora of non-essential aircrafts that affect the millions of residents in our great City; now, therefore, be it

Resolved, That the Council of the City of New York calls on the New York State Legislature to pass, and the Governor to sign, A.7638-A/S.7216-A, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more.

WJH
LS 15031
1/3/24

26

Res. No. 226

Resolution calling on the New York State Legislature to amend the Hudson River Park Trust Act by banning non-essential use of its heliport.

By Council Members Brewer, Holden and Avilés

Whereas, In 1998, the New York State legislature passed and then-Governor Pataki signed the Hudson River Park Act ("HRPA"), which formally designated parkland along the City's westside; and

Whereas, Hudson River Park is a 550-acre riverfront park and estuarine sanctuary spanning four miles along the west side of Manhattan, from the northern boundary of Battery Park City in Tribeca to W 59 St. in Hell's Kitchen; and

Whereas, Hudson River Park attracts over 17 million visits annually and offers numerous athletic and recreational activities including baseball, basketball, running, cycling and kayaking; and

Whereas, In addition to the creation of Hudson River Park, HRPA established a New York State public benefit corporation called the Hudson River Park Trust to continue the planning, construction, management and operation of the park; and

Whereas, Among Hudson River Park's management responsibilities is the operation of the frequently trafficked West 30th Street heliport; and

Whereas, Helicopter-related noise complaints to New York City's 3-1-1 increased from 10,359 in 2020 to 25,821 in 2021 with a vast majority of the complaints coming from Manhattan; and

Whereas, During the past 5 years, 3-1-1 has experienced a 2,329% increase in noise complaints related to helicopters; and

27

Whereas, New York City residents are exposed to noise and pollutants from over a thousand monthly helicopter flights; and

Whereas, According to the Natural Resources Defense Council's study "Needless Noise: The Negative Impacts of Helicopters Traffic in New York City and the Tri-State Region," exposure to frequent overhead flights are associated with a number of health effects in children, including high blood pressure, neuroendocrinological issues, impaired psychological and cognitive functions, learned helplessness, poorer long-term memory, and diminished reading comprehension; and

Whereas, Helicopters emit air pollutants such as particulate matter, nitrogen oxide and formaldehyde, which are known to cause asthma, cancer and other illnesses; and

Whereas, In addition to the health concerns there have been several notable helicopter related accidents over the City's airspace, raising congestion and safety issues; and

Whereas, In May of 2019, a charter helicopter crashed into the Hudson River while the pilot, who suffered a hand injury, was moving the aircraft from the fueling area to the customer section of the Hudson River Park's West 30th Street Heliport; and

Whereas, Parks and heliports, especially one that is heavily trafficked as the West 30th Street heliport, are not meant for co-location; now, therefore, be it

Resolved, That the Council of the City of New York calls on the New York State Legislature to amend the Hudson River Park Trust Act by banning non-essential use of its heliport.

Session 13
LS #9349
01/17/2024

Session 12
WJH
LS 9349
9/29/22

Res. No. 233

Resolution calling upon the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City.

By Council Members Brewer, Yeger, Hanif, Won and Holden (by request of the Manhattan and Brooklyn Borough Presidents)

Whereas, There are thousands of commercial helicopter flights over the City of New York each month; and

Whereas, There have been several notable accidents over the City's airspace, raising congestion and safety issues; and

Whereas, In May of 2019, a charter helicopter crashed into the Hudson River while the pilot, who suffered a hand injury, was moving the aircraft from the fueling area to the customer section of the West 30th Street Heliport; and

Whereas, A month later in June of 2019, a helicopter crashed on the roof of a building in Manhattan, killing the pilot who was the sole person in the aircraft; and

Whereas, Before these incidents, there were several other notable accidents over the City's airspace; and

Whereas, In April of 1997, a corporate helicopter taking off from a heliport on East 60th Street, crashed into the East River, killing one passenger and injuring three others; and

Whereas, Later that same year, a helicopter was forced to make an emergency landing after clipping a Manhattan building, resulting in damage to the helicopter's rotor; and

Whereas, In 2007, a tour helicopter had to make an emergency landing in the Hudson River on its emergency pontoons; and

Whereas, On August 8, 2009, a helicopter operated by Liberty Helicopter Tours collided with a small private plane over the Hudson River resulting in the deaths of all nine individuals

29

aboard both crafts making the incident one of the deadliest helicopter accidents in New York City history; and

Whereas, In October of 2011, a woman was killed and four others were injured when a tour helicopter crashed into the East River; and

Whereas, In June of 2013, a tour helicopter carrying a family of four and their pilot made an emergency landing in the Hudson River after the helicopter lost power; and

Whereas, In March of 2018, another helicopter operated by Liberty Helicopter Tours crashed in the East River resulting in the deaths of five passengers on board, however the pilot survived; and

Whereas, This accident was the third involving Liberty Helicopter since 2007 and since this incident, the United States Federal Aviation Administration ("FAA") banned flights that use restraints in which passengers cannot easily free themselves ; and

Whereas, These accidents are reminders of the dangers associated with helicopters in an urban setting; and

Whereas, According to the Natural Resources Defense Council's 1999 study "Needless Noise: The Negative Impacts of Helicopter Traffic in New York City and the Tri-State Region," exposure to frequent overhead flights are associated with a number of health effects in children, including high blood pressure, neuroendocrinological issues, impaired psychological and cognitive functions, learned helplessness, poorer long-term memory, and diminished reading comprehension; and

Whereas, Helicopters emit air pollutants such as particulate matter, nitrogen oxide, and formaldehyde, which are known to cause asthma, cancer and other illnesses; and

Whereas, The federal government regulates airspace and the FAA is the entity that is charged with developing airspace regulations; and

Whereas, In an attempt to make the airspace over New York City safer, on September 2, 2009, the FAA announced new recommendations that would include new training programs for pilots, air-traffic controllers, and tourist helicopter operators, set new mandatory speed limits for these vehicles and require all pilots to tune into the same radio channel; and

Whereas, Despite these proposed safety measures, some public officials felt the recommendations did not go far enough, because air traffic controllers would still not be required to monitor aircraft below 1,000 feet; and

Whereas, In April 2010, the New York City Economic Development Corporation ("EDC") released a Helicopter Sightseeing Plan (the Plan) to address the problems presented by tourist helicopter flights operating on city-owned property; and

Whereas, The Plan eliminated short tours, sightseeing tours over Central Park and the Empire State Building and sightseeing flights over Brooklyn; and

Whereas, The Plan also improved sightseeing tour routes and added an enhanced 3-1-1 protocol directing helicopter complaints to 3-1-1 representatives for input, improving EDC's ability to track complaints and allowing the agency to report data on noise complaints more effectively; and

Whereas, Helicopter-related noise complaints to New York City's 3-1-1 increased from 10,359 in 2020 to 25,821 in 2021 with a vast majority of the complaints coming from Manhattan; and

Whereas, During the past 5-years, 3-1-1 has experienced a 2,329% increase in noise complaints related to helicopters; and

31

Whereas, However, the airspace above New York City remains dangerous for these types of vehicles; and

Whereas, A great deal of public outcry for relief from harms caused by helicopter tours in New York City still exists, including from a wide range of public officials; now, therefore, be it

Resolved, That the Council of the City of New York calls upon the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City.

Session 13
LS #282
01/17/2024

Session 12
WJH
LS 282
8/8/2022