**<u>Exhibit "E"</u>**

NEW YORK CITY COUNCIL STATED MEETING          1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            of the

      STATED MEETING

------------------------ X

                    Thursday, April 24, 2025
                    Start:   2:44 p.m.
                    Recess:  4:18 p.m.


HELD AT:          Council Chambers - City Hall

B E F O R E:      *The Majority Leader (Council
                  Member Amanda Farías) presiding as
                  the Acting President Pro Tempore*

COUNCIL MEMBERS:

 Adrienne E. Adams, *Speaker*
 Joann Ariola
 Alexa Avilés
 Diana I. Ayala
 Chris Banks
 Erik D. Bottcher
 Justin L. Brannan
 Gale A. Brewer
 Selvena N. Brooks-Powers
 Tiffany Cabán
 David M. Carr
 Carmen N. De La Rosa
 Eric Dinowitz
 Amanda Farías
 Simcha Felder
 Oswald Feliz
 James F. Gennaro
 Jennifer Gutiérrez

2

NEW YORK CITY COUNCIL STATED MEETING

COUNCIL MEMBERS (CONTINUED)

Shahana K. Hanif
Kamillah Hanks
Robert F. Holden
Crystal Hudson
Rita C. Joseph
Shekar Krishnan
Linda Lee
Farah N. Louis
Kristy Marmorato
Christopher Marte
Darlene Mealy
Julie Menin
Francisco P. Moya
Mercedes Narcisse
Sandy Nurse
Chi A. Ossé
Vickie Paladino
Keith Powers
Lincoln Restler
Kevin C. Riley
Carlina Rivera
Yusef Salaam
Rafael Salamanca,Jr
Pierina Ana Sanchez
Lynn C. Schulman
Althea V. Stevens
Sandra Ung
Inna Vernikov
Nantasha M. Williams
Julie Won
Susan Zhuang

3

NEW YORK CITY COUNCIL STATED MEETING

A P P E A R A N C E S

INVOCATION - Delivered by: Reverend Patrick J.
Keating, Deputy CEO of Catholic Charities
Brooklyn and Queens, CEO of Catholic Migration
Services, located at 310 Prospect Park West,
Brooklyn, NY 11215

NEW YORK CITY COUNCIL STATED MEETING          4

SERGEANT POLITE: Testing one, two, today is April 24, 2025. Today's Stated Meeting is being held in the Chambers and recorded by Keith Polite.

SERGEANT AT ARMS: Quiet on the floor, please! Quiet on the floor, please! Council Members, please take your seats!

Ladies and gentleman, at this time please place all electronic devices, all electronic devices to vibrate or silent mode.

Madam Majority Leader?

MAJORITY LEADER FARÍAS: Good afternoon and welcome to the Stated Meeting of April 24, 2025. I am Majority Leader Amanda Farías, and I would like to thank you for joining us. If you would like to follow along, the agenda for today's meeting is posted on our website.

On behalf of the body, I welcome the members of the public who have joined us here today. During Stated Meetings, only members of the Council may speak. Members of the public shall remain silent. If you wish to express support of any remarks, you may make the silent approval gesture.

I want to remind my colleagues that decorum is to be respected at all times. Insulting each other is

NEW YORK CITY COUNCIL STATED MEETING          5

not appropriate, all remarks are to be addressed to the Chair, and members shall not speak unless recognized by the Chair. It is essential that even if we disagree, we treat each other with respect.

CITY CLERK: Please join us for the Pledge of Allegiance.

SERGEANT AT ARMS: All rise!

ALL: [PLEDGE OF ALLEGIANCE]

MAJORITY LEADER FARÍAS: Roll call?

CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Present

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: (NO RESPONSE)

CLERK: Council Member Ayala?

DEPUTY SPEAKER AYALA: Here

CLERK: Council Member Banks?

COUNCIL MEMBER BANKS: Present

CLERK: Council Member Bottcher?

COUNCIL MEMBER BOTTCHER: (NO RESPONSE)

CLERK: Council Member Brannan?

COUNCIL MEMBER BRANNAN: Here

CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Here

CLERK: Council Member Brooks-Powers?

NEW YORK CITY COUNCIL STATED MEETING          6

MAJORITY WHIP BROOKS-POWERS: (NO RESPONSE)

CLERK: Council Member Cabán?

COUNCIL MEMBER CABÁN: Present

CLERK: Council Member Carr?

COUNCIL MEMBER CARR: (ABSENT)

CLERK: Council Member De La Rosa?

COUNCIL MEMBER DE LA ROSA: Here

CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: Here

COMMITTEE COUNSEL: Council Member Felder?

COUNCIL MEMBER FELDER: (UN-MIC'D) Here

CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: (NO RESPONSE)

CLERK: Council Member Gennaro?

COUNCIL MEMBER GENNARO: (NO RESPONSE)

CLERK: Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: Here

CLERK: Thank you.

Council Member Hanif?

COUNCIL MEMBER HANIF: Here

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: (MEDICAL)

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Presenté

NEW YORK CITY COUNCIL STATED MEETING                    7

CLERK: Thank you.

Council Member Holden?

COUNCIL MEMBER HOLDEN: Here

CLERK: Council Member Hudson?

COUNCIL MEMBER HUDSON: Present

CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: (NO RESPONSE)

CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Here

CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Here

CLERK:   Council Member Louis?

COUNCIL MEMBER LOUIS: Present

CLERK: Council Member Marmorato?

COUNCIL MEMBER MARMORATO: Present

CLERK: Council Member Marte?

COUNCIL MEMBER MARTE: Present

CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: (NO RESPONSE)

CLERK: Council Member Menin?

COUNCIL MEMBER MENIN: Here

CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: Here

CLERK: Council Member Narcisse?

NEW YORK CITY COUNCIL STATED MEETING          8

COUNCIL MEMBER NARCISSE: Present

CLERK: Council Member Nurse?

COUNCIL MEMBER NURSE: (UN-MIC'D) Here

CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: Present

CLERK: Council Member Paladino?

MINORITY WHIP PALADINO: (NO RESPONSE)

CLERK: Council Member Powers?

COUNCIL MEMBER POWERS: Here, and I want to recognize that my friend, State Assembly Member, Kalman Yeger, is in the house as well, in the back.

CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Here

CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Present

CLERK: Council Member Rivera?

COUNCIL MEMBER RIVERA: Present

CLERK: Council Member Salaam?

COUNCIL MEMBER SALAAM: Present

CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Present

CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: (NO RESPONSE)

CLERK: Council Member Schulman?

NEW YORK CITY COUNCIL STATED MEETING          9

COUNCIL MEMBER SCHULMAN: Here

CLERK: Council Member Stevens?

COUNCIL MEMBER STEVENS: Here

CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Present

CLERK: Council Member Vernikov?

COUNCIL MEMBER VERNIKOV: (NO RESPONSE)

CLERK: Council Member Brooks-Powers?

MAJORITY WHIP BROOKS-POWERS: (UN-MIC'D) Present

CLERK: Council Member Paladino?

MINORITY WHIP PALADINO: (UN-MIC'D) Present

(INAUDIBLE)

CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: Present

CLERK: Council Member Won?

COUNCIL MEMBER WON: Present

CLERK: Council Member Zhuang?

COUNCIL MEMBER ZHUANG: (NO RESPONSE)

CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: Here

CLERK: Council Member Ariola?

MINORITY LEADER ARIOLA: Present

CLERK: Council Member Farías?

MAJORITY LEADER FARÍAS: (NO RESPONSE)

NEW YORK CITY COUNCIL STATED MEETING          10

CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: Here.

CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: (INAUDIBLE) is here, I'm sorry.

CLERK: Thank you, Council Member Sanchez.

CLERK: Council Member Farías?

MAJORITY LEADER FARÍAS: Present

CLERK: Speaker Adams?

SPEAKER ADAMS: Present

MAJORITY LEADER FARÍAS: Thank you, we will now have today's Invocation which will be delivered by Reverend Patrick J. Keating, Deputy CEO of Catholic Charities Brooklyn and Queens, CEO of Catholic Migration Services, which is located at 310 Prospect Park West in Brooklyn.

SERGEANT AT ARMS: All rise!

REVEREND KEATING: Almighty God, we pray that you send your blessing upon the members of the City Council. We pray also for the dedicated staff for this illustrious chamber and all in government. We pray for your protection upon the brave and dedicated women and men of the NYPD, the FDNY, and all first responders. We pray for all civil servants and those

NEW YORK CITY COUNCIL STATED MEETING                11

who partner with the City, especially so with service providers. And we also pray for all New Yorkers who strive to make our city a better place for all people.

During the Octave of Easter, a time when Christians remember the central mystery of our faith, namely the resurrection, we pray that the joy of this season might remind each of us to be concerned with the needs and to treat our sisters and brothers with mercy, love, and compassion. We pray that all people of goodwill strive for the common good as we each do what we can to uplift one another.

We are mindful of the passing of his holiness, Pope Francis, on Easter Monday. The Holy Father graced the city of New York with a papal visit in 2015. A visit in which he focused on the 25th chapter of Saint Matthew's Gospel, reminding all of us of the need to feed the hungry, the need to care for the sick, the need to welcome the stranger, and the need to accompany those who feel abandoned and may be on the periphery of society.

For more than a 125 years, Catholic Charities of Brooklyn and Queens, along with many other not for profits in the city of New York, have strived to feed

NEW YORK CITY COUNCIL STATED MEETING          12

the hungry, to care for the sick, to help the vulnerable, as well as to give hope to our neighbors. We are mindful that we can only succeed by working together, especially with our partners in government.

We pray that this council continue to deliberate and focus their efforts to help and assist the most vulnerable forgotten in our city.

Throughout his ministry, Pope Francis reminded the world that every single person has value and dignity. He called for the Jubilee Year of Hope, a time when our world, our nation, and our city needs hope. We pray that all of us be agents of hope, that we may treat one another with respect and dignity, that we may raise one another up in mutual concern and in the realization that we all call to help one another. Let us never forget that genuine kindness can truly change the world.

Lastly, we pray for those who are sick and those who have lost loved ones. May your compassion uplift their hearts to focus on the hope that comes from your divine providence. We ask this in all things through our Lord Jesus Christ, your son, in union with the holy spirit, God forever and ever. Amen.

(PAUSE)

NEW YORK CITY COUNCIL STATED MEETING        13

MAJORITY LEADER FARÍAS: Thank you, Reverand Keating. I would now ask Council Member Justin Brannan to spread the Invocation upon the record.

COUNCIL MEMBER BRANNAN: Thank you, Majority Leader.

Thank you, Reverend Keating, for your Invocation. The Very Reverend Patrick J. Keating is a devoted servant and leader of the Roman Catholic Diocese of Brooklyn. He served as Deputy CEO of Catholic Charities Brooklyn and Queens and CEO of the Catholic Migration Services.

Reverend Keating, you lead with compassion every day, and this council thanks you for it.

It's an honor to have the reverend with us today as we join the world in mourning the passing of Pope Francis, a spiritual giant, a relentless advocate for the poor, and moral compass for so many. Pope Francis reminded the world that faith and action means standing with the poor, the marginalized, and the forgotten. His legacy is one of humility, compassion, challenging the status quo, and speaking uncomfortable truths to power, and never losing sight of the dignity in every single human being.

NEW YORK CITY COUNCIL STATED MEETING                14

The legacy that Pope Francis leaves us is not just words, but a challenge to do better, to be better, for the least among us, for each other. It's not just about going to church on Sunday, it's about what you do and how you treat others during the rest of the week. Before you talk about your faith, show it to us and how you treat other people. May his memory be a blessing, and may we rise to meet the call he's left behind.

Madam Majority Leader, I thank once again, The Very Reverend Patrick J. Keating, and I make a motion for unanimous consent to spread the Invocation in full upon the Record.

MAJORITY LEADER FARÍAS: Thank you, we will now ask Council Member Susan Zhuang for the Adoption of the Minutes.

COUNCIL MEMBER ZHUANG: I make a motion that the Minutes of the Stated Meeting of April 10, 2025 be adopted as printed by.

MAJORITY LEADER FARÍAS: Messages and Papers from the Mayor?

CLERK: None.

MAJORITY LEADER FARÍAS: Communication From City, County, and Borough Offices?

NEW YORK CITY COUNCIL STATED MEETING          15

CLERK: M 120, Election of Simcha Felder, as the new Council Member of the 44th Councilmanic District.

SPEAKER ADAMS: Received, Ordered, Printed and Filed.

MAJORITY LEADER FARÍAS: Petitions and Communications?

CLERK: None.

MAJORITY LEADER FARÍAS: Land Use Call-ups?

CLERK: M 121.

SPEAKER ADAMS: Thank you. I now ask the Clerk take a roll call vote on today's Land Use Call-ups.

CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Aye

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Aye

CLERK: Council Member Ayala?

DEPUTY SPEAKER AYALA: Aye

CLERK: Council Member Banks?

COUNCIL MEMBER BANKS: Aye

CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: Aye

CLERK: Council Member Brannan?

COUNCIL MEMBER BRANNAN: Aye

NEW YORK CITY COUNCIL STATED MEETING          16

CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: (UN-MIC'D) Aye

CLERK: Council Member Brooks-Powers?

MAJORITY WHIP BROOKS-POWERS: Aye

CLERK: Council Member Cabán?

COUNCIL MEMBER CABÁN: Aye

CLERK: Council Member Carr?

COUNCIL MEMBER CARR: (ABSENT)

CLERK: Council Member De La Rosa?

COUNCIL MEMBER DE LA ROSA: Aye

CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: Aye

CLERK: Council Member Felder?

COUNCIL MEMBER FELDER: (UN-MIC'D) (INAUDIBLE)

CLERK: Thank you.

Council Member Feliz?

COUNCIL MEMBER FELIZ: (NO RESPONSE)

CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: (NO RESPONSE)

CLERK: Council Member Gennaro?

COUNCIL MEMBER GENNARO: Aye

CLERK: Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: Aye

CLERK: Thank you.

NEW YORK CITY COUNCIL STATED MEETING          17

Council Member Hanif?

COUNCIL MEMBER HANIF: Aye

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: (MEDICAL)

CLERK: Council Member Holden?

COUNCIL MEMBER HOLDEN: Aye

CLERK: Council Member Hudson?

COUNCIL MEMBER HUDSON: Aye

CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: Aye

CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Aye

CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Aye

CLERK: Council Member Louis?

COUNCIL MEMBER LOUIS: Madam Majority Leader, I ask for permission to vote on all items on today's Agenda?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER LOUIS: Thank you, aye on all.

CLERK: Thank you.

Council Member Marmorato?

COUNCIL MEMBER MARMORATO: Aye

CLERK: Council Member Marte?

NEW YORK CITY COUNCIL STATED MEETING                18

COUNCIL MEMBER MARTE: Aye

CLERK: Council Member Mealy?

UNKNOWN: (INAUDIBLE)

CLERK: Okay, thank you.

UNKNOWN: (INAUDIBLE)

CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: I vote aye on all.

CLERK: Thank you, sir, (INAUDIBLE) Land Use Call-ups.

Council Member Menin?

COUNCIL MEMBER MENIN: Aye

CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: I vote aye.

CLERK: Thank you.

Council Member Narcisse?

COUNCIL MEMBER NARCISSE: Madam Majority Leader, can I ask permission to vote on (INAUDIBLE) items today?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER NARCISSE: So I vote aye on all, thanks.

MAJORITY LEADER FARÍAS: Thank you.

CLERK: Thank you.

Council Member Nurse?

NEW YORK CITY COUNCIL STATED MEETING          19

COUNCIL MEMBER NURSE: (UN-MIC'D) Aye

CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: Aye

CLERK: Council Member Paladino?

MINORITY WHIP PALADINO: Aye

CLERK: Council Member Powers?

COUNCIL MEMBER POWERS: (UN-MIC'D) Aye

CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Aye

CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Aye

CLERK: Council Member Rivera?

COUNCIL MEMBER RIVERA: Aye

CLERK: Council Member Salaam?

COUNCIL MEMBER SALAAM: I vote aye.

CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Aye

CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: Aye

CLERK: Thank you.

Council Member Schulman?

COUNCIL MEMBER SCHULMAN: Aye

CLERK: Thank you.

Council Member Stevens?

NEW YORK CITY COUNCIL STATED MEETING                    20

COUNCIL MEMBER STEVENS: Aye

CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Aye

CLERK: Council Member Vernikov?

COUNCIL MEMBER VERNIKOV: (NO RESPONSE)

CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: I vote aye.

CLERK: Council Member Won?

COUNCIL MEMBER WON: Aye

CLERK: Council Member Zhuang?

COUNCIL MEMBER ZHUANG: Aye

CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: I vote no.

CLERK: Thank you.

Council Member Ariola?

MINORITY LEADER ARIOLA: I vote aye.

CLERK: Council Member Farías?

MAJORITY LEADER FARÍAS: I vote aye.

CLERK: Speaker Adams?

SPEAKER ADAMS: Aye

MAJORITY LEADER FARÍAS: Today's Land Use Call-ups are adopted by a vote of 46 in the affirmative, and 1 in the negative.

NEW YORK CITY COUNCIL STATED MEETING          21

We will now have Communication Speaker Adrienne Adams.

SPEAKER ADAMS: Thank you, Madam Majority Leader, and good afternoon everyone.

Before we begin, I want to acknowledge the senseless death of Excenia Mette, also known as "Zeenie" who was struck in the head by a stray bullet as she rushed outside of her apartment in Harlem to try to stop the violence she heard. Zeenie was a grandmother known throughout her neighborhood as a pillar of the community, and our heart breaks at the loss of life for this innocent bystander who wanted nothing more than to stop the violence.

We also lost Leony Salcedo-Chevalier, a worker at the Amazon Fulfillment Center in Staten Island. My prayers are with the family and friends as they grieve the loss of their loved one.

On Easter Sunday, three New Yorkers perished in a devastating house fire in Council Member Gennaro's district, and my heart is with the loved ones of those who perished and the survivors who are working to recover from the affects of the fire.

I also want to address the disturbing reports of the Trump administration essentially kidnapping a

NEW YORK CITY COUNCIL STATED MEETING          22

Bronx teenager, Merwil Gutierrez, and sending him to El Salvador — to which he has no connection —  even after acknowledging he was not the person they were looking for. His father is now left concerned about his son who he and his lawyers have indicated has no criminal history and no gang affiliations or ties. And as a mother and grandmother, I can only imagine the fear and anger his family is experiencing at this grave injustice.

This is yet another example of the Trump administration's extreme agenda that disregards The US Constitution's due process.

The Mayor claims that he supports due process and that his record on this is clear, but he hasn't said anything about this, and sadly none of us should be surprised. His behavior this week as a subsidiary of the Trump administration showed his willingness to spread misinformation that even contradicts the Supreme Court multiple times. His actions this week seem to demonstrate that he really is fulfilling his bargain with Donald Trump. That is why the Council is suing to stop the Mayor and his administration from implementing an unlawful executive order to give Donald Trump more power to carry out his extreme

NEW YORK CITY COUNCIL STATED MEETING                    23

agenda in our city. And the Mayor once again stood with Tom Homan this week, the architect of the disastrous family separation policy. In doing so, it is clear that the Mayor is holding up his end of the bargain by attempting to hand Rikers over to Trump. But even more, their press conference undermined their claim of the necessity to have an office for ICE because they *can* clearly collaborate on criminal enforcement without it. The only logical conclusion is that the plan is to violate the law by enacting civil immigration enforcement if given the keys to Rikers.

   The Mayor has placed his own personal interests ahead of the people of our city. The same due process that he says he supports applies to most people on Rikers Island. Allowing ICE on Rikers would undermine safety in our city; it would lead to more of the same constitutional violations that we're already seeing from the Trump administration, against New Yorkers and people across our city and nation. And when New Yorkers are afraid of cooperating with our city's own police and discouraged from reporting crime or seeking help, it makes everyone in our city less safe.

NEW YORK CITY COUNCIL STATED MEETING 24

The Council will continue to stand firm to protect the rights and safety of all New Yorkers against the Trump administration even if the Mayor will not.

Last Sunday marked the end of Passover. Our ancestors and their struggles and resilience shape who we are today. Passover provides us the opportunity to reflect on our history and instill these lessons in our children. I hope everyone who celebrated had a meaningful holiday.

Last Sunday was also Easter Sunday. Easter signifies hope and renewal, and I hope New Yorkers who celebrated were able to come together as a community to reflect on our shared values of compassion, unity, and resilience.

April 22 was Earth Day, which serves as an important call to action with urgency to protect our planet. We must continue our work to achieve a zero waste future and build upon our green infrastructure so that New York City can do its part to fight climate change.

Yesterday was Holocaust Remembrance Day, honoring the six million Jewish people who were killed during the Holocaust. We must continue our work to be

NEW YORK CITY COUNCIL STATED MEETING        25

vigilant against hate and work to preserve and teach our history so that it's never again repeated.

And looking ahead, April 30th is Denim Day, a day committed to supporting survivors of sexual violence and increasing public awareness about this important issue. It's a day of action where we show our collective solidarity for survivors around the world and recommit to supporting survivors with the trauma-informed care and recovery they need.

Next, please join me in welcoming a group of young adults from JCCA's Arches to Council Chambers! We're proud of you (APPLAUSE) and glad that you could join us today.

And I want to wish an early Happy Birthday, I believe she just left, to Council Member Mercedes Narcisse, whose birthday, and Council Member Chris Marte whose birthday is on the 26th. Happy Birthday.

(APPLAUSE)

Finally colleagues, please join me in welcoming Council Member Simcha Felder, back to the Council!

(APPLAUSE)

SPEAKER ADAMS: Congratulations, Council Member, and we look forward to our work together.

Now let's move on to our Stated Agenda.

NEW YORK CITY COUNCIL STATED MEETING          26

First, we'll vote on the following Land Use items, Brownsville NCP, an application by HPD to facilitate the development of deeply affordable housing on three parcels of vacant city-owned land in Council Member Nurse and Council Member Mealy's districts. All together, the three buildings will include 75 units with affordability ranging from 30 to 70% of the AMI.

Next, we will vote on the following Finance Items:

Introduction 1234-A, sponsored by Council Member Justin Brannan, require the Director of the Independent Budget Office to publish a report analyzing the Mayor's executive budget for the ensuing fiscal year no later than May 20th each year of each year as opposed to May 15th. Additionally, this bill would move the Council's public hearings on the Mayor's executive budget to between May 10th and May 31st.

Introduction 1219, sponsored by Deputy Speaker Diana Ayala, would establish the East Harlem 125th Street Business Improvement District.

Resolution 327, sponsored by Council Member Sandy Nurse, would call for passage of State Legislation to

NEW YORK CITY COUNCIL STATED MEETING          27

authorize the City to offer retroactive tax exemptions.

And Preconsidered Resolution, sponsored by Council Member Justin Brannan, to approve new designation and changes in the designation of certain organizations to receive funding in the Expense Budget.

Next, we'll vote on the following Home Rule, SLR 1, would authorize the City to discontinue the use of certain designated parkland within Flushing Meadows Corona Park, and dedicate an amount equal to or greater than the fair market value towards acquiring new parklands and or capital improvements of existing parklands with a minimum of 20 acres. This conditional - based on approval and development of a gaming facility along with commercial, retail, entertainment, recreational, and community facility uses.

Today, we'll also vote on the following pieces of legislation:

Resolution 598, sponsored by Council Member Carmen De La Rosa, calling on health care institutions to contract with industrial laundry companies that respect workers' legal rights and

NEW YORK CITY COUNCIL STATED MEETING 28

adhere to area standards for wages and benefits.

Thank you to our staff member Elizabeth Arzt.

A Preconsidered Introduction, sponsored by Lincoln Restler, would amend the New York City Charter to account for numbering changes in a previous law, and preserve the right of former public servants to communicate with city agencies or government offices as part of an appearance in a legal proceeding in front of another agency, office, or court. Thank you to our staff members Jayasri Ganapathy, Erica Cohen, and Rachel Cordero.

Next, we will vote on a pair of bills to combat deed theft and its predatory practices that stem from my 2024 State of the City:

Introduction 889-A, sponsored by Council Member Crystal Hudson, would require that the system maintained by the Department of Finance provide notification to interested parties of the recording of certain real estate instrument also notify the local council member it affects a property that has been held by the same party for thirty years.

Introduction 1086-A, sponsored by Council Member Nantasha Williams, would require the DOF to notify interested parties by email, text message, and postal

NEW YORK CITY COUNCIL STATED MEETING          29

mail when a deed or mortgage related document has

been recorded for the property in thirty days or

less.

Next, Introduction 860-A, sponsored by Council

Member Alexa Avilés, would require local development

corporations to report annually on community hiring

programs established to promote employment

opportunities for residents living in low income

communities during the prior fiscal year. The report

shall be posted on the New York City Economic

Development Corporation's website.

And Introduction 861-A, also sponsored by Council

Member Avilés, would alter the terms of the contract

between the City and EDC to require it to include

details regarding agreements between developers and a

nonprofit organization or person to provide community

benefits as part of a development project. Thank you

to our staff members Rachel Cordero and William

Hongach.

Next we will vote on legislation aimed at

increasing capacity of the City's stormwater system.

Resolution 144-A, sponsored by Council Member

Julie Menin, calls on the New York State

Environmental Facilities Corporation to remove

NEW YORK CITY COUNCIL STATED MEETING          30

restrictive barriers and uncap funds New York City can receive for water infrastructure upgrades. Thank you to our staff member Andrew Bourne.

Resolution 8, sponsored by Council Member Jim Gennaro, NYS Department of Health and NYS Environmental Facilities Corporation to fairly allocate grants and loans for lead service line replacement approved in the Federal Bipartisan Infrastructure Law and to remove all rules preventing NYC from receiving a fair share of this funding. Thank you to our staff members Ricky Chawla and Natasha Bynum.

Introduction 1150-A, also sponsored by Council Member Gennaro, would require the Department of Environmental Protection (DEP) to develop a comprehensive stormwater plan that recommends capacities at which the stormwater system should be able to convey rainfall. Additionally, this bill requires DEP to develop and maintain a dashboard that indicates the status of the comprehensive stormwater plan and of any projects recommended by the plan. Thank you to our staff members Andrew Bourne and Sierra Townsend.

NEW YORK CITY COUNCIL STATED MEETING          31

Next, we will vote on a package of legislation to regulate non-essential helicopter flights with a goal of mitigating noise pollution and its impacts on health and quality of life. During the past five years, there's been a 2,329% increase in noise complaints related to helicopters, as well as recent helicopter related incidents. Earlier this month we lost Sean Johnson when the helicopter he was piloting crashed into the Hudson River resulting in his death and the loss of a family of five.

Resolution 233-A, sponsored by Council Member Gale Brewer, Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City.

Resolution 226-A, also sponsored by Council Member Gale Brewer, calling on the New York State Legislature to pass, and the Governor to sign, A.6311/S.7381, which would prohibit certain non-essential flight operations at municipal heliports and Hudson River Park.

Resolution 85-A, Council Member Gennaro, calling on the New York State Legislature to pass, and the Governor to sign, A.5891/S.1140, which would

NEW YORK CITY COUNCIL STATED MEETING          32

establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more. Thank you to our staff member William Hongach.

And Introduction 26-A, sponsored by Majority Leader Amanda Farías, would prohibit helicopters that do not meet the most stringent FAA noise standards from operating for non-essential purposes out of the East 34th Street heliport and the Downtown Manhattan Wall Street heliport beginning at the end of 2029. Additionally, the bill would require EDC to report on the percentage of flights at these two heliports that do not currently meet the noise standards that will be enforced in 2029. Thank you our staff members Rachel Cordero, William Hongach, David Seitzer, and Alex Paulenoff.

Finally, we will vote on several bills aiming to improve resources and ensure protections for transgender, gender nonconforming, and nonbinary New Yorkers. These actions are even more critical, as the Trump administration continues to threaten the civil rights of trans and gender nonconforming people across the nation.

NEW YORK CITY COUNCIL STATED MEETING          33

Resolution 793, sponsored by Council Member Lynn Schulman, New York State Legislature to pass, and the Governor to sign, S.1633/A.2613, which would provide additional protections for the sensitive health information of patients, including information related to abortion or gender affirming care.

Resolution 781, also sponsored by Council Member Schulman, calling upon the New York State Legislature to introduce and pass, and the Governor to sign, legislation to prohibit out-of-state access to the New York State Prescription Monitoring Program's data for certain medications including abortion medications, hormone therapy, and puberty blockers.

Resolution 774, sponsored by Council Member Hudson, calling on the New York State Department of Health to implement regulations requiring hospitals in New York City to adhere to the World Professional Association for Transgender Health's Standards of Care 8, to ensure medical professionals can provide high-quality and ethical treatment for individuals with gender dysphoria.

Resolution 771, sponsored by Council Member Erik Bottcher, calling upon the New York State Governor to sign S.929/A.2141, which would extend protections

NEW YORK CITY COUNCIL STATED MEETING          34

over personal health information. Thank you to our staff member Christie Dwyer.

Introduction 246-A, sponsored by Council Member Hudson, would require social-service-providing agencies that directly or by contract collect demographic information via form documents from city residents seeking services to update forms, where practicable, to include "X" as an option when gender identify information is collected. Thank you to our staff members Jayasri Ganapathy, Erica Cohen, and Rachel Cordero.

Introduction 1204-A, sponsored by Council Member Chi Ossé, in relation to requiring the commissioner of health and mental hygiene to conduct an assessment and develop a health agenda regarding health inequities affecting transgender, gender nonconforming, and non-binary individuals when compared to cisgender individuals, and health inequities affecting intersex individuals. DOHMH would be required to develop a health agenda to address these inequities.

Introduction 1203-A, also sponsored by Council Member Ossé, would require the Mayor's Office of Immigrant Affairs (MOIA) to conduct an assessment of

NEW YORK CITY COUNCIL STATED MEETING        35

the available resources and any service gaps in the City for newly arrived migrants who are transgender, gender non-conforming, non-binary, and intersex.

Introduction 1201-A, sponsored by Council Member Shahana Hanif, would expand a person's private right of action for interference with reproductive or endocrine medical care to explicitly include all forms of gender affirming care. The bill would take effect immediately.

And Introduction 1200-A, sponsored by Council Member Tiffanny Cabán, this bill would require the Mayor's Office of Equity and Racial Justice (MOERJ) to provide publicly available information on the legal rights and resources available to transgender, gender nonconforming, non binary individuals. The bill would also require the City to submit a report on the public information provided and engage in a media campaign regarding this public information. Thank you to our staff members Julia Goldsmith-Pinkham, Christie Dwyer, and Sahar Moazami.

Thank you all for your attention, now I turn it back over to our Majority Leader.

MAJORITY LEADER FARÍAS: Thank you, Speaker Adams. We will now move into Discussion of General Orders,

NEW YORK CITY COUNCIL STATED MEETING          36

and I would like to first recognize Council Member Hanif, followed by Council Member Nurse, then Council Member Cabán.

COUNCIL MEMBER HANIF: Would you actually come back to me?

MAJORITY LEADER FARÍAS: Sure. Calling in Council Member Nurse.

COUNCIL MEMBER NURSE: Thank you, Majority Leader. I just wanted to share some words of support for the Brownsville NTP project that will bring 75 units of much needed affordable housing to Community Board 16. Fifty-five percent of CB 16 residents are rent-burdened and spend over 35% of their income on rent and are in desperate need of affordable housing options — 1735 Saint Mark's Avenue, the largest of the three buildings, will be in my district and will bring 39 affordable apartments below 70% of area medium income; 21% will be set aside for homeless families, and 50% will be set aside for families making below 60% of AMI. The three bedrooms will be affordable to a family of four with two parents making up to $54,000 each. These kinds of units are harder and harder to find, and I appreciate the Fifth Avenue Committee and HPD for responding to the

NEW YORK CITY COUNCIL STATED MEETING                37

community's desire to see more three bedroom projects in this district, which was also supported by a slight density bonus of five units from the City of Yes Zoning Text Change.

I want to also especially thank HPD, the team there, for really accommodating a number of changes, over communicating, and helping us achieve a very good project for this community. I ask for your support on this item today. Thank you, Majority Leader.

MAJORITY LEADER FARÍAS: Recognizing Council Member Cabán, followed by Council Member Avilés.

COUNCIL MEMBER MEALY: Yes, I would like to talk about the Brownsville...

MAJORITY LEADER FARÍAS: Council Member Mealy?

COUNCIL MEMBER MEALY: Oh?

MAJORITY LEADER FARÍAS: Have not recognized you yet, I recognized Council Member Cabán, thank you.

COUNCIL MEMBER MEALY: Go, Cabán.

(LAUGHTER)

COUNCIL MEMBER CABÁN: Thank you. (LAUGHS) Today, I am urging my colleagues to support and pass Intro 1200 and the entire bill package. It's a step towards

NEW YORK CITY COUNCIL STATED MEETING          38

liberation and justice for our transgender and gender nonconforming, nonbinary, and intersex neighbors.

At a time when the rights of trans people are under attack across the country, it is not enough for cities like ours simply to say, "We stand beside you". We must act and we must lead. The legislation is part of that effort, it mandates that the City create a resource hub and conduct a Know Your Rights campaign to make critical, life saving information readily available to the trans and gender nonconforming community. This includes information about their rights under the law, how to access gender affirming care, and where to find support from community organizations. It ensures that people know how to change their name and gender markers, and that they understand the protections that exist from hate crimes and discrimination.

This bill is about transparency, accessibility, and solidarity, but most importantly, it's about survival. We must be clear that the passage of this bill is not the finish line, it's just the start of what we must do.

The Trump administration's rollback of health care protections, the targeting of trans youth, and

NEW YORK CITY COUNCIL STATED MEETING          39

the attempts to erase trans people from public life are reminders that our work is just beginning. New York City must continue to be a national leader, not just in resisting harm, but in actively advancing the rights and safety of TGNCNBI people.

I want to thank the advocates and community leaders who fought to support this legislation, many of whom have spent years fighting for recognition and basic rights. We must uplift the leadership of TGNCNBI people at every level of government, so, thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Avilés, followed by Council Member Gennaro.

COUNCIL MEMBER AVILÉS: Thank you, Majority Leader.

I'm urging my colleagues to vote yes on two pieces of legislation, Intro 860 and 861. Both of these bills get to the heart of challenges faced by my community when economic development projects led by our city are dropped on us without care, consideration, or involvement.

Intro 860 will require entities that contract with the EDC to publish an annual report concerning community hiring. For years, we have heard all EDC

NEW YORK CITY COUNCIL STATED MEETING          40

make promises to our communities touting an

opportunity for significant economic and workforce

development opportunities and have yet to see so many

of those promises materialize, including the

thousands of jobs promised through the Made in New

York project.

Intro 860 will make transparent key measurements

around community hiring including performance metrics

for community hiring compared to previous fiscal

years and a description of efforts undertaken by the

contracted entity to employ community members.

Through this legislation, we will have an ability

to better monitor and understand how projects may

contribute to or extract from our local growth and

development.

Intro 861 will require EDC to include in its

annual report details regarding any community

benefits agreement entered into that is purported to

benefit residents impacted by an EDC project. In

order to advance these projects or spin a project

favorably in the press, EDC will often claim

community benefit gains that will result from a CBA,

often executed behind closed doors — at times between

NEW YORK CITY COUNCIL STATED MEETING                41

parties who have no sense of the needs of our community.

This legislation will allow our community to keep a watchful eye on how benefits roll out and how projects compare, and most importantly, point out where relationships with our local community can be more reciprocal.

We have also noted that CBAs vary widely across (TIMER CHIMES) community. This is an issue of equity. Thank you for your support.

MAJORITY LEADER FARÍAS: Recognizing Council Member Gennaro, followed by Council Member Hanif.

COUNCIL MEMBER GENNARO: Thank you, Madam Majority Leader.

Happy Earth Week, everyone. I want to talk about Intro 1130, and that's about storm sewers. This is a follow-up to Local Law 5 of 2008, which is the I authored, which is the City's first comprehensive stormwater management plan. That plan, we had storm sewer problems back then, and the idea of that that plan was to emphasize buyer retention and green roofs and treatment design, rain guards, blue belts just to sort of maximize the natural way to get rid of stormwater. Unfortunately, we're at a time now where

NEW YORK CITY COUNCIL STATED MEETING          42

that is not going to get it done. So we're going to do now that which we didn't do then, which is actually increase the capacity of the sewers.

Currently, the sewers are built to absorb about 1.75 inches of rain per hour, which was a pretty good standard once upon a time. That accounts for a five-year storm. But now five-year storms happen five times a year.

So last year we passed Local Law 124, the Inland Rainfall Risk Area Maps to make sure that we highlighted that DEP was gonna highlight where all the hotspots are in terms of flooding. And then this plan, which will play out over ten, just to get the plan together, is going to focus on those hotspots — make those priorities, figure out what kind of stormwater capacity we can actually put under the street — figure out how to pay for it, and then it's going play out over decades to actually get it in place,  because we have more than 7,000 miles of storm sewer mains. So buckle up, it's gonna be a long ride, but it's going to be a good one. At the end of the day, we're going to have a more sustainable flood-free city. Thank you very much.

NEW YORK CITY COUNCIL STATED MEETING          43

MAJORITY LEADER FARÍAS: Recognizing Council Member Hanif, followed by Council Member Vernikov, then Council Member Mealy.

COUNCIL MEMBER HANIF: Thank you. Today we are voting on my bill, Intro 1201, the Affirm Act.

I'd like to thank Brooklyn Borough President Reynoso and Council Members Bottcher, Rivera, Ossé, Restler, Hudson, and De La Rosa for introducing this bill with me, as well as Women and Gender Equity Chair Louis for moving it through the Committee and Speaker Adams for including it on today's Agenda.

I'm proud that this Council is stepping up to fight Donald Trump's trans erasure agenda. The Protect Trans Futures package is a bold suite of legislation that makes it loud and clear that trans and gender nonconforming people have rights here no matter who is in the White House.

As other jurisdictions pass anti-trans legislation, the Affirm Act creates safe harbor protections for those who access gender affirming care here in the five boroughs.

These patients will be shielded from lawsuits from anti-trans governments or entities that are filed on the basis of gender affirming care that is

NEW YORK CITY COUNCIL STATED MEETING                44

provided in New York City. If a suit is filed, it shall constitute interference, and the aggrieved patient will have the personal ability to countersue for damages and other costs under city law.

This bill protects gender affirming care and affirms our city's values as a bastion for TGNC rights. I urge my colleagues to vote yes.

I'd like to thank Alex Liao, Mus Lamia, Nishat Chowdhury, and Matt Malloy from my team, Johari Frasier, Julia Goldsmith-Pinkham, and Sahar Moazami, from the Legislative Division, and the incredible coalition of issue experts who got the Affirm Act to this point.

I'll close by saying that as important as this suite of legislation is, there is still much the City needs to do to further trans rights, including allocating and baselining the following funds in the FY26 budget: $10 million for the Trans Equity Initiative, $15 million for gender affirming care, and $10 million for LGBTQ youth housing. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Vernikov, followed by Council Member Mealy.

COUNCIL MEMBER VERNIKOV: Thank you. The package of bills and resolutions being pushed through today

NEW YORK CITY COUNCIL STATED MEETING                45

is riddled with language that will negatively affect the rights of parents to be involved in their children's medical decisions and encourage impressionable minors to make life altering irreversible choices about their body. Let me be clear, I am not here to judge how consenting adults choose to live their lives, but don't bring that agenda into our public schools, our libraries, and public spaces, and don't force it onto our children. We must protect minors from being coerced into life altering treatments, especially when they're too young to legally drink, drive, smoke, enlist in the military, or get a tattoo.

I'm particularly disturbed by Reso 774, which endorses the standard of an organization that supports the use of puberty blockers and hormone therapy for 14 year olds. That's not care. It's child abuse and experimentation on vulnerable minors.

Above all, we need to draw the line where this ideology begins to endanger women and girls. Biological males should not be competing in women's sports, period. They will always have an unfair physical advantage over biological women no matter how they identify. This is reckless, irresponsible,

NEW YORK CITY COUNCIL STATED MEETING                46

and will be detrimental to women and children. New Yorkers should be represented by a council that prioritizes solving real issues for the majority over virtue signaling for a vocal minority. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Mealy.

COUNCIL MEMBER MEALY: You're sure it's my turn? (LAUGHS)

(LAUGHTER)

MAJORITY LEADER FARÍAS: It is your turn.

COUNCIL MEMBER MEALY: I would just like to talk about the Brownsville NCP. I hope all my colleagues realize once you voted against me on a project in my district, they were able to go back and change some things that I have put in. We should always think about... this is city owned land that we can do a 100% affordability. So now that they've modified it, instead of 30 to seven, the AMI is now 40 to 60. I feel that area should stay 30 at least. And we have to think about it, this is city owned land. We have to remember your childrens' children's children would need to live somewhere, someday in this city. And if we do not make sure it's affordable, because a lot of my constituents ask, "Affordable, but affordable to

NEW YORK CITY COUNCIL STATED MEETING                47

who?" To this day, I do not know how much a three bedroom apartment in this project is in which I have asked for. So please know, once you start voting for projects that really do not help the community, some affordability? Imagine if we had a 100% affordability.

So I just hope that my colleagues could think about this for the future. We need affordable housing and a 100% affordability, especially when it's city owned, vacant land. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Hudson.

COUNCIL MEMBER HUDSON: Thank you so much.

Today we're voting on Introduction 246. This bill is part of a larger package introduced by members of the LGBTQIA+ Caucus and allies in the City Council aimed at strengthening protections for transgender, gender nonconforming, nonbinary, and intersex individuals across New York City.

Intro 246 requires city agencies to include an "X" gender option on certain forms and mandates annual reviews to ensure demographic data collection is inclusive of sexual orientation, gender identity, and pronouns. Eligible forms must be updated within

NEW YORK CITY COUNCIL STATED MEETING                48

five years, and others must be paired with a standardized anonymous survey.

I urge you all to pass Intro 246, along with the entire package of bills introduced by our colleagues and proactively work to protect our transgender, nonconforming, and nonbinary neighbors and push back against federal actions designed to disenfranchise our most vulnerable communities. Because we know that justice for our most marginalized neighbors is justice for all New Yorkers. Thank you.

MAJORITY LEADER FARÍAS: Thank you. I would like to take a moment to discuss my bill.

Today we're voting on legislation Intro 26-A, a major step forward in public safety, environmental equity, and responsible urban planning.

Intro 26 prohibits non-essential helicopter flights from operating out of city owned heliports unless they meet the most stringent FAA noise standards known as Stage 3.

These restrictions apply to luxury sightseeing and commuter flights which use the loudest most outdated aircrafts, and which overwhelmingly fly over neighborhoods like Lower Manhattan and Queens and in Brooklyn.

NEW YORK CITY COUNCIL STATED MEETING                49

And let's be clear, this is not about banning helicopters, it's about modernizing policy to meet the moment — a moment defined by urgent need to reduce emissions, protect public health, and modernize for safety.

This bill uses the power we have, our city contracts and heliport permits, our noise code and jurisdiction to raise the bar on safety and sustainability.

Intro 26 puts into law a clear plan for Stage 3 compliant helicopters to operate flights from our heliports. It also requires the Economic Development Corporation to begin tracking and reporting on how many flights currently exceed these standards so we can hold operators accountable starting now.

We're making it clear that clean air and quiet skies are not luxuries, they are necessities. This is climate policy, this is public health policy, and this is equity in action.

Thank you to my colleagues in the Council for supporting this legislation. I'd like to shoutout Council Members Brewer, Gennaro, and Powers and to all of the community leaders, environmental advocates

NEW YORK CITY COUNCIL STATED MEETING          50

and residents who have spoken out for years about the impacts of helicopter noise and pollution.

Special thanks to Stop the Chop NY/NJ who have championed this issue particularly from day one. And a last thank you to NYC EDC for their engagement throughout the entire process, and to Speaker Adams for your support and moving this legislation forward.

I urge my colleagues to vote yes to curbing noise pollution in New York City with Introduction 26.

And seeing no one else signed up to speak, Report of Special Committees?

CLERK: None.

MAJORITY LEADER FARÍAS: Report of Standing Committees?

CLERK: Report of the Committee on Economic Development, Intro 26-A, helicopter operations?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERKS: Introductions 860-A and 861-A, reporting requirements?

SPEAKER ADAMS: Amended and Coupled on General Orders.

NEW YORK CITY COUNCIL STATED MEETING          51

CLERK: Report of the Committee on Environmental Protection and Resiliency and Waterfronts Committee, Intro 1150-A, stormwater management?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Report of the Committee on Finance, Introductions 889-A and 1086-A, real estate instruments?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Introduction 1234-A, executive budget?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Preconsidered Resolution 849, Transparency Resolution?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Report of the Committee on Governmental Operations, State & Federal Legislation, Intro 249-A, collection of demographic information?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Preconsidered Introduction 1263-A, legal proceedings?

NEW YORK CITY COUNCIL STATED MEETING          52

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Preconsidered SLR 1, Flushing Meadows Corona Park?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Report of the Committee on Women and Gender Equity, Introductions 1200-A through 1204-A, support access for transgender, gender nonconforming, and non-binary people?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: General Order Calendar, LU 244 and Reso 856 through LU 246 and Reso 858, Brownsville NCP?

SPEAKER ADAMS: Coupled on General Orders.

I now ask that the Clerk take a roll call vote on all of the items coupled on today's General Order Calendar.

CLERK: Council Member Marte?

COUNCIL MEMBER MARTE: I vote aye on all, and I abstain from Preconsidered SLR 1.

CLERK: Thank you

Council Member Vernikov?

NEW YORK CITY COUNCIL STATED MEETING              53

COUNCIL MEMBER VERNIKOV: Thank you, I vote aye on all except no on Introduction 26-A, 1200-A, 1201-A, 1203-A, 1204-A, and 246-A, thank you.

COMMITTEE COUNSEL: Thank you.

Council Member Abreu?

COUNCIL MEMBER ABREU: Aye

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER AVILÉS: I just want to first, thank so many important folks that helped to shape the introductions on today's Agenda that are rooted in community and advocacy.

And I'd like to thank Jesse Solomon, John Santoy, Greg Morris, Stephanie Birmingham, Evelyn Ortiz, and Andrea Beniola, and Justin Collins. I'd also like to thank my Chief of Staff, Edward Cerna, my Deputy Chief of Staff, Christina Bottego, and Cate Byrne, our Legislative Fellow.

I'd also like to note that I'm very proud to stand with my colleagues today on to vote on all of the legislation that affirms, protects our TGNCNBI

NEW YORK CITY COUNCIL STATED MEETING          54

siblings. We see you, *we* love you, and we affirm you. I proudly vote aye.

CLERK: Thank you.

Council Member Ayala?

DEPUTY SPEAKER AYALA: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Yes.

DEPUTY SPEAKER AYALA: Thank you. I just wanted to chime in as well and say that I am the parent of four children, and two that I have raised who all went to public schools, and I have never had anyone of my children come home and tell me that they were being taught curriculum that encouraged them to be gay, trans, or anything else. I think that these curriculums are important, because they teach our children to be sensitive to the fact that we are all different, to be empathetic, and to be accepting. Because what I do hear from children, specifically children that are part of the LGBTQ+ community, is that they are often bullied and ridiculed and mistreated in our public school settings. So I think that legislation like the ones that we pass here in the Council take all of those things into consideration. But I want to demystify the fact that,

NEW YORK CITY COUNCIL STATED MEETING                55

as a parent of public school students, I have never ever, ever heard from my children — or anyone else's children — that they have been taught to become gay or to ,you know, behave in any such fashion. And with that, I vote aye.

CLERK: Council Member Banks?

COUNCIL MEMBER BANKS: Aye on all.

CLERK: Council Member Bottcher?

COUNCIL MEMBER BOTTCHER: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission to explain my vote?

COUNCIL MEMBER BOTTCHER: Look, it wasn't that long ago that gays and lesbians were widely considered to be predators who were trying to recruit kids. And we've made a tremendous amount of progress on gay and lesbian rights. I was born a year before homosexuality was decriminalized in New York State. We've come a long way. But one of the reasons we've been able to come a long way is because people know... people got to know us as we came out. People knew us in their lives as their relative, as their coworker. And they knew that that wasn't true. That

NEW YORK CITY COUNCIL STATED MEETING          56

we weren't those terrible things that were being depicted.

The challenge with trans rights is that they're so much fewer in number that so few people know trans people in their lives. If they did, they would know that they're just people trying to live their lives, trying to take care of themselves and their families. They're not going out trying to recruit other people. It's a vicious, vicious stereotype.

And look, folks don't choose to be trans no more than folks choose to be gay. My life would have been a lot easier. I'd probably be working in my father's fly fishing shop. I'd probably be drinking a Miller Lite on a porch somewhere right now. But no, I didn't have a choice. I am who I am. They are who they are. Let's continue to pass legislation that safeguards their rights. It's not complicated. I'm proud that's what we're doing in the body today.

MAJORITY LEADER FARÍAS: Your vote, Council Member?

COUNCIL MEMBER BOTTCHER: Aye on all.

CLERK: Thank you.

Council Member Brannan?

COUNCIL MEMBER BRANNAN: Aye on all.

NEW YORK CITY COUNCIL STATED MEETING                57

CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Aye on all. We just need more support in the schools for everything that teaches people what humanity is, thank you.

CLERK: Council Member Brooks-Powers?

MAJORITY WHIP BROOKS-POWERS: I vote aye on all, congratulations to my colleagues passing bills today.

CLERK: Council Member Cabán?

COUNCIL MEMBER CABÁN: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER CABÁN: Thank you.

I will always support the transgender community. I will not back down because the Trump administration wants to set them up as scapegoats. I'm not going roll over as members of our community are villainized and demonized for who they are. I'm going to defend our transgender and gender nonconforming neighbors at all costs.

And I'm not defending an "ideology", I'm defending lives. Standing up to Trump and continuing to provide life saving health care is what would actually protect young people. The idea that taking away health care is to protect children is false.

NEW YORK CITY COUNCIL STATED MEETING          58

The best way to protect young people is to continue to give them access to the care that they need. In fact, every major medical association in America supports access to gender affirming care at all ages. Countless studies show that gender affirming medical interventions were associated with lower odds of depression and suicidality.

So when the Trump administration and others say that they are trying to "help children", they're lying. They're trying to scapegoat a small population and take away their access to life saving medical care. The people sounding the alarm on this are mostly brave adult parents who fear for their children's health and safety because life saving care is being taken away from them.

And to debunk other myths, gender affirming health care has a less than 1% regret rate. And for context, knee replacements have an up to 20% regret rate.

Families and children are having life saving care taken away, and that's horrible and traumatic. So I stand very proudly to say aye on that package, aye on all, except for SLR 1 on which I abstain. Thank you.

NEW YORK CITY COUNCIL STATED MEETING                59

CLERK: Thank you.

Council Member Carr?

COUNCIL MEMBER CARR: (ABSENT)

CLERK: Council Member De La Rosa?

COUNCIL MEMBER DE LA ROSA: I want to vote aye on all, proudly, and also thank my colleagues who today have had to be vulnerable in sharing their realities in order to teach us to be less ignorant, thank you.

CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: Aye on all.

CLERK: Council Member Felder?

COUNCIL MEMBER FELDER: (UN-MIC'D) I abstain on all.

CLERK: Thank you, Council Member.

Council Member Feliz?

COUNCIL MEMBER FELIZ: I vote aye on all. And I want to congratulate everyone passing bills today. Great work.

CLERK: Thank you.

Council Member Gennaro?

COUNCIL MEMBER GENNARO: I vote aye, and I wish to be associated with the remarks of Council Member Bottcher.

CLERK: Council Member Gutiérrez?

NEW YORK CITY COUNCIL STATED MEETING          60

COUNCIL MEMBER GUTIÉRREZ: Aye, congrats.

CLERK: Thank you.

Council Member Hanif?

COUNCIL MEMBER HANIF: Aye on all.

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: (MEDICAL)

CLERK: Council Member Holden?

COUNCIL MEMBER HOLDEN: I vote aye on all except Intros 1201-A, 1203-A, 1204-A, and 246-A, which I vote no.

CLERK: Thank you.

Council Member Hudson?

COUNCIL MEMBER HUDSON: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER HUDSON: Thank you, and I'm going stand for this because this is deeply personal to me.

I want to share that my Director of Constituent Services and Community Impact is an incredibly smart, dynamic, compassionate, and hardworking employee of the New York City Council. She's also a proud Black, trans woman. Every day, she helps families navigate the foster care system. She plans community engagement events for some of our most vulnerable New

NEW YORK CITY COUNCIL STATED MEETING          61

Yorkers. She literally keeps elders in their homes, and these people don't care who is serving them just as long as they're being served. I say this with all of the love in my heart to those who could use a little bit more in theirs.

I welcome you to come to my office and tell my Director of Constituent Services and Community Impact that she doesn't matter, that her life is not worth living, that she is not deserving of the quality health care specific to her needs. Truly, I welcome you to come to my office and tell her that to her face. And with that, I vote aye on all. Thank you.

CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: I vote aye on all, and sending love and light to my trans siblings.

CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: We are an inclusive city, and that needs to be reflected in all of our services from health care to public education. I am proud to stand with our LGBTQ+ communities and trans New Yorkers. I vote aye on all.

CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Aye on all. And congrats to all of my colleagues today.

NEW YORK CITY COUNCIL STATED MEETING                    62

CLERK: Council Member Marmorato?

COUNCIL MEMBER MARMORATO: I vote aye on all with the exception of 1201-A, 1203-A, 1204-A, and 246-A, I vote no.

CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: I vote aye on all, abstain Intro 246-A, 1201-A, 1203-A.

CLERK: Thank you.

Council Member Menin?

COUNCIL MEMBER MENIN: I vote aye on all, and congratulations to my colleagues on their bills.

CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: I vote aye.

CLERK: Thank you.

Council Member Nurse?

COUNCIL MEMBER NURSE: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER NURSE: I just wanted to clarify that the Brownsville NCP project is a 100% affordable. Everything is under market value. This is public information that all members and millions of New Yorkers have access to.

NEW YORK CITY COUNCIL STATED MEETING                 63

So again, just want to thank everybody who worked on this project in good faith.

I vote on all except for I abstain on Preconsidered Resolution SLR 1. Thank you.

CLERK: Thank you.

Council Member Ossé?

COUNCIL MEMBER OSSÉ: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER OSSÉ: I'll keep it brief, but I'm proud to vote on this package of bills today that will simply save lives. I certainly stand with the trans community, and I personally have not met one trans person who has caused harm to children or anyone for that matter.

I have met a person who has brought a firearm to a college campus. I have met a person who threatens people's lives on Twitter often. And I have met a person who's taken a bite out of a cop's arm.

So none of them are trans. They're simply city council members. So, aye on all.

CLERK: Council Member Paladino?

MINORITY WHIP PALADINO: Perfect one to follow this, wouldn't you say? Wouldn't you say?

NEW YORK CITY COUNCIL STATED MEETING                    64

Okay, which one am I? How dare you. Don't you ever.

MAJORITY LEADER FARÍAS: Your comments should be directed to the chair, Council Members. As a friendly reminder comments... (CROSS-TALK)

MINORITY WHIP PALADINO: Let's... Let's... Let's...

MAJORITY LEADER FARÍAS: are to be directed to the chair... (CROSS-TALK)

COUNCIL MEMBER PALADINO: Let's point that in the right direction. This is absolutely unbelievable. First off, the division here is abominable. I want to credit my colleague, Erik, in the way in which he conducted his statement. It was eloquent, it was the truth, and you spoke beautifully. So, thank you, Erik, for that.

When hostility meets hostility, we have a problem here. And why do you think these problems continue? It's because we cannot seem to find a middle ground or balance. With that being said, to keep attacking somebody for their beliefs, one way or the other, just does not work. So how dare you, how dare you? You're getting your laughs (INAUDIBLE)...

NEW YORK CITY COUNCIL STATED MEETING            65

MAJORITY LEADER FARÍAS: Council Member, you're out of order...

COUNCIL MEMBER PALADINO: You know, every time you laugh...

MAJORITY LEADER FARÍAS: you have direct your comments to the chair.

COUNCIL MEMBER PALADINO: Okay, you got it. No worries.

I am going to vote no 1200, 1201, 1203, 1204, and 246. And I vote aye on the rest. This is not personal, this is just the way it is. Okay, thank you very much. Enough is enough.

CLERK: Council Member Powers?

COUNCIL MEMBER POWERS: I vote aye.

CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER RESTLER: I'll just say, it's more important than ever that we stand up and fight with and for the trans community in our city. And I'm deeply proud that the City Council is leading, and I'm proud to support this package, and I'm proud to vote aye on all today. Thank you.

NEW YORK CITY COUNCIL STATED MEETING                66

CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Aye

CLERK: Council Member Rivera?

COUNCIL MEMBER RIVERA: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER RIVERA: I just, you know, I... the facts are that our trans community is marginalized, disproportionately attacked, and targeted. And I do believe it is up to us to stand with them and do what we can to support members of the LGBTQ community, the queer community. So I just want to thank my colleagues for their comments, for this legislation, and for continuing to bring this up. I think it's so important. I want to align myself with so many of the colleagues, uh, my colleagues' comments today, Avilés, Ayala, Bottcher, De La Rosa, Hudson, all say, so many of you, thank you.

And with that, I proudly vote aye on all.

CLERK: Council Member Salaam

COUNCIL MEMBER SALAAM: Aye on all.

CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Aye on all.

CLERK: Council Member Sanchez?

NEW YORK CITY COUNCIL STATED MEETING                    67

COUNCIL MEMBER SANCHEZ: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER SANCHEZ: Thank you, Madam Majority Leader.

I just want to congratulate my colleagues on the Affirm Act and also associate myself with all of the affirming comments, made by Council Member Cabán, Council Member Bottcher, and Council Member Hudson— especially yours, as my former Deputy Chief of Staff for Policy and Communications, is a wonderfully brilliant, gender nonconforming person who made excellent policy for New York City during my first three years in office, who matters, and who is someone who is helping other New Yorkers and promoting justice.

With that, I just want to enthusiastically vote aye on all, with the exception of SLR 1, on which I abstain. Thank you

CLERK: Thank you, Council Member.

Council Member Schulman?

COUNCIL MEMBER SCHULMAN: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

NEW YORK CITY COUNCIL STATED MEETING             68

COUNCIL MEMBER SCHULMAN: Thank you.

As a member of the LGBTQIA+ Caucus, I'm proud of this package of legislation and I vote aye on all.

CLERK: Thank you.

Council Member Stevens?

COUNCIL MEMBER STEVENS: Aye on all, and continue to stand and send love and light to all of my trans brothers and sisters.

CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Aye on all.

CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER WILLIAMS: Thank you.

As chair of the Civil and Human Rights Committee, I truly do believe that it is our duty to protect the rights of everyone in New York City, and so I'm really excited to vote on this package of bills.

I also just want to talk really briefly about another bill that is combating deed fraud. When a deed is recorded without a homeowner's knowledge, it's more than just an error, it's a bureaucratic failure that can cost someone their home.

NEW YORK CITY COUNCIL STATED MEETING          69

This legislation is a simple yet proactive step to clear the bureaucracy and hold the system accountable. This bill is a result of a close partnership with Brooklyn Legal Services Corporation A, who brought this issue forward and have represented countless clients, mostly low-income, working class, and Black and brown New Yorkers who own their home, who've been pushed towards foreclosure or legal hardship because they were not notified in time.

This bill closes the gap on a system that leaves homeowners vulnerable to fraud and injustice. Thank you, Speaker Adams, and my colleagues for your continued support on this important legislation. We are working to ensure that our government is transparent, accountable, and truly responsive to the needs of all the people it serves. And, with that, I vote aye on all.

CLERK: Council Member Won?

COUNCIL MEMBER WON: Aye on all.

CLERK: Council Member Zhuang?

COUNCIL MEMBER ZHUANG: Can I explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

NEW YORK CITY COUNCIL STATED MEETING          70

COUNCIL MEMBER ZHUANG: I want to first of all, I want to thank Council Member Bottcher who convinced me to vote, yes, today.

And I don't respect... We get elected to represent our communities. We get elected for protecting our communities. Our job is to protect our communities. Do not waste time talking about it. And remarks on what the other people look like, what the other people like, what the other people eat— that is not our job. Our job is here to represent our people, to make sure all of the peoples voices get heard. I will do everything possible to protect my community, and I don't believe someone that doesn't know a situation can judge me. And also that's not what the City Council is about. We stand here to represent our 51 districts. We are not standing here to make fun of the other people.

I am proud to be elected to represent my community, and I am proud to stand here to vote with all of the people here. But I don't think you should act childishly in City Council. It's not what the City Council is about. Thank you.

MAJORITY LEADER FARÍAS: Council Member, your vote?

NEW YORK CITY COUNCIL STATED MEETING            71

COUNCIL MEMBER ZHUANG: Aye on all.

CLERK: Thank you.

Council Member Carr?

COUNCIL MEMBER CARR: (ABSENT)

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: (MEDICAL)

Council Member Ariola?

MINORITY LEADER ARIOLA: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

MINORITY LEADER ARIOLA: Thank you.

Majority leader, in the beginning of every session, you say that we need to have... be polite with each other and treat each other with respect, and that was not done today. And what was done was a member brought up indiscretions of other members instead of voting their conscience and what they believed on these bills. And that's petty and it's wrong. We should not be looking at and saying who Tweeted something, who did something in a moment of passion, and who did something that already was dismissed. What we should say is look at each one of our Twitter feeds and tell me if there is anyone without sin cast their first stone.

NEW YORK CITY COUNCIL STATED MEETING            72

And on that note, I will vote no on 1201-A, 1203-A, 1204-A, and 246-A, Home Rule SLR 1, and aye on all the rest. Thank you for the time.

CLERK: Council Member, SLR 1, I'm sorry, I missed that. SLR 1?

MAJORITY LEADER FARÍAS: Clarification, Minority Leader Ariola? SLR 1?

MINORITY LEADER ARIOLA: I'm a no.

CLERK: Thank you.

Council Member Farías?

MAJORITY LEADER FARÍAS: I vote aye on all, and I would like to be associated with the remarks of Council Members Rivera and Deputy Speaker Ayala.

CLERK: Speaker Adams?

SPEAKER ADAMS: I vote aye.

(PAUSE)

COUNCIL MEMBER MEALY: Madam Speaker, may I change my vote?

MAJORITY LEADER FARÍAS: You are granted permission to change your vote... (CROSS-TALK)

COUNCIL MEMBER MEALY: (INAUDIBLE)

MAJORITY LEADER FARÍAS: Yes.

COUNCIL MEMBER MEALY: SLR 1, I vote no.

NEW YORK CITY COUNCIL STATED MEETING          73

MAJORITY LEADER FARÍAS: Thank you, Council Member Mealy... (CROSS-TALK)

COUNCIL MEMBER MEALY: Thank you.

(PAUSE)

COUNCIL MEMBER BANKS: Aye on all...

MAJORITY LEADER FARÍAS: Yes, recognizing Council Member Banks, do you have a question or...

COUNCIL MEMBER BANKS: No, sorry about that (INAUDIBLE)...

MAJORITY LEADER FARÍAS: No problem. Sorry, folks... (CROSS-TALK)

COUNCIL MEMBER BANKS: I withdraw that...

MAJORITY LEADER FARÍAS: it's a lot to calculate today, so just bear with us.

(PAUSE)

(BACKGROUND NOISE)

MAJORITY LEADER FARÍAS: Just a friendly reminder, we still have to maintain some level of silence in the Chamber, please, thank you so much.

SERGEANT AT ARMS: Quiet down, please. Quiet on the floor, please!

MAJORITY LEADER FARÍAS: Okay, all items on today's General Order Calendar are adopted by a vote

NEW YORK CITY COUNCIL STATED MEETING                74

of 47 in the affirmative, 0 in the negative, and 1

abstention; with the exception of:

- SLR 1, which was adopted by a vote of 40 in

  the affirmative, 2 in the negative, and 6

  abstentions.

- Introduction 26-A, which was adopted by a

  vote of 46 in the affirmative, 1 in the

  negative, and 1 abstention.

- Introduction 246-A, which was adopted by a

  vote of 43 in the affirmative, 3 in the

  negative, and 2 abstentions.

- Introduction 1200, which was adopted by a

  vote of 45 in the affirmative, 2 in the

  negative, and 1 abstention.

- Introduction 1201-A, which was adopted by a

  vote of 41 in the affirmative, 5 in the

  negative, and 2 abstentions.

- Introduction 1203-A, which was adopted by a

  vote of 41 in the affirmative, 5 in the

  negative; and 2 abstentions.

- Introduction 1204-A, which was adopted by a

  vote of 42 in the affirmative, 5 in the

  negative, and 1 abstention.

Introduction and Reading of Bills?

NEW YORK CITY COUNCIL STATED MEETING                75

SPEAKER ADAMS: All items have been referred to committee as indicated on today's Agenda.

MAJORITY LEADER FARÍAS: Thank you, we will now move into Discussion of Resolutions, and I would like to first recognize Council Member Nurse, followed by Council Member Gennaro, then Council Member Brewer.

COUNCIL MEMBER NURSE: I'm not ready, Majority Leader, thank you.

MAJORITY LEADER FARÍAS: No problem. I am now going to recognize Council Member Gennaro; and a friendly reminder to the Members that Resolution discussion is one minute.

COUNCIL MEMBER GENNARO: Thank you, Madam Majority Leader.

I'm speaking about Resolution 8, the Fair Financing for Lead Service Line Replacements. Everyone knows that there's a federal bipartisan infrastructure law that provided monies for this and other good purposes. The New York State Environmental Facilities Corporation uses formulas that freeze out New York City, and we get pennies of what the rest of the people in the state get. This would change that. So we're urging the Environmental Facilities Corporation to adopt much more fair guidelines. Of

NEW YORK CITY COUNCIL STATED MEETING                76

the hundreds of millions of dollars that were allocated for this, New York City only got $6 million.

I could go on and on, but we're cheated by the Environmental Facilities Corporation and enough is enough. The federal government (TIMER CHIMES) allocated this money. We should get it. Thank you very much.

MAJORITY LEADER FARÍAS: Thank you, right before I move on to the following member, I'd like to read a vote revision into the Record:

SLR 1, was adopted by a vote of 41 in the affirmative, 2 in the negative, and 5 abstentions.

Recognizing Council Member Brewer.

COUNCIL MEMBER BREWER: Thank you. I'm just talking about Resolution 233-A, which talks about the federal government— asking them to please pass legislation to ban non-essential helicopter travel, including tourists and chartered over New York City.

Obviously, we have 59,000 complaints every year about helicopter noise, and the issue is that with New Jersey and New York, both of them are being, uh, flying helicopters over our city and getting many, many complaints.

NEW YORK CITY COUNCIL STATED MEETING          77

Also, 226-A, which calls on the State to pass, and the Governor to sign legislation that would prohibit non-essential flight operations at the heliports in the city of New York, and also specifically, at the Hudson River Park.

Thank you very much.

MAJORITY LEADER FARÍAS: Recognizing Council Member Nurse, followed by Council Member Hudson, then Council Member Bottcher.

COUNCIL MEMBER NURSE: Thank you, Majority Leader.

Last year, the Council made dramatic reforms to property tax enforcement that will likely prevent many liens from being sold. But there are still people who are eligible for, but do not benefit from property tax exemptions.

Reso 327 draws attention to this problem by calling on the State to pass legislation allowing property owners who receive tax exemptions to have the exemption apply retroactively where eligible.

We do need to fix our broken property tax system, but in the meantime, New York City shouldn't benefit from people paying what they shouldn't rightfully owe.

NEW YORK CITY COUNCIL STATED MEETING          78

I call on all my colleagues to vote in favor of this resolution. Thank you, Majority Leader.

MAJORITY LEADER FARÍAS: Recognizing Council Member Bottcher, followed by Council Member Krishnan.

(PAUSE)

MAJORITY LEADER FARÍAS: Recognized Council Member Krishnan.

COUNCIL MEMBER KRISHNAN: Thank you, so much Majority Leader.

In the last 100 years, there's not been a more powerful and treasured social program in The United States than Social Security. Sixty-nine million Americans rely on Social Security checks monthly, and over 16 million older adults are kept out of poverty thanks to this program.

It is beyond belief that the Trump administration, Republicans in Congress, have threatened to gut Social Security, a program popular amongst the majority of Americans. Eighty six percent of Republicans and 90% of Democrats support Social Security.

Elon Musk's DOGE team has routinely made false claims and lobbied threats at the Social Security Administration to undermine confidence in the system.

NEW YORK CITY COUNCIL STATED MEETING          79

These actions jeopardize the monthly payments that our city's older adults, seniors with disabilities, and families rely on to help pay their rent, electricity, bills, and groceries. Standing up and protecting Social Security is critical. We cannot cut our way to prosperity. We must invest in the people and communities across this country.

Today, I have introduced Resolution 852 to call on our partners at the federal government to do everything they can in this moment to protect Social Security from any cuts. (TIMER CHIMES) This moment demands courage from all of us, and I can think of no worthier a cause than standing up for our seniors.

I urge my colleagues on both sides of the aisle to sign on to this resolution in support. Thank you.

MAJORITY LEADER FARÍAS: Thank you. Seeing no one else signed up to speak, we will now have a voice vote on today's Resolutions. If you wish to vote against or abstain from any of today's Resolution, please notify the Legislative Documents Unit by email or by approaching the dais.

I will now read today's Resolutions into the Record:

NEW YORK CITY COUNCIL STATED MEETING            80

Resolution 8 calls on the New York State Department of Health and New York State Environmental Facilities Corporation to fairly allocate grants and loans for lead service line replacement approved in the Federal Bipartisan Infrastructure Law and to remove all rules preventing New York City from receiving a fair share of this funding.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 85-A calling on the New York State Legislature to pass, and the Governor to sign, A.2583, which would establish a noise tax on non-essential helicopter and seaplane flights in cities with a population of one million or more.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

NEW YORK CITY COUNCIL STATED MEETING          81

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 144-A calling upon the New York State

Environment Facilities Corporation to remove

restrictive barriers and uncap funds New York City

can receive for water infrastructure upgrades.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 226-A calling on the New York State

Legislature to pass, and the Governor to sign, A.6311

and S.7381, which would prohibit certain non-

essential flight operations at municipal heliports

and Hudson River Park.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

NEW YORK CITY COUNCIL STATED MEETING                    82

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 233-A calling upon the United States Federal Aviation Administration to ban all non-essential helicopter travel, including tourist and chartered helicopter flights over New York City.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 327 calling on the New York State Legislature to pass, and the Governor to sign, legislation allowing for property owners who receive tax exemptions to have the exemption apply retroactively where eligible.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

NEW YORK CITY COUNCIL STATED MEETING                83

MAJORITY LEADER FARÍAS: The ayes have it.

I have several more, folks. There's a lull happening.

Resolution 598 calling on New York City health care institutions to contract with industrial laundry companies that respect workers' legal rights and adhere to area standards for wages and benefits.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 771 calling upon the New York State Governor to sign S.929/A.2141, which, having been passed by both the New York State Senate and the New York State Assembly, would extend protections over personal health information.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

NEW YORK CITY COUNCIL STATED MEETING                84

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 774 calling on the New York State Department of Health to implement regulations requiring hospitals in New York City to adhere to the World Professional Association for Transgender Health's Standards of Care 8, to ensure medical professionals can provide high-quality and ethical treatment for individuals with gender dysphoria.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 781 calling upon the New York State Legislature to introduce and pass, and the Governor to sign, legislation to prohibit out-of-state access to the New York State Prescription Monitoring Program's data for certain medications including abortion medications, hormone therapy, and puberty blockers.

Will all those in favor say aye?

NEW YORK CITY COUNCIL STATED MEETING          85

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

Resolution 793 calling on the New York State Legislature to pass, and the Governor to sign, S.1633/A.2613, which would provide additional protections for the sensitive health information of patients, including information related to abortion or gender affirming care, and require all health information networks, electronic health record systems, and health care providers to provide patients with a right to restrict the disclosures of such patient's health information.

Will all those in favor say aye?

ALL: Aye

MAJORITY LEADER FARÍAS: All opposed say nay?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

MAJORITY LEADER FARÍAS: The ayes have it.

NEW YORK CITY COUNCIL STATED MEETING         86

We will now move into General Discussion, and I would like to first recognize Council Member Brewer, followed by Council Member Holden, then Council Member Sanchez

COUNCIL MEMBER BREWER: So I'm here to talk about Barry Benepe who died yesterday. He was the head of... the founder of the Greenmarket, the co-founder of the Greenmarket. He died at 96. He was also a architectural and brilliant writer on so many different topics. He was somebody who I think, Jane Jacobs was a friend of. He wrote about the parks, the bikes, how to make our neighborhoods a better place. Obviously, his son, Adrian Benepe, some of you know as the Parks Commissioner, now head of Brooklyn Botanical. His... Barry Benepe's father and my grandfather were best friends for eighty years. And he was somebody, I think, who made this city a much better place. So we obviously, wish his wife Judith Spector, who was a friend of mine even before she married him, and his amazing family, very talented family in many ways, send our condolences.

I think that people like Barry don't come along very often. He was a graduate of very prestigious colleges and graduate schools and decided that he

NEW YORK CITY COUNCIL STATED MEETING                87

wanted the farmers in the city of New York and the

state of New York to get their due and the way to do

it was to start the 14th Street Greenmarket. I think

all of us can thank him because many of us go to the

Greenmarket, and please think of him every time you

do so. Thank you very much.

MAJORITY LEADER FARÍAS: Thank you, Council

Member.

I would like to read a correction into the Record

on the vote on Introduction 246-A, which was adopted

by a vote of 43 in the affirmative, 4 in the

negative, and 2 abstentions.

I would now like to recognize Council Member

Holden, followed by Council Member Sanchez, then

Council Member Lee.

COUNCIL MEMBER HOLDEN: Thank you, Majority

Leader.

Today I introduced two pieces of legislation,

Introduction 1255 and Introduction 1256 that reflect

our ongoing commitment to public safety and

compassion.

One bill, Introduction 1256, strengthens

enforcement against the dangerous and irresponsible

practice of obstructing fire hydrants, not just by

NEW YORK CITY COUNCIL STATED MEETING          88

parking in front of them, but by covering them with garbage bins or other objects to conceal their location. These tactics endanger lives by delaying emergency response when every second counts.

The other bill, Introduction 1255, takes a stand against the abuse of animals in rodeos, banning inhumane practices like calf roping, electric prods, and flank straps right here in New York City. Animals should not suffer for the sake of human entertainment. These are common sense quality of life bills. Governments should focus on the issues that directly affect our residents, and I believe both bills will do that.

Whether it's protecting critical firefighting infrastructure or standing up for animals who can't speak for themselves, this kind of practical leadership... this is the kind of practical leadership New Yorkers expect and deserve. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Sanchez, followed by Council Member Lee, then Council Member Krishnan.

COUNCIL MEMBER SANCHEZ: Thank you, Majority Leader.

NEW YORK CITY COUNCIL STATED MEETING                89

Between January of 2014 and June of 2020 — a six-year period — we had 29 million applications received by Housing Connect compared to 27,819 leases signed.

For as frustrating as it is to search for an affordable apartment in New York City, it's made all the more frustrating by application technology that sometimes causes unnecessary issues.

Over the last two years, my office has been collaborating with housing providers and housing lottery applicants to develop solutions to problems that plague housing connect. And to that end, I'm proud to introduce three bills today that I hope my colleagues will sign on to:

Introduction 1264 addresses the issue of prolonged and onerous wait times to fill re-rentals.

Introduction 1265 ensures applicants or a designee, that's a new thing, get text and email updates about their applications.

And Introduction 1266 would create a free weekly in person Housing Connect assistance program in certain public locations.

The housing lottery should help people to find pathways to affordable housing, not be hindrances. And so I would like to thank the team at UNHP

NEW YORK CITY COUNCIL STATED MEETING                    90

University Neighborhood Housing Program), and the members of AHORA (The Bronx Affordable Housing Opportunities Right Away), as well as the members of my staff for working so hard on this bill, and, of course, to my colleagues who are co-priming this. Thank you, to all of you. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Lee, followed by Council Member Krishnan, then Council Member Mealy.

COUNCIL MEMBER LEE: Good afternoon, colleagues.

Today I'm proud to introduce legislation that takes a necessary step towards ensuring the safety, dignity, and well-being of young people in our juvenile detention system.

Introduction 1259 requires that direct service staff, those who interact most closely with youth in our detention facilities, receive foundational training in behavioral support strategies. These are the staff at detention centers and community based organizations who are with these young people day in and day out, managing tense moments, building trust, and shaping outcomes.

Right now, many of these workers do not have the tools they need, and they may not have formal

NEW YORK CITY COUNCIL STATED MEETING                91

training in de-escalation, trauma-informed care, or culturally competent behavioral responses. And when a moment of crisis occurs, they're left without clear evidence-based strategies to handle it.

That's what this bill changes. We're requiring that all direct service staff complete training in the basic science of behavior and learning, techniques for reinforcing positive behaviors, non-punitive de-escalation methods, and trauma-informed culturally responsive approaches to care.

The training will be flexible, it can be done in person, online, or through a hybrid model. And it will be mandatory for all current staff— within a year— with a clear timeline for new hires.

This is about leveling the playing field by investing, not only in government systems, but also in the trusted community partners who make rehabilitation truly possible.

Thank you, and I look forward to working with all of you to see this passed.

MAJORITY LEADER FARÍAS: Recognizing Council Member Krishnan, followed by Council Member Mealy.

COUNCIL MEMBER KRISHNAN: Thank you, Majority Leader.

NEW YORK CITY COUNCIL STATED MEETING          92

We're gonna do a round two over here. In the last 100 years, there has not been a more powerful and treasured social program in The United States than Social Security. Sixty-nine million Americans rely on a Social Security check monthly, and over 16 million older adults are kept out of poverty thanks to this critical program.

It is beyond belief that the Trump administration and Republicans in Congress have threatened to gut Social Security, a program popular amongst the majority of Americans. Eighty-six percent of Republicans and 90% of Democrats support Social Security.

Elon Musk's DOGE team has routinely made false claims and lobbied threats at the Social Security Administration to undermine confidence in the system. These actions jeopardize the monthly payments that our city's older adults, seniors who are disabled, and families rely on to help pay their rent, electricity bills, and groceries.

We cannot cut our way to prosperity. We must protect Social Security and stand up for it.

Today, I've introduced Resolution 852 to call on our partners at the federal government to do

NEW YORK CITY COUNCIL STATED MEETING                93

everything they can to protect Social Security from these drastic cuts.

This moment demands courage from all of us, and I can think of no worthier cause than standing up for our seniors, our individuals with disabilities, our communities, and the many others who rely on Social Security.

I urge my colleagues on both sides of the aisle to sign on to this resolution in support. Thank you.

MAJORITY LEADER FARÍAS: Recognizing Council Member Mealy.

COUNCIL MEMBER MEALY: Is it my time?

MAJORITY LEADER FARÍAS: (LAUGHS) Yes.

COUNCIL MEMBER MEALY: I just want to want to bring my support. I would like to welcome Simcha Felder, my former colleague, into the City Council. And I wasn't able to say goodbye to Kalman Yeger, so congratulations to the assemblymember, and we're looking forward, and welcome to the house party.

MAJORITY LEADER FARÍAS: Thank you. Seeing no one else signed up to speak, I will now call on Speaker Adams to close today's Stated Meeting.

NEW YORK CITY COUNCIL STATED MEETING            94

SPEAKER ADAMS: And I will do just that, Majority Leader. The Stated Meeting of April 24, 2025 is hereby adjourned. [GAVEL]

**\*\*\* TRANSCRIBER'S NOTE:**

VOTE REVISION: Introduction 246-A

Affirmative: 41

Negative: 5

Abstentions: 2

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date ___ May 15, 2025 _____