**Exhibit "A"**

# NYC Helicopter Diversion Analysis

## Potential impact of NYC Legislation Int 26-A

**December 2025**

*Prepared for:*

**Pillsbury Winthrop Shaw Pittman LLP**

*Prepared by:*

Jason Stoddard

**Harris Miller Miller & Hanson Inc.**
700 District Avenue, Suite 800
Burlington, MA 01803
T  781.852.3131

HMMH Report No: 24-0206 A



# Executive Summary

Recent New York City legislation (NYC Council Law 2025/064, File # Int 0026-2024 A) restricts non-essential helicopter operations from utilizing city owned heliports. In response, HMMH has been retained by Pillsbury Winthrop Shaw Pittman LLP to evaluate the potential diversion of affected helicopter operations and identify feasible alternative landing sites throughout the New York Metropolitan region.

This study provides a high-level technical assessment of diversion options, supported by operational assumptions, spatial analyses, and a review of regulatory and airspace considerations. Quantitative operational impacts are implemented as much as data availability allowed.

Pending New York City legislation prohibits non-essential helicopter operations that fail to meet or exceed Stage 3 noise certification standards from utilizing the two city owned heliports, the Downtown Skyport Heliport (KJRB), and East 34th Street Heliport (K6N5). While the stated intent of the legislation is to reduce helicopter activity and associated community impacts within Manhattan, this analysis demonstrates that the proposed restriction would not eliminate helicopter operations within the region. Instead, it would displace most of the activity to other locations, shifting noise, environmental, and operation impacts to communities that are already burdened by aviation activity.

Based on input from key stakeholders and a review of existing activity levels, it is estimated that approximately 95-98% of current helicopter operations at city owned heliports would be deemed non-essential under the pending legislation. These operations include sightseeing tours, charter services, air taxi and commuter services, corporate travel and associated repositioning flights that collectively represent the overwhelming majority of helicopter traffic currently using Manhattan heliports. The legislation would therefore function as a nearly total ban on civilian helicopter activity at city owned facilities, forcing operators to seek alternative operating sites or cease operations altogether.

The analysis indicates that a significant portion of displaced helicopter activity would likely divert to airport-based facilities, including John F. Kennedy International Airport (JFK) and LaGuardia Airport (LGA), in addition to select New Jersey heliports and private landing locations. Importantly, helicopter activity has already been identified as a longstanding concern for communities surrounding JFK, LGA, and TEB, where residents have repeatedly raised issues related to low-altitude helicopter overflights, noise intrusion, and cumulative aviation impacts. The diversion of additional helicopter traffic to these airports would compound existing community burdens, intensifying noise exposure and quality of life impacts in areas that have already experienced significant aviation related effects.

From an airspace and operational standpoint, increasing helicopter activity at JFK and LGA would further complicate already congested terminal environments dominated by commercial jet traffic. Concentration of additional low altitude helicopter operations in these areas raises concerns regarding traffic management complexity, operational inefficiency, and the cumulative safety and environmental implications of increased mixed use airspace activity.

While the proposed restriction would result in a reduction of helicopter activity in portions of Manhattan, these localized benefits would come at the expense of increased impacts elsewhere in the region. Communities



near alternate operational sites, including those surrounding JFK, LGA, and TEB, would likely experience increased helicopter frequency, altered flight paths, and greater cumulative noise exposure. As such, the legislation would not resolve regional helicopter noise concerns, but would instead shift the noise geographically, which is contrary to long-standing FAA policy regarding aviation noise.

In summary, our analysis finds that the proposed legislation is likely to produce unintended consequences, including the large-scale displacement of helicopter operations, increased pressure on airports and communities already sensitive to helicopter noise, and heightened cumulative environmental impacts. Rather than meaningfully reducing regional helicopter effects, the legislation would only reallocate those effects. These findings highlight the need for a more comprehensive, regionally coordinated approach to helicopter management, one that addresses underlying operational drivers rather than relying on location-specific prohibitions that merely shift impacts from one community to another.



# Table of Contents

| | | |
|---|---|---|
| 1. | Introduction | 1-1 |
| 1.1 | **Background and Purpose** | 1-1 |
| 2. | Existing Conditions | 2-1 |
| 2.1 | **Overview of Manhattan Heliport Infrastructure** | 2-1 |
| 2.2 | **Downtown Skyport Heliport (JRB)** | 2-1 |
| 2.3 | **East 34th Street Heliport (6N5)** | 2-2 |
| 2.4 | **Combined Capacity and Activity Levels** | 2-2 |
| 2.5 | Implications for Diversion and Capacity | 2-4 |
| 3. | Methodology | 3-1 |
| 3.1 | Overview of Displaced Operations | 3-1 |
| 3.2 | Categories of Displaced Operations | 3-1 |
| 3.3 | Geographic Scope of Diversions | 3-1 |
| 3.4 | Airport Based Diversion and Operational Considerations | 3-2 |
| 3.5 | Heliport / Helistop Diversion Alternatives | 3-3 |
| 3.6 | Alternative Site Evaluation Framework | 3-3 |
| 3.7 | Airport Based Alternatives | 3-3 |
| 3.8 | Heliport and Helistop Alternatives | 3-4 |
| 3.9 | Comparative Summary | 3-7 |
| 4. | Results | 4-1 |
| 4.1 | Operations Data Sources and Scaling | 4-1 |
| 4.2 | Displacement and Attrition of Operations | 4-1 |
| 4.3 | Mission-Type Compatibility as a Driver of Diversion | 4-2 |
| 5. | Conclusions and Implications | 5-1 |
| 5.1 | Conclusions | 5-1 |
| 5.2 | Implications for Sightseeing Operations and Flight-Path Control | 5-1 |
| 5.3 | Ground Transportation and Passenger Utility Implications | 5-2 |
| 5.4 | Policy Implications | 5-2 |
| 5.5 | Overall Conclusion | 5-2 |



# Figures

Figure 2-1. Existing Helicopter Flight Tracks ................................................................................... 2-3
Figure 3-1. NYC Airport / Heliport Locations .................................................................................. 3-6



# 1.    Introduction

## 1.1    Background and Purpose

The New York City Council created Intro No. 26-A, a local law that would amend the Administrative Code of the City of New York to prohibit non-essential helicopter flights at city owned heliports, with the stated objective of reducing helicopter noise. The legislation is scheduled to take effect on January 1, 2029, and would apply to all city owned heliports, which include the East 34th Street Heliport (6N5) and the Downtown Manhattan Heliport, renamed the Downtown Skyport in April 2025 (JRB).

The proposed law would require operators of these city-owned heliports to prohibit non-essential flights conducted by helicopters that do not meet FAA Stage 3 noise certification requirements pursuant to 14 CFR Part 36 and FAA Advisory Circular 36-1H.

The definition of non-essential flight under the proposed law is broad and includes "any helicopter flight not conducted by or on behalf of the (i) United States armed forces, (ii) the fire department, (iii) emergency services, including any air ambulance or medical transport, (iv)the police department or other law enforcement entity, (v) a newsgathering organization, or (vi) film, television or commercial photography production activities conducted for a commercial purpose."[1] As such, the vast majority of helicopter operations historically conducted at the East 34th Street and Downtown Manhattan heliports, including sightseeing flights, charter services, commuter flights, and associated repositioning activities, would be prohibited.

Based on preliminary information provided by industry stakeholders and a review of existing operational patterns, it is estimated that approximately 95-98% of helicopter operations currently conducted at the two city-owned heliports would be classified as non-essential under the proposed legislation. While geographically limited in scope, the legislation would therefore function as a near-complete prohibition of civilian helicopter activity at Manhattan heliports, fundamentally altering how helicopter services access the city.

Critically, the proposed legislation does not address helicopter activity on a regional basis. Helicopter operations serving Manhattan are part of a broader metropolitan transportation network, and restricting access at only two heliports does not eliminate the underlying demand for helicopter services. Instead, the legislation is expected to displace helicopter activity to facilities outside city ownership, including private heliports, heliports located in New Jersey, and airport-based helicopter operations at PANYNJ facilities, including John F Kennedy International Airport (JFK), LaGuardia Airport (LGA) and Newark Liberty International Airport (EWR).

Many of the potential alternate operating sites already experience helicopter operations and are surrounded by communities that have longstanding concerns regarding helicopter noise, low-altitude overflights, and cumulative aviation impacts. Because these airports are not subject to the proposed restrictions, displaced helicopter activity from Manhattan heliports may be incentivized to relocate to these locations, increasing helicopter operations in airspace and communities that have already identified helicopter traffic as a persistent

---

[1] Local Law 2025/064 (Int 0026-2024), § 22-828, New York City Administrative Code (enacted May 24, 2025)



issue. In this respect, the legislation risks exacerbating existing community impacts in some locations, rather than reducing helicopter noise on a regional basis.

The purpose of this Diversion Analysis is therefore to examine the potential shift in operating sites and associated consequences resulting from restricting helicopter access at East 34th Street and Downtown Skyport heliports. Specifically, this analysis seeks to:

- Identify the scale and nature of helicopter operations affected by the proposed restrictions
- Evaluate likely alternative landing sites for displaced operations
- Assess operational, airspace, and community effects associated with increased helicopter activity at facilities not subject to the law

# 2.   Existing Conditions

## 2.1   Overview of Manhattan Heliport Infrastructure

Helicopter access to Manhattan is provided through a limited number of heliport facilities located along the City's waterfront. These facilities operate within a dense urban environment and are physically constrained by surrounding development, water boundaries, and adjacent transportation infrastructure. As a result, heliport capacity in Manhattan is finite and highly sensitive to changes in operational demand.

The two heliports subject to the proposed restrictions, the Downtown Skyport Heliport and the East 34th Street Heliport, serve distinct markets and operational roles. Each facility has unique physical characteristics, operating constraints, and capacity limitations that influence how helicopter activity is accommodated today and how displacement would occur if access were restricted.

## 2.2   Downtown Skyport Heliport (JRB)

The Downtown Skyport Heliport, located on the East River in Lower Manhattan, is one of the City's primary helicopter facilities and supports a broad mix of helicopter activity. The Downtown Skyport Heliport is considered to be the premier Manhattan heliport for helicopter sightseeing tours and chartered helicopter flights in New York City.

The facility is constructed on a fixed pier extending into the river and is physically separated from surrounding neighborhoods by its waterfront location. The heliport has one 62' x 62' landing spot, and 13 helicopter parking spots. On-site fueling is available and the Skyport is open 5 days a week from 0800 - 2100 with reduced hours on the weekends.

According to the FAA Terminal Area Forecast (TAF)[2], helicopter activity at the Downtown Skyport Heliport was forecasted for 2024 to have included:

- 26,807 Air Taxi & Commuter Flights
- 4,422 General Aviation Operations
- 281 Military Operations

This results in a total of 31,510 helicopter operations for calendar year 2024 at the Downtown Skyport Heliport. Because tourism is not an available category on the TAF, we expect a large percentage of the 26,807 Air Taxi & Commuter classified flights to be tourism (sightseeing, air tour, etc.).

The Downtown Skyport Heliport has historically accommodated a high volume of commercial helicopter activity due to its proximity to Lower Manhattan, availability of passenger facilities, and ability to support a wide range of mission types, including being the only heliport in New York City able to accommodate a

---

[2] Taf.faa.gov



Presidential visit. The scale of activity at this facility underscores its role as a key access point for helicopter services in the southern portion of Manhattan and the broader metropolitan area.

## 2.3    East 34th Street Heliport (6N5)

The East 34th Street Heliport is located on a concrete wharf along the East River adjacent to FDR Drive. The facility primarily serves Midtown East and has a more constrained physical footprint than the Downtown Skyport Heliport. The East 34th Street Heliport nominally has 5 helicopter parking spots, which can be reduced by larger aircraft claiming more than one spot. There is onsite fueling and the heliport is open M-F 0800 – 2000. According to a document prepared by NYU's Rudin Center for Transportation Policy and Management[3], back in 2013, roughly 60% of their annual operations were corporate users, 20% charter operators, and an additional 20% were various uses including aerial photography and emergency services. Air tours are not allowed to operate out of East 34th Street Heliport.

FAA Terminal Area Forecast Data for 2024 indicates that the East 34th Street Heliport was expected to support:

- 17,482 Air Taxi & Commuter Flights
- 500 General Aviation Operations
- 300 Military Operations

This yields a total of 18,282 helicopter operations in calendar year 2024.

## 2.4    Combined Capacity and Activity Levels

Together, the Downtown Skyport and East 34th Street heliports were forecast to accommodate approximately 50,000 helicopter operations in 2024 alone. While the two facilities differ in size and operational role, both play their part in accommodating a wide array of missions demanded by the City's helicopter users. Because each heliport plays its own role in the greater New York City helicopter operational environment, these operations are already optimized within the existing constraints of the system and significant reductions in access are unlikely to be absorbed without tremendous burden being placed on existing facilities that are not subject to the proposed legislation. To safely accommodate this volume and diversity of operations within the highly constrained airspace, a network of well-defined and established helicopter routes has evolved both officially and unofficially. Figure 2-1 displays these routes and the frequency of their use.

---

[3] Mitchell L. Moss and Hugh O'Neill, *Heliports and Their Importance to New York City* (NYU Rudin Center for Transportation Policy and Management, February 2012), accessed[November 2025, https://erhc.org/images/downloads/Government_Affairs_Studies/nyu_rudin_final.pdf



**Figure 2-1. Existing Helicopter Flight Tracks**



## 2.5   Implications for Diversion and Capacity

The physical characteristics of the Downtown Manhattan and East 34th Street heliports highlight the structural limits of Manhattan's helicopter infrastructure. The combination of limited footprint, constrained parking and staging space, restricted operating hours, and high existing activity levels suggests that helicopter demand cannot be readily accommodated through redistribution between alternative landing sites in Manhattan alone.

As a result, any policy action that substantially restricts access at these facilities is expected to displace helicopter activity beyond Manhattan**,** forcing operators to seek alternative operating sites within the broader regional area. These existing conditions discussed in sections 2.1 – 2.4 above, form the baseline for evaluating diversion pathways, capacity constraints at alternative facilities, and the practical feasibility of relocation options addressed in subsequent sections of this analysis.

# 3.    Methodology

## 3.1    Overview of Displaced Operations

The proposed restrictions on non-essential helicopter flights at the Downtown Skyport and East 34th Street heliports would directly affect the predominantly commercial helicopter activity currently conducted at these facilities. As described in Section 2, the combined FAA Terminal Area Forecast indicates that nearly 50,000 helicopter operations are forecast at these two heliports in 2024, the majority of which consist of air taxi & commuter, charter, corporate and sightseeing or tourism related activities.

Based on the definitions contained in the proposed legislation, information provided by industry stakeholders, and some limited publicly available flight information, it is anticipated that approximately 95 percent of current operations at these heliports would be classified as non-essential and therefore subject to displacement. While a limited subset of operations (e.g., emergency, military, and certain governmental flights) would continue to operate, the overwhelming majority of commercial passenger serving flights would no longer be permitted to operate at Manhattan's city-owned heliports.

For the purposes of this diversion study, displaced operations are defined as helicopter flights that would no longer be able to operate at the Downtown Skyport Heliport or the East 34th Street heliport but would reasonably be expected to continue operating elsewhere within the regional system, rather than cease entirely.

## 3.2    Categories of Displaced Operations

The potential displaced operations typically fall into 1 of 5 categories according to the role they currently play in the local NYC market:

- Air Taxi Operations
- Commuter Operations
- Charter Operations
- Business / Corporate Operations
- Air Tours / Sightseeing Operations

While there are some differences, these categories share a common reliance on proximity to Manhattan, rapid passenger transfer, and predictable operating conditions. As such, diversion decisions are expected to prioritize alternative landing sites that preserve operational flexibility, minimize surface travel time, and reduce administrative or regulatory barriers.

## 3.3    Geographic Scope of Diversions

Consistent with the agreed technical scope, probable alternative landing sites are evaluated within a geographic area that includes:

- The New York Metropolitan Area



- Eastern Long Island
- Westchester County
- New Jersey
- Connecticut

Within this area, potential alternative operating sites focused on:

- Commercial Airports that can accommodate helicopters
- Non-City Owned Public Heliports
- Private Heliports
- Private Helistops[4] / Helipads

This analysis does not assume that displaced activity will redistribute evenly across all available sites. Instead, diversion is expected to concentrate at facilities that offer the greatest operational utility to the helicopter operators and passengers.

# 3.4   Airport Based Diversion and Operational Considerations

A notable diversion scenario for displaced helicopter operations is the use of airport-based facilities, particularly large commercial service airports that already accommodate helicopter activity. Among these, John F. Kennedy International Airport (JFK), LaGuardia Airport (LGA), Newark Liberty International Airport (EWR) represent especially viable alternatives.

These three airports:

- Are not subject to the proposed city owned heliport restrictions
- Already support helicopter operations for charter, corporate, and repositioning flights
- Provide direct access to Manhattan via established ground transportation networks

Importantly, while JFK and LGA are subject to slot controls[5] for fixed-wing aircraft, helicopter operations at these airports are not slot controlled. From an operator perspective, the absence of slot controls for helicopters may be viewed as a significant operational advantage, particularly when compared to the highly constrained access environment at Manhattan heliports. This flexibility would allow helicopter operators to schedule arrivals and departures without competing for scarce fixed-wing slots or adjusting operations to fit rigid airport slot regimes. As a result, JFK and LGA may offer displaced operators greater scheduling flexibility, predictable access during peak periods, and reduced administrative barriers relative to city owned heliports. These factors increase the likelihood that airport-based helicopter operations would absorb a meaningful share of displaced activity, even in areas where helicopter noise has already been identified as a community concern.

Additional airport-based alternative landing sites include Newark Liberty International Airport (EWR), Teterboro Airport (TEB), and Linden Airport (LDJ). Additional airport-based alternatives were considered (HPN, FRG and BDN) but ultimately were ruled out due to location.

---

[4] "An area of land or water or a structural surface that is designed or used for the landing or takeoff of helicopters, but which is not designed or used for fueling, defueling, maintenance repairs or storage of helicopters, including any staging or other appurtenant areas" – New York City Aviation Facility and Operations Fire Code, Chapter 11

[5] "A slot is an authorization to either take-off or land at a particular airport on a particular day during a specified time period"; FAA, https://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/systemops/perf_analysis/slot_administration/slot_definition

## 3.5   Heliport / Helistop Diversion Alternatives

In addition to airport-based diversions, displaced operations may relocate to:

- Public, non city-owned Heliports
- Public Helipads / Helistops
- Private Heliports
- Private Helipads / Helistops

These sites vary widely in terms of physical capacity, infrastructure, passenger amenities, and proximity to Manhattan. While some may be suitable substitutes for certain operators or mission types, others may impose additional surface travel time or limit the scale of operations that can be accommodated.

## 3.6   Alternative Site Evaluation Framework

This section evaluates potential alternative landing sites for helicopter operations displaced from the Downtown Skyport and East 34th Street Heliports. The evaluation is qualitative and utility based, relying on readily available information regarding facility characteristics, location, access, and operational considerations.

Each site was evaluated using the following criteria:

- Facility type and ownership (airport, public heliport, private heliport/helistop)
- Operational Flexibility, including scheduling considerations
- Proximity and surface access to Manhattan
- Ability to accommodate commercial helicopter activity
- Relative attractiveness to displaced operators
- Applicable policies and regulations

This framework reflects how helicopter operators and passengers are likely to assess alternative operating sites when selecting substitutes for Manhattan heliport access. Figure 3-1 displaying the geographic location of all alternate operating sites considered can be found at the end of section 3.8.

## 3.7   Airport Based Alternatives

### John F. Kennedy International Airport (JFK)

JFK is a major commercial service airport that already accommodates helicopter operations with charter, corporate, and repositioning flights. JFK currently handles the most helicopter traffic of all airports analyzed for this study. While fixed-wing operations at JFK are subject to slot controls, helicopter operations are not slot restricted, providing significant scheduling and operational flexibility. Presently, communities surrounding JFK have listed helicopter noise as one of their top concerns and certain communities in Brooklyn underly a major thoroughfare for transitioning helicopters back and forth from Long Island along the South Shore Helicopter Route.  Combined with established ground transportation access to Manhattan, JFK represents a high utility diversion option, particularly for air taxi and charter operators.



### LaGuardia Airport (LGA)

LGA offers closer proximity to Midtown Manhattan than the other major airports and currently supports a limited amount of helicopter activity. As with JFK, helicopters are not subject to slot controls, which may prove meaningful to operators when comparing alternative landing sites. Despite community sensitivity surrounding helicopter activity, LGA's accessibility and operational flexibility make it a likely diversion destination.

### Newark Liberty International Airport (EWR)

EWR provides strong regional connectivity, robust aviation infrastructure and helicopter access without slot constraints. Its integration with ground and rail transportation makes it especially attractive for corporate and charter operations that already interact with fixed-wing services. EWR is expected to absorb a substantial share of displaced activity, particularly for passengers traveling to or from New Jersey and Lower Manhattan.

### Teterboro Airport (TEB)

TEB is a premier business aviation airport and well-established hub for helicopter and business jet transfers. TEB currently supports the second greatest number of helicopter operations of all airports considered in this study. Operations are not slot restricted, and the airport's operational environment is already optimized for corporate aviation. For displaced charter and corporate helicopter operators, TEB represents one of the most operationally efficient substitutes for Manhattan heliport access.

### Linden Airport (LDJ)

LDJ is a public use airport with a strong helicopter presence and infrastructure oriented towards rotary-wing activity. It offers high operational flexibility, minimal congestion relative to major airports, and no slot controls. While surface travel time to Manhattan is longer, LDJ is well positioned to absorb some percentage of the displaced helicopter operations by providing predictable access and reduced operational friction.

## 3.8   Heliport and Helistop Alternatives

### Hackensack UMC Palisades Heliport (07NJ)

07NJ is a private use medical heliport serving the Hudson River waterfront. Its proximity to Manhattan makes it attractive for certain charter and commuter operations; however, physical capacity and surrounding land use constraints may limit the volume of activity that can be accommodated.

### Lincoln Tunnel Heliport (6NJ5)

Located near a major trans Hudson transportation corridor, the Lincoln Tunnel Heliport offers exceptional proximity to Midtown Manhattan. Its utility is high for time sensitive operations, though capacity limitations and localized impacts may constrain large scale diversion.

### Kearny Heliport (65NJ)

Kearny Heliport (65NJ) supports established commercial helicopter activity and benefits from proximity to both Manhattan and regional highway networks. Its operational flexibility and helicopter-oriented facilities make it a strong candidate for absorbing displaced air tour operations.



### Liberty State Park Heliport (77NJ)

Liberty State Park Heliport is located along the Jersey City waterfront with relatively close proximity to Lower Manhattan. Although suitable for some charter and commuter activity, its location within a public park setting may limit expansion or sustained high volume operations.

### Newport Helistop (91NJ)

Newport Helistop provides direct access to the Jersey City waterfront and financial district. Its proximity to Manhattan enhances its utility, though physical size and operational constraints suggest it would absorb targeted rather than systemwide diversion.

### Paulus Hook Pier Heliport (05NJ)

Paulus Hook Pier Heliport offers waterfront access close to Lower Manhattan. It is well suited for select charter and commuter operations but may face limitations related to space, staging, and community sensitivity.

### George Washington Bridge Heliport (NJ54)

Located near a major regional crossing, this heliport provides strategic access to Upper Manhattan and northern corridors. It may serve niche charter and repositioning needs but is not expected to absorb high volumes of displaced activity.

### Liberty National Golf Club Heliport (20NJ)

This private heliport primarily supports exclusive or invitation only operations. While not a large-scale diversion solution, it may accommodate limited high end or corporate flights displaced from Manhattan heliports.



**Figure 3-1. NYC Airport / Heliport Locations**



## 3.9  Comparative Summary

Across the evaluated sites, airport-based facilities (JFK, LGA, EWR, TEB, LDJ) offer the greatest capacity, operational flexibility, and scalability for displaced helicopter activity. Lack of slot restrictions significantly enhances their attractiveness relative to city owned heliports. However, a possible significant increase in the time and distance required by ground transportation to reach a Manhattan-based destination could ultimately prove too time consuming to be viable.

Public and private heliports along the New Jersey waterfront provide geographically proximate alternatives, but their ability to absorb displaced operations is constrained by physical size, operational limits, and surrounding land uses. These facilities are more likely to absorb incremental or specialized activity, rather than serve as a primary substitute for the affected heliports (JRB & 6N5).



# 4.   Results

## 4.1   Operations Data Sources and Scaling

This analysis relied on two independent sources of helicopter operations data for calendar year 2024:

- FAA Terminal Area Forecast (TAF), which provides planning level estimates of annual helicopter operations and is commonly used as the baseline for aviation policy, capacity, and environmental analyses; and
- National Inventory 2024 Flight Radar Data, maintained by the U.S. Department of Transportation, which captures observed helicopter movements derived from surveillance and tracking sources.

Comparison of the two datasets revealed material differences in reported activity levels. For example, the FAA TAF reports 31,510 total helicopter operations at the Downtown Skyport Heliport (JRB), while the National Inventory dataset reports 15,775 operations for the same facility and time period. This discrepancy is consistent with known limitations of flight tracking coverage for low altitude helicopter operations and methodological differences between forecast based and observed datasets.

For purposes of this study, the FAA TAF was selected as the controlling dataset for total activity levels at the city-owned heliports. To allow the National Inventory data to be used consistently across the remaining study airports and heliports, a single scaling factor was derived from the ratio of TAF reported to National Inventory-reported operations at JRB and applied uniformly to the National Inventory counts elsewhere. This approach preserves the relative distribution of helicopter activity observed in the radar data while aligning the magnitude of operations with FAA-recognized planning totals. East 34th Street Heliport (6N5) retained its FAA TAF value of 18,292 annual operations, consistent with this methodology.

## 4.2   Displacement and Attrition of Operations

Applying the study assumption that approximately 95 percent of helicopter operations at the Downtown Skyport and East 34th Street heliports would be classified as non-essential under the proposed legislation results in approximately 47,300 displaced operations annually. However, this analysis does not assume that all displaced activity would relocate to alternative facilities on a one-for-one basis.

Instead, diversion outcomes are assumed to reflect a combination of:

- Redistribution of operations to alternative airports and heliports, and
- Attrition, where certain services cease to operate because they are no longer practical or economically viable without direct Manhattan access.

Certain helicopter operations, particularly sightseeing tours and premium short-haul passenger services, are fundamentally dependent on direct proximity to Manhattan destinations. Where diversion would require landing at facilities with long or unreliable surface transportation connections, some operators may elect to discontinue service rather than relocate.



## 4.3  Mission-Type Compatibility as a Driver of Diversion

Diversion behavior is strongly influenced by the types of helicopter missions currently accommodated at alternative facilities. Review of arrival flight information across the study airports and heliports indicates that facilities fall into distinct operational categories, which directly affect their ability to absorb displaced activity.

Major airports such as JFK, LaGuardia, Newark Liberty, Teterboro, and Linden primarily support:

- Charter operations
- Corporate travel
- Air taxi and commuter services

These facilities are therefore well positioned to absorb displaced business-oriented and commuter traffic, particularly from East 34th Street Heliport, which serves a similar mission mix. However, these airports are generally not optimized for high-cycle sightseeing operations, and their surface access characteristics—especially at JFK and Linden—reduce their suitability for short-duration or tourism-focused services.

By contrast, several New Jersey heliports already support air tour and tourism-oriented activity, making them more natural recipients of displaced sightseeing flights formerly based at JRB. In particular:

- 65NJ (Kearny Heliport) already accommodates air tour and sightseeing missions
- 05NJ (Paulus Hook Pier) and 77NJ (Liberty State Park Heliport) support tourism passenger pickup and drop-off

While these sites vary in physical capacity, their mission compatibility makes them more realistic diversion targets for sightseeing operations than major airports.

Other facilities, such as 6NJ5 (Lincoln Tunnel Heliport) and 91NJ (Newport Helistop), primarily support charter, air taxi, staging, and repositioning missions and are therefore better suited for selective diversion of non-tour commercial activity, rather than wholesale absorption of sightseeing flights. Facilities such as NJ54, which primarily serves law enforcement missions, and 07NJ, which is predominantly medical in nature, are assumed to absorb only minimal displaced civilian activity.

## 4.4  Redistribution of Displaced Operations

To illustrate how displaced helicopter activity could reasonably redistribute across the regional system, this section presents an illustrative diversion scenario in which the approximately 47,300 annual operations displaced from the Downtown Skyport and East 34th Street heliports are allocated among alternative landing sites. This scenario is not a forecast, but rather a representation of how operators are likely to respond based on mission compatibility, regulatory environment, operational flexibility, and passenger ground-access considerations.

This redistribution assumes that:

- The majority of displaced JRB operations are sightseeing (air tour) flights
- Displaced 6N5 operations are predominantly charter, corporate, and air taxi/commuter flights



- A portion of displaced activity ceases altogether where diversion is not operationally or economically practical

## Primary Diversion Sites (High-Absorption Capacity)

Primary diversion sites are those that are already configured to support high volumes of commercial helicopter activity, offer operational flexibility, and align closely with the mission profiles of displaced flights.

| Primary Site | Share | Approx. Annual Ops |
|---|---|---|
| Kearny Heliport (65NJ) | 25% | ~11,800 |
| Newark Liberty International Airport (EWR) | 18% | ~8,500 |
| Teterboro Airport (TEB) | 15% | ~7,100 |
| Paulus Hook Pier Heliport (05NJ) | 8% | ~3,800 |
| Subtotal (Primary) | 66% | ~31,200 |

These locations are considered primary recipients because they already:

- Support air tour, charter, and high-frequency helicopter operations
- Are not subject to City owned heliport lease conditions or Manhattan-specific operating restrictions
- Allow operators greater flexibility in routing, frequency, and scheduling
- Provide either sufficient infrastructure (EWR, TEB) or exceptional proximity to Manhattan (Paulus Hook)

In particular, Kearny Heliport (65NJ) stands out as the most logical successor for displaced sightseeing activity due to its existing tour operations and ability to support rapid-cycle flights. EWR and TEB, while not tourism-focused, provide scalable aviation infrastructure and predictable access for charter and corporate missions. Paulus Hook Pier, despite physical constraints, offers unmatched Lower Manhattan proximity for a subset of tourism-oriented activity

## Secondary Diversion Sites (Mission-Specific Absorption)

Secondary sites are expected to absorb displaced activity selectively, based on mission type and passenger destination, rather than serving as wholesale substitutes for Manhattan heliports.

| Secondary Site | Share | Approx. Annual Ops |
|---|---|---|
| LaGuardia Airport (LGA) | 10% | ~4,700 |
| John F. Kennedy International Airport (JFK) | 9% | ~4,300 |
| Linden Airport (LDJ) | 6% | ~2,800 |
| Subtotal (Secondary) | 25% | ~11,800 |

These facilities are well aligned with charter, corporate, and air taxi/commuter missions, particularly those displaced from East 34th Street Heliport. However, they are less suitable for sightseeing operations due to surface access limitations and airport operating environments.



- LGA is best positioned to absorb Midtown-oriented business and charter traffic due to comparatively favorable ground access.
- JFK, while operationally flexible for helicopters, imposes longer and more variable surface travel times, reducing its attractiveness for short-duration or high-frequency services.
- LDJ supports helicopter activity but is assumed to absorb fewer operations because ground transportation to Manhattan is comparatively cumbersome, particularly for time-sensitive passengers.

**Tertiary Sites and Attrition (Limited or No Absorption)**

Tertiary sites are those with physical, operational, or mission-specific constraints that limit their ability to absorb displaced activity at scale. In addition, this category includes operations assumed to cease entirely.

| Tertiary Category | Share | Approx. Annual Ops |
|---|---|---|
| Other NJ heliports & helistops (combined) | 4% | ~1,900 |
| Operations assumed to cease (attrition) | 5% | ~2,400 |
| Subtotal (Tertiary + Attrition) | 9% | ~4,300 |

Facilities in this category:

- Have restricted physical footprints or necessary infrastructure
- Require permission-based access
- Primarily support medical, law enforcement, or sporadic corporate use
- Are not configured for sustained commercial or tourism-focused operations

Additionally, some displaced services are assumed to cease altogether where landing alternatives introduce excessive burden or undermine the business model by eliminating direct Manhattan access.

# 5.    Conclusions and Implications

## 5.1    Conclusions

This analysis evaluated the likely effects of restricting non-essential helicopter operations at Manhattan's city-owned heliports using two complementary data sources: the FAA Terminal Area Forecast (TAF) as the planning-level baseline and National Inventory 2024 Flight Radar Data to inform relative activity patterns across alternative facilities. Reconciling these sources through a transparent scaling approach allowed the study to assess displacement at an appropriate magnitude while preserving observed distributional relationships. Applying the study assumption that approximately 95 percent of operations at the Downtown Skyport and East 34th Street heliports would be displaced results in roughly 47,300 annual operations subject to diversion or attrition. The results demonstrate that this displacement would not translate into a proportional reduction in regional helicopter activity. Instead, outcomes would consist of a combination of redistribution and attrition, shaped primarily by mission compatibility, regulatory environment, operational flexibility, and passenger ground-access considerations.

The majority of displaced operations, particularly sightseeing flights historically associated with Downtown Skyport, would consolidate at a small number of New Jersey based facilities that already support air tour and high-frequency helicopter operations. These facilities offer greater operational flexibility and are not subject to City controlled heliport lease conditions or Manhattan specific operating constraints.

Airports such as LaGuardia Airport, John F. Kennedy International Airport, Newark Liberty International Airport, and Teterboro Airport would absorb displaced charter, corporate, and air taxi/commuter activity in varying proportions. However, ground transportation burdens, particularly at JFK and more distant airports limit their suitability for short duration or high cycle services. Importantly, helicopter operations at these airports are not subject to fixed-wing slot controls, which increases their ability to cycle flights efficiently.

## 5.2    Implications for Sightseeing Operations and Flight-Path Control

A central implication of the findings is that sightseeing tours departing from New Jersey facilities would not be subject to the same prohibition of Manhattan overflight that apply to tours originating from Manhattan heliports. As a result, the proposed restrictions would reduce the City's ability to influence how sightseeing activity is conducted around Manhattan landmarks.

This shift has downstream consequences that may be perceived differently across communities. While some neighborhoods adjacent to Manhattan heliports may experience reduced departure activity, other areas—particularly along New Jersey waterfronts or along alternative tour routings—could experience increased or redistributed overflight exposure. This may be worrisome in communities where helicopter noise is already a point of contention. In effect, the legislation may ultimately change where and how tours operate, rather than eliminate them, while transferring certain regulatory influence away from the City.



## 5.3    Ground Transportation and Passenger Utility Implications

Ground transportation access is a major factor in determining diversion outcomes. Facilities with cumbersome or unreliable surface transportation impose significant passenger burdens, limiting their ability to absorb high-frequency or time-sensitive operations. Conversely, sites with strong Midtown or Lower Manhattan access can attract disproportionate shares of displaced traffic. These dynamics explain why diversion concentrates at a limited set of facilities and why airport/heliport location alone is insufficient to predict outcomes.

## 5.4    Policy Implications

Taken together, the results indicate that restricting helicopter access at city-owned heliports would:

- Redistribute helicopter activity geographically, with a strong shift toward New Jersey facilities and selected airports,
- Reduce City leverage over operational behavior, particularly for sightseeing tours,
- Increase pressure on facilities and communities outside Manhattan, many of whom are already dealing with helicopter traffic and associated noise, and
- Possibly eliminate some services entirely, rather than converting them into alternative operations which may have negative economic implications.

Accordingly, while the proposed restrictions may achieve localized reductions in activity at specific Manhattan heliports, they are unlikely to reduce helicopter activity on a regional basis and may produce unintended consequences that run counter to the stated objective of managing helicopter noise and exposure.

## 5.5    Overall Conclusion

The findings of this analysis suggest that the proposed restrictions would restructure the regional helicopter operating environment rather than meaningfully reduce helicopter activity. By displacing operations to facilities beyond City control and enabling sightseeing activity to operate under less restrictive conditions, the policy risks shifting impacts rather than resolving them. FAA has maintained a longstanding policy that it will not amend flight paths to shift noise away from one community to another. Any evaluation of the legislation's effectiveness should therefore consider not only conditions at the affected heliports, but also the broader regional consequences identified in this analysis.