**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EASTERN REGION HELICOPTER COUNCIL, VERTICAL AVIATION INTERNATIONAL, and VICTORIA SESKIN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF NEW YORK, <br><br> Defendant. | Civil Action No.  25-cv4682 (NGG) <br><br> **DECLARATION** |

I, Victoria Seskin, affirm under penalty of perjury that the following statements are true:

1.      I reside in my home at 75 Hayes Street, Garden City, NY 11530, where I have lived for the past 34 years.

2.      My home is located less than a mile from the flight path of a helicopter approach to JFK Airport that runs along the north side of Garden City.

3.      As a result of being essentially under this flight path, I hear helicopters fly overhead several times a day.

4.      I understand that if there are restrictions on non-essential flights imposed at the East 34th Street Heliport and the Downtown Manhattan Heliport, some air traffic will be diverted to JFK Airport.

5.      I am concerned that an increase in air traffic to JFK Airport will result in significant noise issues.

6.      Specifically, I am concerned that a diversion of air traffic to JFK Airport will exacerbate the noise I already live with and will lead to unbearable levels of noise that will significantly and detrimentally affect my life.  It will prevent me from quiet enjoyment of my

1

home, including quiet conversations with my family and time spent relaxing in my yard.  It will result in even more interruptions to my daily life, leading to increased stress and anxiety, pollution around my home, and a decrease to the value of my residence.

I affirm this 26 day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: March 26, 2026

_Victoria Seskin_

Victoria Seskin

2