UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------  x

EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,                                           25-CV-4682 (NGG)

                                        Plaintiffs,

            -against-                                      **CERTIFICATION**

THE CITY OF NEW YORK,

                                        Defendant.

-------------------------------------------------------------------------  x

I, Aimee K. Lulich, hereby certifies that the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Complaint complies with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York Rule 7.1(c), regarding the length of a Reply Memorandum of Law.

Excluding the caption, table of contents, table of authorities, the signature block and any required certificates, the Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss contains **3,469 words** as calculated by Microsoft Word.

Dated:        New York, NY
              April 24, 2026

                                        STEVEN BANKS
                                        Corporation Counsel of the City of New York
                                        100 Church Street
                                        New York, NY 10007
                                        *Attorney for Defendants*
                                        Tel: (212) 356-2369


                                        By:     /s/
                                                _____
                                                Aimee K. Lulich
                                                Assistant Corporation Counsel