**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x

EASTERN REGION HELICOPTER COUNCIL,
VERTICAL AVIATION INTERNATIONAL, and
VICTORIA SESKIN,

**DECLARATION OF**
**OWANAEMI BRIGGS**

                Plaintiffs,

           - against -              25-CV-4682 (NGG)

THE CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------------------------- x

Owanaemi Briggs an attorney duly admitted to practice law in the United States Eastern District of New York, declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

1.     I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant City of New York.

2.     In support of Defendant's reply memorandum of law in further support of its motion to dismiss, Defendant submits the following exhibit:

3.     Annexed hereto as Exhibit "J" is a true and correct copy of the New York City Economic Development Corporation's ("EDC") report, pursuant to Local Law 64 § 2, issued to the Mayor and the speaker of City Council "detailing the percentage of flights by covered helicopters to or from a [City-owned] heliport that were non-essential flights" during calendar year 2025.

Dated:    New York, New York
           April 24, 2026

/s/*Owanaemi Briggs*
Owanaemi Briggs
