**NYC /EDC**

Pursuant to § 22-828 of the Administrative Code of the City of New York, the New York City Economic Development Corporation (NYCEDC) issues the following report on the percentage of covered helicopter flights to or from City-owned heliports that were non-essential during calendar year 2025.

**I.    Overview of Operations at Downtown Skyport (JRB) and East 34th Street Heliport (6N5)**

**a.    Downtown Skyport**

Downtown Skyport took over operations at JRB in April 2025. NYCEDC began receiving data for calendar year 2025 operations categories beginning April 2025 with the commencement of Downtown Skyport's operations.

From April 2025 to end of calendar year 2025, there were 15,861 total helicopter landings at JRB. These operations were categorized as follows:

| Operations Category | Helicopter Operations | Percentages |
|---|---|---|
| Air Tour | 13,032 | 82.1% |
| Charter | 836 | 5.3% |
| Government[1] | 60 | 0.4% |
| Corporate[2] | 206 | 1.3% |
| Other[3] | 1727 | 13.3% |

**b.    East 34th Street Heliport**

In calendar year 2025, there were 3,561 total helicopter landings at 6N5. These operations were categorized as follows:

---

[1] "Government" operations fall under the definition of "essential flights" as conducted by or on behalf of (i) the United States armed forces; (ii) the fire department, (iii) emergency services, including any air ambulance or medical transport; (iv) the police department or other law enforcement entity, (v) a newsgathering organization, or (vi) film, television or commercial photography production activities conducted for a commercial purpose.

[2] While many "air tour," "charter," "corporate," and "shared" operations fall under the "non-essential" category, NYCEDC lacks data to provide an exact percentage of those flights falling under the "non-essential" category. For instance, an "air tour" flight may involve "film, television, or commercial photography production activities conducted for a commercial purpose" or a "charter" flight could be operated in connection with "emergency services."

[3] The "Other" operations category is reserved for repositioning or other non-revenue flights. Data is not available as to the extent the repositioning or non-revenue flight operations in this category fall under the definition of "essential."



| Operations Category | Helicopter Operations | Percentages |
|---|---|---|
| Charter | 1469 | 40.2 % |
| Corporate | 987 | 27.0% |
| Shared | 947 | 25.9% |
| Medical/Emergency | 125 | 3.4% |
| Military | 8 | 0.2% |
| Enforcement[4] | 25 | 0.7% |

## II.    "Covered" Helicopters

Section 22-828 defines a "covered helicopter" as a rotary-wing aircraft capable of vertical takeoff and landing, excluding those with noise levels below Stage 3 limits established by the FAA. Helicopters meeting Stage 3— the strictest noise limits in the US—are not considered "covered."

The FAA adopted Stage 3 noise limits in 2014 for new design and supplemental type certificate applications. Helicopters with US type certificates issued prior to 2014 operate as Stage 2 helicopters, even if they meet the stricter Stage 3 criteria.

NYCEDC is unaware of public information on which Stage 2 helicopters would meet Stage 3 noise limits. Further, NYCEDC does not have the means to independently make this determination. However, NYCEDC has obtained information presented by the FAA indicating which helicopter models meet Stage 3 noise levels and those that do not. NYCEDC reserves the right to revise its assessment if new data emerges.

According to FAA data obtained by NYCEDC, only three helicopter models operating at City heliports—the Sikorsky S-76, AgustaWestland AW109, and Eurocopter AS365 Dauphin—have variants that do not meet Stage 3 noise limits. Specifically, S-76 models manufactured from 1993 to 1995, AW109 models manufactured from 1976 to 1989 and from 2001 to 2002, and AS365 models manufactured from 1981 to 1994) are covered.

## III.    Percentage of Flights by Covered Helicopters to or from a Heliport that were Non-Essential Flights During 2025

---

[4] Medical/emergency, military, and enforcement operations fall under the definition of "essential flights" as conducted by or on behalf of (i) the United States armed forces; (ii) the fire department, (iii) emergency services, including any air ambulance or medical transport; (iv) the police department or other law enforcement entity, (v) a newsgathering organization, or (vi) film, television or commercial photography production activities conducted for a commercial purpose.

New York City Economic Development Corporation  /  One Liberty Plaza, New York, NY 10006  /  212 619 5000  /  edc.nyc



Based upon information provided by NYCEDC's fixed-based operators at JRB[5] and 6N5 and the above-information regarding the production of Stage 3 equivalent noise levels, NYCEDC is not aware of any covered helicopters operating at City-owned heliports during calendar year 2025. *See* FAA Registry Information for S-76, AW109, and AS365 aircraft identified by NYCEDC fixed-base operators as operating at JRB and 6N5 during calendar year 2025 attached hereto as **Exhibit A**.[6][7]

---

[5] As discussed above, NYCEDC began receiving relevant data from JRB in April 2025.

[6] The FAA registry data shows the year of manufacture for each aircraft and shows that none of the identified S-76, AW109, or AS365 aircraft identified as operating at JRB and 6N5 fall under variants producing noise outside of Stage 3 noise limits. However, NYCEDC notes that FAA registry information regarding the year of manufacture was unavailable for aircraft with the following N-Numbers: N45VB, N80NY, and N109BM.

[7] In addition to the helicopters identified in **Exhibit A,** NYCEDC has not yet been able to obtain information regarding certain government-operated "essential flights" necessary to determine whether the helicopters operated fall within the definition of "covered helicopter," including military operation of the Sikorsky UH-60 Black Hawk and United States Coast Guard operations of an AS365.