

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

James M. Catterson
tel: +1.212.858.1048
james.catterson@pillsburylaw.com

July 14, 2026

***Via ECF***
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, New York 11201

    Re:    Eastern Region Helicopter Council et al. v. The City of New York, Case No.
           2:25-cv-04682-NGG-LGD – Request for Adjournment

Dear Judge Garaufis:

    We jointly submit this letter on behalf of Plaintiffs Eastern Region Helicopter Council, Vertical Aviation International, and Victoria Seskin (hereinafter collectively referred to as "Plaintiffs") to request an adjournment of the oral argument on Defendant City of New York's (hereinafter referred to as "Defendant") motion to dismiss currently scheduled for Tuesday, July 21 due to scheduling conflicts.

    The parties have not requested any adjournment or extension of this date.[1]  Defendant consents to the requested adjournment.  We would request the argument be adjourned to a date at the Court's convenience during the week of September 14 or September 21.  As discovery is currently stayed, the adjournment does not affect any other scheduled date.

    We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        James M. Catterson
                        PILLSBURY WINTHROP SHAW
                        PITTMAN LLP

---

[1] On May 29, 2026, the Court had previously adjourned the oral argument from June 23 to July 21 *sine die.*

31 West 52nd Street
New York, NY 10019-6131
james.catterson@pillsburylaw.com
*Attorneys for Plaintiffs Eastern
Region Helicopter Council and
Vertical Aviation International*


Jayme Jonat
HOLWELL SHUSTER &
GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
jjonat@hsgllp.com
*Attorneys for Plaintiff Victoria Seskin*

2