THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**NATHAN TAYLOR**
Assistant Corporation Counsel
ntaylor@law.nyc.gov

September 21, 2026

**BY ECF**

Hon. Nicholas G. Garaufis
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eastern Region Helicopter Council et al. v. City of New York*.
25-CV-04682

Your Honor:

I represent defendant City of New York ("City") in the above-referenced matter. I write pursuant to the Court's direction at the oral argument held on September 16, 2026, to transmit, with identifying notations, the demonstrative exhibits used during the City's argument.

The exhibits are marked A through D and are described below. Each reproduces material already filed on the docket, and the corresponding record citation is provided for the Court's convenience.

**Exhibit A** is a detail of the FAA Helicopter Route Chart for New York City, originally filed as Exhibit H to the February 27, 2026 Declaration of Aimee K. Lulich (ECF No. 31-8 at 1), enlarged to show the relationship of Garden City to the airports. As noted at argument, the red box appearing on Exhibit A was added by counsel to indicate the location of Garden City; it does not appear on the chart as filed or as published by the Federal Aviation Administration.

**Exhibit B** is Figure 1 to the April 24, 2026 Reply Declaration of Alaa Moussawi, captioned "All Helicopter Flights Servicing Major Manhattan Heliports, JFK, and LGA in 2025, with Garden City ("GC") Crossing Volume / Percentage" (ECF No. 39 at 11).

**Exhibit C** is Figure 4 to the same declaration, captioned "2025 Helicopter Flights Between NYC and Points East of Levittown With Garden City Crossing Percentages" (ECF No. 39 at 12). As noted at oral argument, this figure was included in the demonstrative visuals in error.

**Exhibit D** is Table 1 to the City's Reply Memorandum of Law, captioned "City Council Data Team Analysis — Garden City Crossing Impact of Redistribution of 7,442 Flights Between NYC and Eastern Endpoints" (ECF No. 37 at 12), which summarizes the redistribution scenarios

set out at paragraphs 33 through 39 of the Moussawi Reply Declaration. Counsel described these findings at oral argument, but the visual was erroneously omitted from the presentation. It is submitted for completeness and reproduces record material that is otherwise before the Court.

Respectfully submitted,

Nathan Taylor
Senior Counsel

**cc:** All counsel (By ECF)




**EXHIBIT A**

25-CV-4682 (NGG)

All Helicopter Flights Servicing Major Manhattan Heliports, JFK, and LGA in 2025, with Garden City ("GC") Crossing Volume / Percentage




**6N5 (E. 34th St.)** – GC: 332/2,079 (16%)

**JRA (W. 30th St.)** – GC: 785/4,211 (19%)

**LGA** – GC: 8/151 (5%)

**JRB (Dntn. MN)** – GC: 164/585 (28%)

**FAA Helicopter Route Chart**

**JFK** – GC: 133/416 (31%)

**Legend**

Garden City with one-mile buffer

Flight Track

**EXHIBIT B**

25-CV-4682 (NGG)

**2025 Helicopter Flights Between NYC and Points East of Levittown With Garden City Crossing Percentages**

| | Inbound Flights (to NYC) | | | Outbound Flights (NYC to East) | | | All Flights | | |
|---|---|---|---|---|---|---|---|---|---|
| **NYC Heliport** | **Total** | **Cross GC** | **Cross GC %** | **Total** | **Cross GC** | **Cross GC %** | **Total** | **Cross GC** | **Cross GC %** |
| West 30th | 2,053 | 391 | 19.0% | 2,158 | 394 | 18.3% | 4,211 | 785 | 18.6% |
| East 34th | 978 | 183 | 18.7% | 1,101 | 149 | 13.5% | 2,079 | 332 | 16.0% |
| Downtown | 283 | 79 | 27.9% | 302 | 85 | 28.1% | 585 | 164 | 28.0% |
| JFK | 232 | 77 | 33.2% | 184 | 56 | 30.4% | 416 | 133 | 32.0% |
| LGA | 72 | 6 | 8.3% | 79 | 2 | 2.5% | 151 | 8 | 5.3% |
| **Total** | **3,618** | **736** | **20.3%** | **3,824** | **686** | **17.9%** | **7,442** | **1,422** | **19.1%** |

*Figure 4:* Flights Spanning Levittown longitude, by Garden City Crossing. Source, Data Team, Flightradar24

**EXHIBIT C**
25-CV-4682 (NGG)

| City Council Data Team Analysis - Garden City Crossing Impact of Redistribution of 7,442 Flights Between NYC and Eastern Endpoints | | | | |
|---|---|---|---|---|
| Scenario | Total Garden City Overflights | Aggregate % | Change (flights) | Change (%) |
| 2025 Existing conditions | 1,422 | 19.1% | — | — |
| Equal split: JFK / LGA | 1,419 | 19.1% | -3 | -0.2% |
| 60% LGA / 40% JFK | 1,349 | 18.1% | -73 | -5.1% |
| Equal thirds: JFK / LGA / West 30th | 1,420 | 19.1% | -2 | -0.1% |

*Table 1*: Summary of Data Team Conclusions, Flight Redistributions, Moussawi Decl., ¶¶ 33–39, Figs. 5–7.

**EXHIBIT D**

25-CV-4682 (NGG)