THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**OWANAEMI BRIGGS**
Assistant Corporation Counsel
owbriggs@law.nyc.gov

November 13, 2026

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eastern Region Helicopter Council et al. v. City of New York.*
25-CV-04682-LGD – Request for Extension

Your Honor:

I am a Senior Counsel assigned to represent Defendant City of New York ("City") in the above-referenced matter. I write to request an extension of the deadline to file supplemental briefing on standing and ripeness currently due on Monday, November 16, 2026.

The parties have not requested any previous extensions of this deadline. Due to the global Microsoft Outlook outage, Defendant was delayed in making this request and now submits this letter within 48 hours of the scheduled deadline. Plaintiffs consent to the requested extension. Defendant respectfully requests the deadline be extended one week, for both parties, until November 23, 2026. As discovery is currently stayed, this extension would not affect any scheduled dates.

Respectfully submitted,

Owanaemi Briggs
Senior Counsel

**cc:** Attorneys of record (By ECF)