# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Eastern Region Helicopter Council et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-04682-NGG-LGD |
| The City of New York | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Victoria Seskin .

Date: 11/23/2026

/s/ Denis D. Metin
*Attorney's signature*

Denis D. Metin, 5846688
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017

*Address*

dmetin@hsgllp.com
*E-mail address*

(646) 837-9806
*Telephone number*

*FAX number*