UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTERN REGION HELICOPTER COUNCIL, VERTICAL AVIATION INTERNATIONAL, and VICTORIA SESKIN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF NEW YORK,<br><br>Defendant. | Civil Action No. 25-cv-04682 (NGG) (LGD) |

**DECLARATION OF JAMES M. CATTERSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, James M. Catterson, declare as follows:

1. I am a member of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Plaintiffs Eastern Region Helicopter Council (hereinafter referred to as "ERHC") and Vertical Aviation International (hereinafter referred as to as "VAI," and with ERHC, "Plaintiffs") in the above-captioned action. I respectfully submit this affirmation in opposition to the Defendant the City of New York's (hereinafter referred to as the "City") motion to dismiss.

2. Annexed hereto as Exhibit A is a true and correct copy of the transcript from the oral argument on the City's motion to dismiss held on September 16, 2026, before the Hon. Nicholas Garaufis.

3. Based on the foregoing, and the arguments contained in Plaintiffs' memorandum of law, the City's motion to dismiss should be denied in its entirety.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: New York, New York
November 23, 2026

James M. Catterson