UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

EASTERN REGION HELICOPTER COUNCIL, VERTICAL AVIATION INTERNATIONAL, and VICTORIA SESKIN,

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendant.
---------------------------------------------------------------------- x

25-CV-4682 (NGG)

**CERTIFICATION**

I, Owanaemi Briggs, hereby certifies that Defendant's Supplemental Memorandum of Law complies with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York Rule 7.1(c), regarding the length of a Memorandum of Law.

Excluding the caption, table of contents, table of authorities, the signature block, and any required certificates, Defendant's Supplemental Memorandum of Law contains **7,179** words as calculated by Microsoft Word.

Dated: November 23, 2026
New York, New York

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street
New York, New York 10007
(212) 356-2369

By: /S/*Owanaemi Briggs*________
Owanaemi A. Briggs
Assistant Corporation Counsel